

Elena Strujan- Petitioner, a living woman
Sui Juris, Under Duress
P. O. Box 20632
New York, New York
646-234-2421
estrujan2016@gmail.com

MAUSKOPF, J.

GOLD, M.J.

## UNITED STATES DISTRICT COURT- EASTERN DISTRICT OF BROOKLYN

Elena Strujan

    Petitioner

CV 17- 1566

DOCKET NO. _____

WRIT OF HABEAS CORPUS
IN RE Elena Strujan

v.

OFFICE OF NEW YORK STATE GOVERNOR- A FICTION
ANDREW M. CUOMO  - Governor; Andrew M. Cuomo- a man;
DAVID A. PETERSON- Ex Governor, David A. Peterson – a man;
OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE –A FICTION;
BETSY SEGAL- A PERSON, Betsy Segal – a woman;
HUMAN RESOURCES ADMINISTRATION DIVISION OF FAIR HEARING- A FICTION;
DAVID A. CORSON- A PERSON, A Judge; David A. Corson – a man;
J. "JANE" JATTO- A PERSON, J "Jane" Jatto  – a woman;
QUEENS JOB CENTER- A FICTION;
ABIOLA BALAGAN- A PERSON; Abiola Balagan – a woman;
KARIM, A " JOE/JANE" – A PERSON; KARIM A " Joe/Jane" - a man;
CHOWDHURY, M " JOE/JANE" - A PERSON; Chowdhury, M "Joe/Jane" a man/woman
ACEVEDO, M " JOE/JANE" – A PERSON; Avevedo , M "Joe/Jane" – a man/Woman,
DONALD L. HINES- A PERSON; Donald L. Hines a man;
LORI KOZLOWSKI- A PERSON, Lori Kozlowski- a woman,
P. " JOE/JANE" HAZE- A PERSON, P. HAZE, "Joe/Jane a man/ a woman;
SAMUEL D. ROBERTS, A PERSON, Samuel D. Roberts, a man;
BETSY SEGAL, A PERSON, Betsy Segal , a woman;
MICHAEL FRIEDMAN – A PERSON, JUDGE, Michel Friedman- a man;
NEW YORK CITY HOUSING AUTHORITY- AFICTION;
JOSEPH MUNG-A PERSON; Joseph Mung- a man;
EACH UNNAMED WRONGDOER; Each Unnamed Wrongdoer

RECEIVED
MAR 16 2017
PRO SE OFFICE

           WRONGDOERS /RESPONDENTS,

                                    X

TO: OFFICE OF NEW YORK STATE GOVERNOR, ANDREW M. CUOMO, DAVID A. PETERSON, David A. Peterson, OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE, BETSY SEGAL, HUMAN RESOURCES ADMINISTRATION DIVISION OF FAIR HEARING, DAVID A. CORSON, J.JATTO, QUEENS JOB CENTER, ABIOLA BALAGAN, KARIM, A , CHOWDHURY, M, ACEVEDO, M .DONALD L. HINES, LORI KOZLOWSKI, P: HAZE, SAMUEL D. ROBERTS, BETSY SEGAL, MICHAEL FRIEDMAN, NEW YORK CITY HOUSING AUTHORITY,  JOSEPH MUNG, EACH UNNAMED WRONGDOER:

6592
3/15/17

**PLEASE TAKE NOTICE** that on  March _____ , 2017 a PETITION FOR WRIT OF

1

**HABEAS CORPUS   ORDER TO SHOW CAUSE**

HABEAS CORPUS FOR CAUSE[1] is filed in the above-entitled court.

IT APPEARING THAT THE APPLICANT Elena Strujan is entitled thereto in accordance:

- Title 18 USC 241- Conspiracy against the rights.
- Title 18 U.S.Code-242- Deprivation against rights under color of law
- Title 18 U.S. Code  1509- Obstruction of Court Orders
- Contempt  of my court,
- *42 U.S. Code & 1983* Civil Action for Deprivation of Rights
- Title 18 USC  & 2071- Concealment, removal, or mutilation.
- Title 42- 1983 & 9.8- Full and Fair Opportunity to be heard.
- Title 42 USC § 1986 Action for Neglect to Prevent
- Federal Rules of evidence 201(d).
- 18 U.S. Code § 1506 - Theft or alteration of record or process;
- TRESPASS;
- RIKO RACKETERRING;
- DISABILITY DISCRIMINATION ACT.
- ABUSES DUE PROCESS;
- 42 U.S. Code § 2000a - PROHIBITION AGAINST DISCRIMINATION OR SEGREGATION IN PLACES OF PUBLIC ACCOMMODATION

    (a) Equal access: All persons shall be entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation, as defined in this section, without discrimination or segregation on the ground of race, color, religion, or national origin.

- USA CONSTITUTION V, VII and XIV Amendment, for justice for a Habeas Corpus.

**ALL ABOVE ARE RELATED IN THE CASES: IN
ALL CASES STARTING WITH 2009 TO PRESENT
AT OFFICE OF TEMPORARY AND DISABILITY
ASSISTANCE, HUMAN RESOURCES
ADMINISTRATION DIVISION OF FAIR
HEARING, QUEENS JOB CENTER.**

COME NOW Elena Strujan, a People of the United States, and petitions the above-entitle Court of Record for Writ of  Habeas Corpus to inquire   under Article III & 2 whereas the judicial power shall extend to all cases, in law arising under the Constitution IV & 4 whereas the United States shall guaranty to every state in this union a Republican form of government, shall protect of them against  invasion of rights. The   Jurisdiction being the SUPREME LAW OF THE LAND under Article VI Clause 2, **42 USC § 1986  ACTION   FOR NEGLECT TO PREVENT.**

- I, Petitioner, a living woman I was unlawfully evicted from her rent stabilized apartment on June 2009 since I was staying in hotel due the toxic gases.

---

[1] I FOR CAUSE. Means for reasons which law and public policy recognize as sufficient warrant for removal and such cause is "legal cause" and not merely a cause which the appointing power in the exercise of discretion may deem sufficient. State ex rel. Nagle v. Sullivan, 98 Mont. 425, 40 P.2d 995, 998, 99 A.L.R. 321.

2

**HABEAS CORPUS   ORDER TO SHOW CAUSE**

- I, Petitioner, a natural living woman, I had denied the Right for a shut deal as a loan for my rents stabilized apartment and for my storage by OFFICE OF NEW YORK STATE GOVERNORS : PETERSON and CUOMO, OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE, BETSY SEGAL, HUMAN RESOURCES ADMINISTRATION DIVISION OF FAIR HEARING, DAVID A. CORSON, J . "JANE" .JATTO, QUEENS JOB CENTER, ABIOLA BALAGAN, KARIM, A "JOE/JANE", CHOWDHURY, M " JOE/JANE" , ACEVEDO, M " JOE/JANE", DONALD L .HINES, LORI KOZLOWSKI, HAZE, SAMUEL D. ROBERTS, BETSY SEGAL, JOSEPH MUNG, EACH UNNAMED WRONGDOER;

- I, Petitioner, a natural living woman, unlawfully I had denied my right for lawful amount of disability by : MICHAEL FRIEDMAN, OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE.

- I, Petitioner, a natural living woman I was forced to have storage from 2009 and present because of RESPONDENT NEW YORK CITY HOUSING AUTHORITY's negligence who refused me an interview at my applications from 2005.

**I require all WRONGDOERS/ RESPONDENTS to bring:**

1. All files filed by me from 2009 to present.
2. All Courts Orders from 2009 to present.
3. The laws used to deny my claims.
4. Writing explanation how disappeared the file from the courts, and from my residence.

- RESPONDENTS: OFFICE OF NEW YORK STATE GOVERNOR CUOMO, OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE, BETSY SEGAL, HUMAN RESOURCES ADMINISTRATION DIVISION OF FAIR HEARING, DAVID A. CORSON, J . "JANE" .JATTO, QUEENS JOB CENTER, ABIOLA BALAGAN, KARIM, A "JOE/JANE" , CHOWDHURY, M " JOE?JANE" , ACEVEDO, M " JOE/JANE", DONALD L " JOE/JANE". , HINES, P" JOE/JANE", HAZE, SAMUEL D. ROBERTS, BETSY SEGAL, JOSEPH MUNG, DAISY ALVAREZ, EACH UNNAMED WRONGDOER;

5. A proof that on 11/15/2016 I had *"54 years old"*, *"Permanent Residence"* , *" SSI $ 816/months"* *" Appellant ...resides in a household consisting of herself only"*.
6. A copy of the OATH OF OFFICE of each Officer, Commissioner, Judges.
7. All payments due from 2009 in conformity with Judge's Order.

I, Petitioner, a natural living woman, I am a people of New York State

and I was subject of injustice created by the following Respondents:

| NO: | WRONGDOER/RESPONDENT | ADDRESSE |
|---|---|---|
| 1. | OFFICE OF NYS GOVERNOR | Agency Bldg. 2, Empire State Plaza, Albany, NY 12223 |
| 2 | ANDREW M. CUOMO | Agency Bldg. 2, Empire State Plaza, Albany, NY 12223 |
| 3 | DAVID A. PETERSON | Agency Bldg. 2, Empire State Plaza, Albany, NY 12223 |
| 4 | OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE | Agency Bldg. 2, Empire State Plaza, Albany, NY 12223 |
| 5 | BETSY SEGAL | Agency Bldg. 2, Empire State Plaza, Albany, NY 12223 |

3

**HABEAS CORPUS ORDER TO SHOW CAUSE**

| 6 | HUMAN RESOURCES ADMINISTRATION DIVISION OF FAIR HEARING | 14 BOERUM PLACE, BROOKLYN, NY 11201 |
|---|---|---|
| 7. | **KATHERINE COLAVITA** | 14 BOERUM PLACE, BROOKLYN, NY 11201 |
| 7 | DAVID A. CORSON | 14 BOERUM PLACE, BROOKLYN, NY 11201 |
| 8 | J.JATTO | 3400 Northern Boulevard, Long Island City, NY 11101 |
| 9. | QUEENS JOB CENTER | 3400 Northern Boulevard, Long Island City, NY 11101 |
| 10 | ABIOLA BALAGAN | 3400 Northern Boulevard, Long Island City, NY 11101 |
| 11 | KARIM, A | 3400 Northern Boulevard, Long Island City, NY 11101 |
| 12 | CHOWDHURY, M- | 3400 Northern Boulevard, Long Island City, NY 11101 |
| 13 | ACEVEDO, M | 3400 Northern Boulevard, Long Island City, NY 11101 |
| 14 | DONALD L. HINES | Agency Bldg. 2, Empire State Plaza, Albany, NY 12223 |
| 15 | LORI KOZLOWSKI | Agency Bldg. 2, Empire State Plaza, Albany, NY 12223 |
| 16 | P: HAZE | Agency Bldg. 2, Empire State Plaza, Albany, NY 12223 |
| 17. | SAMULE D. ROBERTS, | Agency Bldg. 2, Empire State Plaza, Albany, NY 12223 |
| 18. | BETSY SEGAL | Agency Bldg. 2, Empire State Plaza, Albany, NY 12223 |
| 19 | MICHAEL FRIEDMAN | 237 W 48th St, New York, NY 10036 |
| 20 | N. Y. C. HOUSING AUTHORITY | 240 W 65th St, New York, NY 10023 |
| 21 | JOSEPH MUNG- | 3400 Northern Boulevard, Long Island City, NY 11101 |
| 22 | EACH UNNAMED WRONGDOER; | |

**WHEREFORE,** I, the Petitioner a natural living woman, demand an Order:

A. To recreate the files in original form.

B. To install the rights gave by judge on 2009 in my favor.

C. To revers all adjacent decisions at the Judge's Order from 2009.

D. To prosecute all guilty WRONGDOERS/RESPONDENTS for deprivation under color of law.

E. TO PROSECUTE THE WRONGDOERS/RESPONDENT responsible for Violation of Privacy, Poisoning, Stolen Evidence, Trespass, Harm.

F. And such reliefs which this court will consider deem, proper and just.

Habeas Corpus is a proper remedy and in this case can Apply RES IPSA LOQUITUR and MALA IN SE. I, Petitioner, Elena Strujan, a natural living woman, require that this Court grant my Petition of Habeas Corpus in full.

I say here, and I will verify in open Court if necessary that all herein be true.

I require great Residuary Remedies under RES IPSA LOQUITUR and MALA IN SE.

I will do my best, and God will do the rest.

All Rights Reserved. None waived.

New York, New York

Dated: March 14, 2017.

Elena Strujan- Petitioner, a living woman
Sui Juris, Under Duress
Member of Constitution First Amendment
Press Association.

6592
3/15/17

**HABEAS CORPUS ORDER TO SHOW CAUSE**

Elena Strujan- Petitioner, a living woman
Sui Juris, Under Duress
P. O. Box 20632
New York, New York
646-234-2421
estrujan2016@gmail.com

## UNITED STATES DISTRICT COURT- EASTERN DISTRICT OF BROOKLYN

Elena Strujan

              Petitioner

              v.

OFFICE OF NEW YORK STATE GOVERNOR- A FICTION
ANDREW M. CUOMO  - Governor; Andrew M. Cuomo- a man;
DAVID A. PETERSON- Ex Governor, David A. Peterson – a man;
OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE –A FICTION;
BETSY SEGAL- A PERSON, Betsy Segal – a woman;
HUMAN RESOURCES ADMINISTRATION DIVISION OF FAIR HEARING- A FICTION;
DAVID A. CORSON- A PERSON,A Judge; David A. Corson – a man;
J. "JANE" JATTO- A PERSON, J "Jane" Jatto – a woman;
QUEENS JOB CENTER- A FICTION;
ABIOLA BALAGAN- A PERSON; Abiola Balagan – a woman;
KARIM, A " JOE/JANE" – A PERSON; KARIM A " Joe/Jane" - a man;
CHOWDHURY, M " JOE/JANE" - A PERSON; Chowdhury, M "Joe/Jane" a man/woman
ACEVEDO, M " JOE/JANE" – A PERSON; Avevedo , M "Joe/Jane" – a man/Woman,
DONALD L. HINES- A PERSON; Donald L. Hines a man;
LORI KOZLOWSKI- A PERSON, Lori Kozlowski- a woman,
P. HAZE-  A PERSON, P. HAZE a man/ a woman;
SAMUEL D. ROBERTS, A PERSON, Samuel D. Roberts, a man;
BETSY SEGAL, A PERSON, Betsy Segal , a woman;
MICHAEL FRIEDMAN – A PERSON, JUDGE, Michel Friedman- a man;
NEW YORK CITY HOUSING AUTHORITY- AFICTION;
JOSEPH MUNG-A PERSON; Joseph Mung- a man;
EACH UNNAMED WRONGDOER; Each Unnamed Wrongdoer

              WRONGDOERS /RESPONDENTS,

DOCKET NO. _____

WRIT OF HABEAS CORPUS
IN RE Elena Strujan

_____X

*"American   Jurisprudence Constitutional Law §326. Free Justice and Open Courts; Remedy for All Injuries.- In most of the state Constitutions there are provisions, varying slightly in terms, which stipulate that justice shall be administered to all without delay or denial, without sale or prejudice, and that the courts shall always be open to all alike. These provisions are based largely upon the Magna Charta, chap. 40, which provides; "We will sell to no man. We will not deny to any man either justice or right." The chief purpose of the Magna Charta provision was to prohibit the King from selling justice by imposing fees on litigants through his courts and to deal a death blow to the attendant venal and disgraceful practices of a corrupt judiciary in demanding oppressive gratuities for giving or withholding decisions in pending causes. It has been appropriately said that in a free government the doors of litigation are already wide open and must constantly remain so. The extent of the*

## HABEAS CORPUS-Elena Strujan

1

*constitutional provision has been regarded as broader than the original confines of Magna Charta, and such constitutional provision has been held to prohibit the selling of justice not merely by magistrates but by the State itself.*

Fay & Noia, 372 U.S. 391(1963) said:

"(b) ***A review of the history of habeas corpus*** *shows that, when the Suspension Clause , Art.1, 9,Cl.2 was written into the Federal Constitution and the First Judiciary Act was passed conferring habeas corpus jurisdiction upon the federal judiciary, these was respectable common-law authority for the proposition that habeas corpus was available to remedy any kind of governmental [Page 372 U.S. 391, 392] restraint contrary to the fundamental law; and would appear that the Constitution invites, if it does not compel, a generous construction of the power of the federal courts to dispense the writ conformably with common –law practice.Pp.372 U.S. 402-406".*

*"The Habeas Corpus secures every man here, alien or citizen, against everything which is not law, whatever shape it may assume." --Thomas Jefferson to A. H. Rowan, 1798. ME 10:61*

*"Freedom of the person under the protection of the habeas corpus I deem [one of the] essential principles of our government." --Thomas Jefferson: 1st Inaugural Address, 1801. ME 3:322*

## PETITIONER'S NOTICE OF REMOVAL TO UNITED STATES DISTRCT COURT FOR HABEAS CORPUS, FOR CAUSE[1]

1. **COMES NOW** Elena Strujan , hereinafter Petitioner , natural woman, Sui Juris, Under Duress, under " *Article III §2 whereas the judicial power shall extend to all cases, in law arising under the Constitution and Article IV § 4 whereas the United States shall guarantee to every state in this union a Republican form of government, and shall protect each of them against invasion of rights*" The jurisdiction being the SUPREME LAW OF THE LAND under Article VI Clause 2.

    IT APPEARING THAT THE APPLICANT Elena Strujan is entitled thereto in

accordance:

- Title 18 USC 241- Conspiracy against the rights.
- Title 18 U.S.Code-242- Deprivation against rights under color of law
- Title 18 U.S. Code 1509- Obstruction of Court Orders
- Contempt of my court,
- *42 U.S. Code & 1983* Civil Action for Deprivation of Rights
- Title 18 USC & 2071- Concealment, removal, or mutilation.

---

[1] **1 FOR CAUSE.** Means for reasons which law and public policy recognize as sufficient warrant for removal and such cause is "legal cause" and not merely a cause which the appointing power in the exercise of discretion may deem sufficient. State ex rel. Nagle v. Sullivan, 98 Mont, 425, 40 P.2d 995, 998, 99 A.L.R. 321.

**HABEAS CORPUS-Elena Strujan**

- Title 42- 1983 & 9.8- Full and Fair Opportunity to be heard.
- Title 42 USC § 1986 Action for Neglect to Prevent
- Federal Rules of evidence 201(d).
- 18 U.S. Code § 1506 - Theft or alteration of record or process;
- TRESPASS;
- RIKO RACKETERRING;
- DISABILITY DISCRIMINATION ACT.
- ABUSES DUE PROCESS;
- 42 U.S. Code § 2000a - PROHIBITION AGAINST DISCRIMINATION OR SEGREGATION IN PLACES OF PUBLIC ACCOMMODATION

> (a) Equal access: All persons shall be entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation, as defined in this section, without discrimination or segregation on the ground of race, color, religion, or national origin.

- USA CONSTITUTION V, VII and XIV Amendment, for justice for a Habeas Corpus.

**ALL ABOVE ARE RELATED IN ALL CASES STARTING WITH 2009 TO PRESENT AT OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE, HUMAN RESOURCES ADMINISTRATION DIVISION OF FAIR HEARING, QUEENS JOB CENTER, SOCIAL SECUTIRY ADSMINISTRATION**

- I, Petitioner, a natural living woman, I had denied the Right for a shut deal as a loan for my rents stabilized apartment and for my storage by OFFICE OF NEW YORK STATE GOVERNORS : PETERSON and CUOMO, OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE, BETSY SEGAL, HUMAN RESOURCES ADMINISTRATION DIVISION OF FAIR HEARING, DAVID A. CORSON, J . "JANE" .JATTO, QUEENS JOB CENTER, ABIOLA BALAGAN, KARIM, A "JOE/JANE", CHOWDHURY, M " JOE/JANE" , ACEVEDO, M " JOE/JANE", DONALD L .HINES, LORI KOZLOWSKI, HAZE, SAMUEL D. ROBERTS, BETSY SEGAL, JOSEPH MUNG, EACH UNNAMED WRONGDOER;

- I, Petitioner, a natural living woman, unlawfully I had denied my right for lawful amount of disability by : MICHAEL FRIEDMAN, OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE.

- I, Petitioner, a natural living woman I was forced to have storage from 2009 and present because of RESPONDENT NEW YORK CITY HOUSING AUTHORITY's negligence who refused me an interview at my applications from 2005.

2. **PETITIONER MAY PROSECUTE A WRIT OF HABEAS CORPUS TO INQUIRE INTO THE CAUSE UNDER COLOR OF LAW.**

(E9)

6592

3/15/17



3

**HABEAS CORPUS-Elena Strujan**

3. Application for a writ of Habeas Corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf. -- 28 USC Sec. 242.

6. Every person unlawfully committed, detained, confined or restrained of his liberty, under any pretense whatever, may prosecute a writ of habeas corpus to inquire into the cause of such imprisonment or restraint.

*"In the United States habeas corpus exists in two forms: common law and statutory. The Constitution for the United States of America acknowledges the Peoples' right to the common law of England as it was in 1789. It does not consist of absolute, fixed and inflexible rules, but broad and comprehensive principles based on justice, reason, and common sense..."* Miller v. Monsen, 37 N.W.2d 543, 547, 228 Minn. 400.

*" There are two definitions for habeas corpus: one formal and the other substantive. The formal definition may be found in any law dictionary. This essay is about the substantive definition. The substantive definition of habeas corpus is not found in the dictionaries, but rather, in the history books…In summary, habeas corpus is the process of one court sitting in judgment of another court's jurisdiction. It is NOT a civil or criminal proceeding, but rather it is a family fight between courts. That is why, even though you find habeas corpus rules in the civil procedure books ( FRCP and NY CCP) the procedures stand somewhat alone, independent of the rest of the procedures in those codes. The reason is obvious: Why would a court burden itself with procedural requirements? That stuff is ok for outsiders not part of the court system (i.e. plaintiffs, defendants, and attorneys) but not ok for judges themselves. In America, everyone can be sovereign. When you move for habeas corpus, you are activating your own court, which is separate and distinct from their court. You sit in judgment of the jurisdiction of their court. When you order them to produce the injured party and to demonstrate the injury, and when they fail to produce, then your court can issue an order to dismiss the case for lack of jurisdiction. Your court is a court of record and takes precedence over the statutory court. ( http://commonlaw.5leek.com/habeas-corpus-history-and-definition.html)*
7. Why is important Habeas Corpus?

*"The writ of habeas corpus serves as an important check on the manner in which state courts pay respect to federal constitutional rights. The writ is "the fundamental instrument for safeguarding individual freedom against arbitrary and lawless state action." (https://www.google.com/#q=what+is+a+writ+of+habeas+corpus+and+why+is+it+importan t)*

8. When is it appropriate Habeas Corpus? ( The great Writ of Liberty)

*"Generally speaking, the writ of habeas corpus is available in any case where the trial court has acted in excess of its jurisdiction. (In re Zerbe (1964) 60 Cal.2d 666, 667.) For purposes of the writ of habeas corpus, "the term 'jurisdiction' is not limited to its fundamental meaning, and in such proceedings judicial acts may be restrained or annulled if determined to be in excess of the court's powers as defined by constitutional provision, statute, or rules developed by courts. [Citations.]" (Id., at pp. 667-668)".* http://www.sdap.org/pt-p-habeas.html

**HABEAS CORPUS-Elena Strujan**

*"This challenge was particularly sharp when it came to the writ of habeas corpus, considered the most important protection against the wrongful exercise of governmental power"* http://opinionator.blogs.nytimes.com/2013/11/14/the-great-writ-north-and-south/

9.     Availability of writ.

" *The privilege of Writ of habeas corpus [ New York Constitution Article I Bill of Right &4 ] shall not be suspended, unless, in case of rebellion or invasion, the public safety requires it. The writ of Habeas Corpus is available to allow presentation of questions of law that cannot otherwise be reviewed, or that are so important as to render ordinary procedure inadequate and justify extraordinary remedy. [State ex rel. Orsborn v. Fogliani, 82 Nev. 300, 417 P.2d 148 (1966), cited, Director, Dep't of Prisons v. Arndt, 98 Nev. 84, at 85.640 P.2d 1318 (1982), Snow v. State, 105 Nev. 521, at 523, 779 P.2d 96 (1989), Boatwright v. Director, Dep't of Prisons, 109 Nev. 318, at 321, 849 P.2d 274 (1993)].*

10. United States Constitution, Article I, Section 9. *"The privilege of the writ of habeas corpus shall not be suspended, unless when in cases of rebellion or invasion the public safety may require it".*

11. " *Broad Meaning of Jurisdiction on Habeas Corpus.  For purposes of the writ of habeas corpus, as for purposes of prohibition or certiorari, the term "jurisdiction" is not limited to its fundamental meaning, and in such proceedings judicial acts may be restrained or annulled if they are determined to be in excess of the court's powers as defined by constitutional provision, statute, or rules developed by courts (In re Zerbe (1964) 60 Cal2d 666, 667-668, 36 Cal Rptr 286, 388 P2d 192)"* ( www.1215.org).

12. 28 USC 2243 *"Issuance of writ; return; hearing; decision. A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondents to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto. The writ, or order to show cause shall be directed to the person who decided Petitioner's  impede and restraint".*

13.   I am the Petitioner in this case one of the People of the State of New York and being duly sworn, depose and say that:

*"PEOPLE. People are supreme, not the state. [Waring vs. the Mayor of Savanah, 60 Georgiaat 93]; The state cannot diminish rights of the people. [Hertado v. California, 100 US 516]; Preamble to the US and NY Constitutions - We the people ... do ordain and establish this Constitution...; ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455, 2 DALL (1793) pp471-472]: The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7]".*

**14.** In conformity  to the New York Constitution, Article I, Section 14 and the resolution of the congress of the said colony of New York, in force on April 20, 1777, " *which have not since* 6592

3/15/17

5

**HABEAS CORPUS-Elena Strujan**

*expired, or been repealed or altered"* allows me the right to a Court of record under common law jurisdiction.

> *In the Year of Our Lord Two Thousand Nine (2009), Resolutions affirming State Sovereignty based on Jeffersonian Principles.*
> *Whereas the **New York Bill of Rights, Article 2, § 2 of the Civil Rights Law** guarantees to the Citizens of New York State, — **"Supreme Sovereignty in the People. No authority can, on any pretence whatsoever, be exercised over the Citizens of this State, but such as is or shall be derived from and granted by the People of this State[1];"** and*
> *Whereas the **Constitution of the State of New York, Article I, § 1** guarantees that — **"No member of this State shall be disfranchised, or deprived of any of the Rights or Privileges secured to any Citizen thereof, unless by the law of the land, or the judgment of his or her peers[2];"***

15. Similarly, the <u>New York Constitution, Article I, Section 14</u>, and the <u>New York Statutes Article 2, Section 2&2</u> **Courts of Records** confirms my lawful rights as a natural woman.

> **New York Constitution, Article I, Section 14.**
> "Sec. 14. Such parts of the common law, and of the acts of the legislature of the colony of New York, as together did form the law of the said colony, on the nineteenth day of April, one thousand seven hundred seventy-five, and the resolutions of the congress of the said colony, and of the convention of the State of New York, in force on the twentieth day of April, one thousand seven hundred seventy-seven, which have not since expired, or been repealed or altered..";

17. Furthermore the UCC 1-103.6 says:

> **The Uniform Commercial Code** - *Commands the Court to retain Common Law rights.*
> "*The Code is complimentary to the Common Law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the **Common Law**, unless there is a clear legislative intent to abrogate the Common Law." (UCC 1-103.6).*

16. I, as a Plaintiff, I am a natural living woman, I am neither a fiction nor a subject[2]. I, as a Plaintiff I am one of the People of New York subject to no laws except those prescribed by nature.[3] and to the Constitution.

> *"Rights indirectly denied - "Constitutional 'rights' would be of little value if they could be indirectly denied."* - Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v. Allwright, 321 U.S. 649.644.
> *"There can be no sanction or penalty imposed upon one because of his exercise of Constitution rights."* - Sherar vs. Cullen 481 F 2D 946, (1973).
> "*No state shall convert a liberty into a license, and charge a fee therefore."* Murdock v. Pennsylvania, 319 U.S. 105.
> "*If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity."* [Shuttlesworth v. City of Birmingham, Alabama, 373 U.S. 262].

> *"He who decide a case with the other side unheard, though he decide justly, is himself unjust"* Seneca.

---

[2] **SUBJECT Constitutional Law** - One that owes allegiance to a sovereign and is governed by his laws.
[3] "There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent." Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E.

6

**HABEAS CORPUS-Elena Strujan**

## STATEMENTS OF FACTS

17. From 1994 until 2009 I used to live in a rent stabilized apartment in Manhattan.

18. On June 2009 I was unlawfully evicted from apartment since I was staying in hotel because the apartment was inhabitable.

19. The ABOVE-THE –LAW Landlord Glencord Building Corporation ignored four (4) Court's Orders to fix the apartment for gases and steam explosion and kept me without a working stove over two years.

20. For years my privacy was and is violated by THE-ABOVE-THE –LAW PEOPLE AND INSTITUTIONS. DA and Police refused for years to investigate.HIGH LEVEL OF CORRUPTION!

21. A Habeas Corpus regarding that unlawful eviction is filed in Federal Court Southern District of New York, Docket No: 17 cv 1680 (pending).

22. All WRONGDOERS/RESPONDENTS in this case directly, intentionally or indirectly with contributory negligence compelled in unlawful acts with THE-ABOVE-THE –LAW PEOPLE AND INSTITUTIONS mentioned above.

23. I was harmed, poisoned, and much more.

24. I was terrorized for years.

25. Abusive, I was evicted for unpaid rent since I was staying in hotel with approximate $300/ night for four months, and I eat outside for over 600 days and the landlord did not pay a penny.

26. I applied for a shut deal as a loan to pay me "unlawful debit" for rent and for storage.

27. The AGENCY denied my require.

28. I appealed the decision and I won. The Judge ordered to be respected the law in my case.

29. In mean time, en force, unlawfully I was evicted.

30. I required a temporary help to pay the fee for storage because my income was very law as Substitute Teacher in call.

31. In 2009 my income was $ 2, 824/ year. A history of my income in (APPENDIX Pg. 46).

32. I brought to RESPONDENT QUEENS JOB CENTER all documents required on 12/1/2010, and they gave me a receipt for all documents submitted (APPENDIX Pg. 21, 22).

33. After the RESPONDENT QUEENS JOB CENTER send people in my residence, poisoned me, tort me, and stole all evidences ( court Orders, receipts) , deleted from my memory card all scanned evidence, and denied again my claim pretending" *failed to provide the storage bills*" ( APPENDIX Pg. 23, 24).

34. After two years I found a scanned evidence with the documents submitted on 2010, and I appealed the decision.

35. The Judge at Fair Hearing 6135565Y, July 18, 2012 ordered to be paid retro from 2009 *"the agency must to comply immediately with the directive set forth above"* ( APPENDIX Pg. 5, 19).

36. The agency" *denied*" again my case pretending I did not cone at an appointment which I never was advised to have.

37. So, a staff from agency vacate a judge order. No any appeal. A staff denied a Judge's Order.

**HABEAS CORPUS-Elena Strujan**

7

38. On August 4, 2016 I found again the scanned evidence and I opened a case Case No: 000049884176A, where I required the Order dated 2009, and 2012 to be respected **(APPENDIX Pg. 14). All were stolen from me , and hide by the Court.**

39. On March 2010, I became disable, and I am in disability since.

40. To survive I used the credit cards, now being in collection, and I borrowed money from friends to pay the storage. A contemporaneous Affidavit **on** **(APPENDIX Pg. 36).**

41. The agent took my evidence and said :

42.

> *"She needed $ 9, 999 [ the computer do not allow over this amount] for storage payments & she has court order OSD for storage payments. Please review the case and sign off"* **(APPENDIX Pg. 26).**

43. I was directed to bring all storages bills from 2009. And I did. A few on **(APPENDIX Pg. 28-34).**

44. At the end on August 2016, I received a decision where my case was denied because I did **"not submit emergency the storages bills".** Decision stolen immediately from me.

45. Trying to appeal the decision, I discovered that all my copies of the documents filed with RESPONDENT QUEESNS JOB CENTER on 8/ 4/2016 diapered from my room, from my storage.

46. Also, in my poisoned sleep, paid people, violate my privacy, deleted all files scanned in my external memory cards and much more.

47. I went at storages and I asked to look in camera to see if somebody violate my storage. My letters claims sent to my storages on **(APPENDIX Pg. 12, 13).** The storages NEVER ANSWERED pretending they need Police report, or Subpoena.

48. I went at Police and the Police refused to file a claim because the lock was not broken. High Level of Corruption.

49. I appealed the decision. The hearing was for October 10, 2016. The letter arrived after trial on October 13, 2016.

50. I rescheduled the hearing for October 28, 2016.

51. On October 28, 2016 I went in court with only a few evidences recovered from a DVD..

52. At the hearing I asked to see my file and the Court did not have any evidence in file.

53. Also, RESPONDENT QUEENS JOB CENTER's lawyer did not have any document filed by me on 8/4/16. He refused to give me his business card, to write his name. He only say " *I am Mr. Dabney"*.

54. I asked RESPONDENT KATHERINE COLAVITA – Judge, an adjournment for 11/15/2016, to find the evidence filed in 8/4/2016, September 2016.

55. On November 11, 2016, four days before hearing, I was very poisoned with CO and toxic gases, in the residence where I live from September 4, 2016 with another three people.

56. In the same residence on 11/11/2016 was set up a fire when I was home alone. All five CO Detectors and Fire alarms were disabled.

57. On November 14, 2016 I went at RESPONDENT QUEENS JOB CENTER ( A proof on **APPENDIX Pg. 16),** and I spoke with the Mr. RATIU who could not help me because the center **"we did not have my file".**

58. Theoretically, by law I have the right to see my file, my record but did not exist **(APPENDIX Pg. 15).**

8

**HABEAS CORPUS-Elena Strujan**

59. Mr. Ratiu gave me a copy of the Order dated July 18, 2012 where after four years I saw that my case was not *"denied"* by the Above -the Law People. The Judge said to be paid retro from 2009. Therefore, the Order which I received was falsified. It is not the first one falsified. Another Order issued by the APPELATE DIVISION FIRST SEPARTTMENT " *for hearing and decision*" was falsified as " *Denied*". Evidence on (APPENDIX Pg. 68).

60. On November 15, 2016, was the FAIR HEARING! The City representative J, JATTO did not have any evidence with my claim filed on 8/4/16, the evidence filed on 9/7/16 (APPENDIX Pg. 25), and all orders from 2009.

61. RESPIONDENT DAVID A. CORSON and the City RESPONDENT J JATTO, left the trial room to bring the file.

62. RESPONDENT DAVID A. CORSON brought only the court Order dated July 18, 2012. When I looked in Pg. 3 of the Order I saw falsified it. I asked the judge why the order did not have a date, a signature, a date, (APPENDIX Pg. 20), and the judge told me " *I DO NOT KNOW*".

63. I said to Judge "yesterday Mr. RATIU gave me a correct Page 3 (APPENDIX Pg. 19) , and for 4 years I did not knew that the order was falsified "DENIED", and after stolen from my file.

64. After came THE CITY representative RESPONDENT J.JATTO , who explained me that she did not have any file, and she gave me a paper (APPENDIX Pg. 11).

65. I looked at that paper and I saw " *Case Number change on 8/29/16*". I asked what that means, and she told me to ignore it.

66. I told to Judge that I submitted storage bills from 2009 per RESPONDENT QUEENS JOB CENTER REQUIRE, over 60 pages of evidence. Where are those instruments? No answer.

67. I submitted a few recovered evidence inclusive (APPENDIX Pg. 21, 26).

68. I required do not continue the trial since THE COURT did not have the file.

69. RESPONDENT DAVID A. CORSON – Judge, ruled the trial against my wish a fictitious case.

70. He used a phantom Claimant, a woman with my name, 7 years younger. I was 61 years old, and it is in record and he said I had 54years (APPENDIX Pg. 7, 8) , falsified the truth and denied my case.

71. Also, RESPONDENT DAVID A. CORSON – Judge , ignored my truth in deposition, and falsified the truth saying" [I ] *"resides in a household consisting of herself only"* (APPENDIX PG. 7, 8).

72. *A false:* I said I live with a family of three : woman, her husband, and her 15 years old daughter. Should be in deposition.

73. After RESPONDENT DAVID A. CORSON – Judge asked me if the family is in Public Assistance benefits I say I cannot afford to ask. Or he states" No *member of the Appellant's household is in receipt of Public Assistance benefits* ( APPENDIX Pg. 8)

74. RESPONDENT DAVID A. CORSON-Judge, asked me how much is the storage fee from 2009, and I told over $18, 0000.00, because I could collect all bills. Or he wrote in decision " $ 2, 500.00 ( APPENDIX Pg. 8, 9).

75. *RESPONDENT QUEENS JOB CENTER, and RESPONDENT KARINM, A said " she needs $9,999 for storage payments"* (APPENDIX Pg. 26), because the computer did not allow to go over that amount.

76. Also, RESPONDENT DAVID A. CORSON-Judge said to be eligible must to be in disability and in eviction. I am in disability from 2010 and eviction.

HABEAS CORPUS-Elena Strujan

9

77. From 2009 to present I was in four (4) eviction all fabricated by the ABOVE-THE-LAW PEOPLE and INSTITUTIONS who did forged lawsuits and settlements investments in my name ( APPENDIX Pg. 60-63).

78. And inclusive right now I am court for holdover (APPENDIX Pg. 55).

79. RESPONDENT DAVID A. CORSON –Judge in contempt of court falsified also my monthly income. He said I <u>have $ 816.00</u>/ months (APPENDIX Pg. 7, 8) since actually I have <u>$ 134.00</u> **(APPENDIX Pg.10).**

80. See bellow how was falsified the entire order:

| RESPONDENT CORSON -Judge | THE TRUTH OF CLAIMANT A NATUTAL WOMAN | COMMENTS JUDGE USED A PHANTOM CLAIMANT. |
|---|---|---|
| " The Appellant , age 54" (APPENDIX Pg. 7). | I was 61 | NOT ME : CONTEMPT OF COURT DUE PROCES DONE BY RESPONDENT JUDGE |
| "Has been in receipt of gross income from Social Security Disability benefits in the amount of $660.00 monthly, and SSI in the amount of "$ 816.00 monthly "(APPENDIX Pg. 7. 8). | SSD is $ 621.90/months and SSI is $134.00.NEVER SSI $ 816.00. ( APPENDIX Pg. 7, 8) | NOT ME. CONTEMPT OF COURT DONE BY JUDGE DUE PROCESS, who ignored my deposition. |
| "Resides in a household consisting of herself only" (APPENDIX Pg. 7, 8) | FALSE! I live with a family of three( wife, husband, 16 years daughter) | NOT ME. CONTEMPT OF COURT DONE BY JUDGE DUE PROCESS. EVICTION FOR HOLDOVER ON (APPENDIX Pg. 55). |
| "No member of the Appellant's household is in receipt of Public Assistance benefits" (APPENDIX Pg.8). | I said " I do not know. I cannot afford to ask". They live in Section 8. | DUE PROCESS CONTEMPT OF COURT DONE BY JUDGE, who ignored my deposition. |
| "Storage fees in amount of 2, 500.)" (APPENDIX Pg. 7, 8). | FALSE. I said it is over $ 18, 000.00. | CONTEMPT OF COURT DONE BY JUDGE, who ignored my deposition. FOR THIS WERE STOLEN my evidence and hid by Court |
| " The agency has not provided the Appellant with | DISCRIMINATION UNDER COLLOR OF | CONTEMPT OF COURT DONE BY JUDGE, who ignored my deposition |

**HABEAS CORPUS-**Elena Strujan

10

Case 1:17-cv-01566-RRM-SMG   Document 1   Filed 03/16/17   Page 16 of 104 PageID #: 16

| | | |
|---|---|---|
| *requested assistance* **(APPENDIX Pg. 7, 8)."** | *LAW, IGNORED MY RIGHTS* | where I said the Agency did not have the right to deny the Judges Orders, and did not appeal. |
| *" She is residing in permanent housing"* **(APPENDIX Pg. 8).** | *FALSE!* *From 2009 I was NEVER in a permanent housing.* | **NOT ME.** CONTEMPT OF COURT DUE PROCESS DONE BY RESPONDENT JUDGE. |
| *"Appellant testified she paid the 2,500.00 in fees after she received a loan from a fried"* **(APPENDIX Pg. 8).** | *FALSE!* | **NOT MY AFFIRMATION!** CONTEMPT OF COURT DONE BY JUDGE. IGNORED MY DEPOSITION! I sad over $20,000.00 |
| *"storage of excesses position"* **(APPENDIX Pg. 8).** | *FALSE!* | **NOT MY AFFIRMATION!** I live in a small room, and from 2009 I had 30 movings and four (4) evictions. |
| *" storage must be essential during relocation, eviction"* **(APPENDIX Pg. 8).** | *On 2009 I was in eviction. On 2016 in Eviction. Why the judge order from 2009 is not respected? WHO DECLINED THSAT ORDER? BUT THE ORDER FROM 2012?* | DUE PROCESS CONTEMPT OF COURT DONE BY RESPONDENT JUDGE CORSON IN ABUSE OF POWER. |
| *" The record fails to establish that such essential circumstances exist in the present case".* **(APPENDIX Pg.8).** | FALSE! I am in eviction In court. I have personal staff in storage from 2009. | FOR ME AS CLAIMANT EXHIST! FOR THE <u>PHANTOM CLAIMANT</u> USED BY JUDGE DO NOT EXIST. CONTEMPT OF COURT DONE BY JUDGE IN ABUSE OF POWER. I opened the case to have respected the order dated 2012 and **2009** **(APPENDIX Pg. 14).** |

\* RESPONDENT JUDGE DID NOT HAVE THE FILE FILED BY ME on AUGUST 4, 2016.

\*\* RESPONDENT AGENCY on 8/29/16, bizarre in her alone paper gave me said" CASE NUM CHANGE" **(APPENDIX Pg. 11).**

\*\*\* THE RESPONDENT AGENCY DID NOT HAVE ANY DOCUMENTS FILED BY ME.

\*\*\*\* THE COURT, THE AGENCY, THE          SENT PEOPLE TO POISON ME, TO VIOLATE MY PRIVACY AND STOLE EVIDENCE DUE PROCESS

**HABEAS CORPUS-Elena Strujan**

11

81. I faxed on <u>November 28, 2016,</u> to RESPONDENT HRA DIVISION OF FAIR HEARING my require for a " TRIAL DE NOVO FOR A FAIR HEARING FOR THE CASE # 0000498476A under MALA IN SE and REX IPSA LOQUITOR Doctrine" and on 6 pages, I justify the FRAUD, FORGERY, FELONY, TERRORISM ( Stolen the appeal, Stolen the order from my room , from my storage).

82. On <u>December 6, 2016</u> I went at RESPONDENT HRA DIVISION OF FAIR HEARING and I asked a copy of my all orders starting with 2009. I was refused. Also, they told me that **"no action"** for my TRIAL DE NOVO, and to write to Albany.

83. After I went on sixth floor to have a copy of my file. Ms. Kennedy and Ms. Hosang – Supervisor refused to give me a copy of my claim, and sent me to "RESPONDENT QUEENS JOB CENTER".

84. In conclusion QUEENS JOB CENTER, HRA DIVISION OF FAIR HEARING, NYS OFFICE OF TEMPORARY and DISABILITY ASSISTANCE, OFFICE OF ADMINISTRATIVE HEARINGS deliberately sent criminal people to violate my privacy, to tort me, to harm me, to steal evidence.

85. I require for future lawful, actions QUEENS JOB CENTER, HRA DIVISION OF FAIR HEARING, NYS OFFICE OF TEMPORARY and DISABILITY ASSISTANCE, OFFICE OF ADMINISTRATIVE HEARINGS to produce in **8 days** copy of all my claims, Courts Orders, evidences submitted in all my cases started with 2009. All must be sent at my P.O. Box with **INVENTORY, AND DELIVERY CONFIRMATION ( APPENDIX Pg. 37, 38, 39)** IGNORED.

86. They sent me by email a copy of the deposition from trial 11/15/2016 impossible to be heard.

87. Also I sent by fax **(APPEWNDIX Pg. 35)** where I required a copy of my case in dispute. I WAS IGNORED UNDER COLOR OF LAW.

88. Actually inclusive Respondent LORI KOZLOWSKI **(APPENDIX Pg. 43)** cannot find the files, the orders regarding my lawful rights for a loan. RACKETERING CORRUPTION. *My many faxes sent to her were ignored due process (ES) One on Appendix Pg. 41 (ES)*

89. On <u>December 19, 2016</u> I did an application for the current storage fee **(APPENDIX Pg. 57, 58, 59,** only a few from many). Which was denied, and the order and all bills filed were stolen immediately from my room by violating my privacy during my poisoned sleep.

90. YOU SENT PEOPLE AND STOLE ALSO ALL MY COPIES FROM MY ROOM, FROM STORAGE, DELETED FROM MEMORY CARD. AFTER, being <u>sure I do not have any more evidence you said"</u> your application was not made with respect to ongoing storage facility fees".

91. **RESPONDENT CUOMO, RESPONDENT SAMULER D. ROBERTS, and BETSY SEGAL** from OFFICE OF TEMPORARY and DISABILITY ASSISTANCE on <u>March 2, 2017</u> , being sure I did not have any evidence to continue, sent me a letter full of legal errors, where denied my rehearing for the lawful assistance with storage **(APPENDIX Pg. 1, 2)** from 2009 to present.
    **They said.**

| RESPONDENT CUOMO , SAMULER D. ROBERTS, | THE TRUTH OF THE CLAIMANT NATURAL |
|---|---|

**HABEAS CORPUS-Elena Strujan**

12

| and BETSY SEGAL<br>*letter dated 3/2/2017(E9)*<br>(APPENDIX Pg. 1, 2) | LIVING WOMAN |
|---|---|
| *"fees you have already paid"* | Yes. I had an Affidavit *(APPENDIX Pg. 36),* signed in front of Notary on 8/7/2012 , and faxed to Respondents on 10/3/2012, where I said<br><br>*"I borrow money to pay my storage because HR refused the Fair Hearing Order dated July 18, 2012"* |
| "Your testimony at the hearing indicates that the Agency complied with this directive" | FALSE! I NEVER SAID IT!<br>THE AGENCY PRETENDED TO SENT ME A LETTER FOR APPOINTMENT, AND I DID NOT COME.<br>FALSE! NO ANY LETTER WAS SENT.<br>THE AGENCY DID NOT HAVE THE RIGHT AND THE POWER TO DENY A JUDGE ORDER WITHOT TRIAL. WAS NOT ANY TRIAL, ANY APPEAL. |
| "because you reside in permanent housing at the hearing date" | FALSE!<br>POSSIBLE A PHANTIOM CLAIMANT IN MY NAME. NOT ME. FROM 2009 I NEVER LIVED IN A PERMANENT RESIDENCE!<br>I REQUIRE RESPONDENT CUOMO, SAMULER D. ROBERTS, and BETSY SEGAL TO BRING PROOFS FOR TRESPSS, CONTEMPT OF COURT, and HARM DUE PROCESS. |
| "your application for assistance was not made with respect to ongoing storage facility fees" | FALSE! DOMESTIC TERRORSM!<br><u>AND I ACCUSE YOU AND ALL RESPONDENT FOR TRESPASS DOMESTIC TERRORSM!</u><br>On December 19, 2016 I did an application for the current storage fee **(APPENDIX Pg. 57, 58, 59,** only a few from many). Which was denied, and the order and all bills filed were stolen immediately from my room by violating my privacy during my poisoned sleep.<br>YOU SENT PEOPLE AND STOLE ALSO ALL MY COPIES FROM MY ROOM, FROM STORAGE, DELETED FROM MEMORY CARD. AFTER, being <u>sure I do not have any more evidence you said"</u> your application was not made with respect to ongoing storage facility fees".<br>SHAME FOR RESPONDENT CUOMO, SAMULER D. ROBERTS, and BETSY SEGAL et all to send PEOPLE to VIOLATE MY PRIVACY, to poison me, TO STOLE evidence and much more. YOU WERE SURE DID NOT SURVIVE ANY EVIDENCE! |
| "Rather you south assistance with repayment of the loan you took out to pay the storage fees. 18. NYCRR 397.5(K) provides Agency's authority to authorize allowances for prospective payment of essential storage fees | REALY! PERSONAL LOAN. Read my AFFIDAVIT on **(APPENDIX Pg. 36).** Possible the money was taken by somebody.<br>LOOK AT MY INCOME EARNED **(APPENDIX Pg. 46).**<br>I live in a small room rented on September 2009.<br>Now in Court for EVICITION HOLD OVER**(APPENDIX Pg. 55).**<br>From 2009 I had 30 moving and four (4) evictions. ALL FABRICATED by THE-ABOVE-THE-LAW PEOPLE who:<br>• Did FORGED LAWSUITS and settlement for $1/2 in my |

**HABEAS CORPUS-Elena Strujan**

13

| | |
|---|---|
| for circumstances such relocation, eviction or residence in a temporary shelter, not for repayment of personal loan. | name (APPENDIX Pg. 60-63). <br>• Who killed already three (3) people? A summary evidence on (APPENDIX Pg.71, 72, 73). <br>• Who falsify Court's Orders (APPENDIX Pg. 19, 68). <br>• Who falsify the medical report (APPENDIX Pg. 66, 67) <br>• Who continuously threatened me (a few on APPENDIX Pg. 69, 70). <br>• Violate my privacy, storage, and computer, stole the proof of my storage bills submitted (APPENDIX Pg. 22) and denied my case pretending" failed to submit the storage bills (APPENDIX Pg. 23, 23). <br>• Who directed my correspondence to Respondent Cuomo in MA State (APPENDIX Pg. 64, 65). <br>• FABRICATED THE FOURTH EVICTION (APPENDIX Pg. 55). <br>*AND YOU RESPONDENT CUOMO, SAMULER D. ROBERTS, AND BETSY SEGAL AND ALL RESPONDETS COMPELED WITH THESE ABOVE-THE-LAW PEOPLE AND INSTITUTIONS BY SENDING PEOPLE TO STOLE MY EVIDENCE, THE COURT TO HIDE THE EVIDENCE AND TORTURE ME FOR YEARS. RACKETEERING CORRUPTION!* |
| " We trust this addresses the concerns raised in your letter and clarifies the basis for our Decision" | Discrimination under color of law. |

91. I did on 2010 an application at Government for a Disability program. I was accepted (APPENDIX Pg. 42) but never I receive a job.

I filed a claim at the Office of Comptroller regarding violation of privacy, harm , poisonings, stolen evidences, court's abuses to hide and was ignored due process.

I wrote on 10/29/1014 claims to Governor Cuomo where I sent also a DVD with violation of privacy during my poisoned sleep. My correspondence MA state ( APPENDIX Pg. 43-44), and since did not arrived at RESPONDENT CUOMO.

They falsified inclusive my doctors referral (APPENDIX PG. 66, 67) .

92.      I applied at RESPONDENT  HOUSING DEPARTMENT from 2005 and I never had an interview (APPENDIX Pg. 56).

93.      All, in conspiracy wanted me dead, and for this RESPONDENT HOUSING DEPARTMENT ignored my citizen in disability needs and exposed me to vulnerable situations.

**HABEAS CORPUS-Elena Strujan**

14

94.    I am a victim  of the ABOVE-The-LAW PEOPLE and INSTITUTION who filed four Lawsuits and an life insurances for $1/2  ( APPENDIX Pg. 60, 61, 62, 63)  millions in my name with FRAUD, FORGERY, FELONY.

95.    THE GOVERMNET COMPELED WITH THIS PEOPLE, and ignored my needs.

96.    I did not come in this country to ask something, I came to work and to build a beautiful life and to give something. It was impossible. They poisoned me, to kill me, for their greed for dirty money.

97.    Being in disability I saw the Social Security did not respect the law in my case, where said I can receive full SSI since the SSD is under the maximum SSI level (APPENDIX Pg. 52)

98.    I filed a claim, which was denied by RESPONDENT JUDGE MICHAEL FRIEDMAN – judge, under color of law, using a law which does not exist (APPENDIX Pg. 47, 48, 49).

99.    I went at Social Security and no staff could find" Section 1612 ff142 U.S.C 1382(a) (APPENDIX Pg. 47).

100.    I filed  a motion for review  which was denied also by RESPONDENT JUDGE MICHAEL FRIEDMAN – judge (APPENDIX Pg. 50, 51).

101.    I filed for each order and REQUEST FOR RECONSIDERATION on 1/28/13, and 2/8/13 (APPENDIX Pg. 53, 54) which as today 3/16/2017 does not have a decision.

102.    This is personal persecution and terrorism!I submit a summary table with the abuses due process:

**INSTRUMENTS   AND   FACTS REGARDING VIOLATIONS  OF PRIVACY UNDER MALA IN SE AND RES IPSA LOQUITUR DOCTRINE**

| YEAR | ACTION | DECISION | COMMEMTS |
|---|---|---|---|
|  |  |  | Discrimination under color of law |
| 2009 | I applied for a shut deal for rent. | DENIED | Discrimination under color of law |
| 2010 | I applied for storage fee | Denied by   QUEENS JOB CENTER. | Discrimination under color of law |
| 2009-2010 | APPEAL | GRANTED by Judge. | The agency asked bills for storage. |
| 12/1/2010 | Brought bill for storage | HR gave me receipt. | Violate my privacy. Stole Receipts, and all storage bills. MALAIN SE! |
| 2010 |  | HR DENIED my granted order  by Judge  with no appeal, pretending" *fluiled to provide the storage bills".* | M Falsified Pg. 3 of the order as "denied". Violate my privacy. Stolen the Order, all bills, receipts   MALA IN SE! |
| 2012 | Re-open the case | Granted(APPENDIX Pg 5) 7 | Denied by   QUEENS JOB CENTER.. |
| 2012 |  | Denied by   QUEENS JOB CENTER.. pretending I did not compel with a pretending appointment. | SHORTLY, VIOLATED MY PRIVACY DUE PROCESS, ALL DOCUMENTS DISAPPEAR. |

15

**HABEAS CORPUS-Elena Strujan**

| 8/4/16 | Re-open the case | Denied. CASE NUMBER CHANGE? | SHORTLY, VIOLATED MY PRIVACY DUE PROCESS, ALL DOCUMENTS DISAPPEAR. MALA IN SE. |
|---|---|---|---|
| 9/16 | Apply for FAIR HEARING | Scheduled for Received letter on: 10/13/16 | After hearing10/10/16 |
| | Reschedule Fair hearing | For 10/28/16 | IN COURT NO ANY EVIDENCE. IN MY FILE NO EVIDENCE. ALL STOLEN. |
| | Reschedule hearing | For 11/15/16 | |
| | Went Queens Job Center | On 11/14/2016 | REFUSED TO PROVIDE NME A COPY OF MY FILE. |
| 11/15/16 | TRIAL | DENIED! FALSIFIED THE TRUNT BY JUDGE! PHANTOM CLAIMANT! | NO ANY PAPERS IN FILE. ALL STOLEN. VIOLATED MY PRIVACY DUE PROCESS. |
| 11/28/16 | Appealed Decision | Denied. ORDER STOLEN. | TRESPASS. VIOLATED MY PRIVACY DUE PROCESS, |
| 3/2/17 | LETTER GOVERNOR | DENIED REHIRING | TRESPASS DUE PROCESS! |
| 12/19/16 | Filed claim again for actual storage | DENIED. STOLEN ORDER and all Evidence. | VIOLATED MY PRIVACY DUE PROCESS, Two served proofs (APPENDIX Pg. 57, 59) |
| 2013 | Filed Claim for SSI | DENIED | USED A LAW WHICH DOES NOT EXIST ( APPENDIX 47 to 54) |

103.    I. Petitioner, I am afraid for life because my life and the people around me are at continuously threats.   A few threats on (APPENDIX Pg. 69, 70).

104.    . Constitution for the United States of America, Article VI, and Clause 2 is the LAW OF THE LAND:
"*This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.*"

105.    "*Government is not reason; it is not eloquent; it is force. Like fire, it is a dangerous servant and a fearful master.*" **George Washington**
. Plaintiff is neither a fiction nor a subject,[4] as is an elected or appointed official owing allegiance to the sovereign people of the fifty United States.

106.    Plaintiff is one of the People of New York subject to no laws except those prescribed by nature.[5]

---

[4] **SUBJECT Constitutional Law** - One that owes allegiance to a sovereign and is governed by his laws.
[5] "There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent." Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E.

**HABEAS CORPUS-Elena Strujan**

16

- *"Rights indirectly denied - "Constitutional 'rights' would be of little value if they could be indirectly denied."* - Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v. Allwright, 321 U.S. 649.644.
- *"There can be no sanction or penalty imposed upon one because of his exercise of Constitution rights."* - Sherar vs. Cullen 481 F 2D 946, (1973).
- *"No state shall convert a liberty into a license, and charge a fee therefore."* Murdock v. Pennsylvania, 319 U.S. 105.
- *"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity."* [Shuttlesworth v. City of Birmingham, Alabama, 373 U.S. 262].

Additionally,

*"The Code is complimentary to the Common Law, which remains in force, except where displaced by the code. **A statute should be construed in harmony with the Common Law**, unless there is a clear legislative intent to abrogate the Common Law." (**UCC 1-103.6**).*

107.     NO FEE – "a natural man or woman is entitled to relief for free access to its judicial tribunals and public offices in every State in the Union" (2 Black 620, see also Crandell v. Nevada, 6 Wall

108.     "Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief" (Hale v. Henkel) ( 201U.S. 43).

109.     Whereby the jurisdictional fraud might be assumed and statutes applied as a subject. Without proper authority," the magistrate stepped out of his function as a magistrate and, by his actions and statements, figuratively assumed the cloak of a tribunal".[6]

*"Henceforth the writ which is called Praecipe shall not be served on any one for any holding so as to cause a free man to lose his court."* Magna Carta, Article 34.

110.     . The Federal Rule of Evidence Article II, 201(d) says: "TIMING: **The Court may take judicial Notice at any stage of the proceedings.**" So I ask this Court to take notice regarding the missing original file and vandalized scanned file and to vacate the orders.

111.     **All RESPONDENTS** in this case insulted the American Justice. .

*"In 1866 and 1871, Congress passed a series of civil rights laws to implement the Thirteenth, Fourteenth and Fifteenth Amendment. They are now codified as & 1981, 1982, 1983, 1985 and 1986 of Title 42. 36. & 1.6 STATE COURT JURISDICTION states: The Supreme Court*

---

[5] "There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent." Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E.
[6] **A judicial tribunal** having attributes and exercising functions independently of the person of the magistrate designated generally to hold it Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426

**HABEAS CORPUS-Elena Strujan**

17

> determined *"that section 1983 actions may be brought in state Courts (Maine v. Thiboutot, 448 U.S. 1, 10-11(1980). Accord, Martinez v California, 444 U.S 277, 283 n.7 (1980). The Supreme Court however, left over state Courts" must" agree to hear & 1983 actions (Martinez v California, 444 U.S 277, 283 n.7 (1980") although is stated that "where the same type of claim arising under state law, would be enforced in state Courts, the state Courts generally not free to refuse the enforcement of the federal claim" (Martinez v California, 444 U.S 277, 283 n.7 (1980"). This follows from the principle prohibiting state Courts from discriminating against federal claims (Martinez v. California, 444U.S. 277:283 n.7 (1980).*
> 37. & 9.8 *FULL AND FAIR OPPORTUNITY TO BE HEARD: In order for a federal Court to hold that & 1983 claim is barred by the state law of preclusion, it must satisfy itself that the federal Court plaintiff had a full and fair opportunity to litigate the federal claim in state Court (Kramer v. Chemical. Corp., 456 U.S. 461, 480-81; Allen v. McCurry, 449 U.S 90, 104(1980)"* <u>Trial Practice Library.</u>

112.    By the authority of **Article III Section 2 federal district Article III Courts** of record have jurisdiction in ***"all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;"*** –

113.    Therefore under Amendment V it is the constitutional jurisdiction and duty of this Court to protect People from being deprived of life, liberty, or property, without due process of law ;

114.        Additionally, the judges are not immune. Only a few examples:

When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost. Rankin v. Howard, (1980) 633 F.2d 844, cert den. Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326.

In Rankin v. Howard, 633 F.2d 844 (1980) the Ninth Circuit Court of Appeals reversed an Arizona District Court dismissal based upon absolute judicial immunity, finding that both necessary immunity prongs were absent; Where there is no jurisdiction, there can be no discretion, for discretion is incident to jurisdiction." Piper v. Pearson, 2 Gray 120, cited in Bradley v. Fisher, 13 Wall. 335, 20 L.Ed. 646 (1872)

A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts. Davis v. Burris, 51 Ariz. 220, 75 P.2d 689 (1938)

(http://caught.net/caught/almeid.htm).

115.    I am a woman, a people and I have rights in a Court of Record under Common Law Jurisdiction. ALL WRONGDOERS RESPONDENTS had ignored my rights.

> *RESERVATION OF SOVEREIGNTY: "[15] (b) ...The Tribe's role as commercial partner with petitioners should not be confused with its role as sovereign. It is one thing to find that the Tribe has agreed to sell the right to use the land and take valuable minerals from it, and quite another to find that the Tribe has abandoned its sovereign powers simply because it has not expressly*

**HABEAS CORPUS-Elena Strujan**

18

> reserved them through a contract. To presume that a sovereign forever waives the right to exercise one of its powers unless it expressly reserves the right to exercise that power in a commercial agreement turns the concept of sovereignty on its head. *MERRION ET AL., DBA MERRION & BAYLESS, ET AL. v. JICARILLA APACHE TRIBE ET AL. 1982.SCT.394 http://www.versuslaw.com, 455 U.S. 130, 102 S. Ct. 894, 71 L. Ed. 2d 21, 50 U.S.L.W. 4169 pp. 144-148".*

115.-B. We are mindful however, of the wisdom of Thomas Jefferson when he commented:

> *" We all know that permanent judges acquire an spirit de corps; being known, they are liable to be tempted by bribery; that they are misled by favor, by relationship, by a spirit of party, by a devotion to the executive or legislative; that is better to leave a cause to the decision od cross and pile (a coin flip) than to that of a judge biased to one side". (Thomas Jefferson to Abbe Arnoux, 1789, Papers, 15:283."*

I require the judgment signed by Judge on 2009 to be respected, and all WROGDOERS / RESPONDENTS who sent people to poison me, to violate my privacy, to harm me, to steal my evidence , to hide the Court's evidence to be prosecuted.

Furthermore , all Wrongdoers Respondents in this case are invited to file and serve on all other interested parties and magistrate an answer no later **twenty days after was served this Habeas Corpus in Order to Show Cause to this Court why this Order Should not take effect or should be modified.**

## CONCLUSION

I require that the Court grant my HABEAS CORPUS in full. All RESPONDENTS DIRECT**S** or WITH CONTRIBUITORY NEGLIGENCE did fraud, **felony.** **All are responsible for Missing Files , Trespass, Contempt of Court, Intentional Harm, Violation of Privacy, Nine Years of Judicial and Economic Terror, Deprivation of Constitutional Rights Under Color of Law and all mentioned above and unlawful restrain**

*"The Habeas Corpus secures every man here, alien or citizen, against everything which is not law, whatever shape it may assume." --Thomas Jefferson to A. H. Rowan, 1798. ME 10:61*
*"Freedom of the person under the protection of the habeas corpus I deem [one of the] essential principles of our government." --Thomas Jefferson: 1st Inaugural Address, 1801. ME 3:322 "*

**WHEREFORE,** I, the Petitioner a natural living woman, demand an Order:

A. To recreate the files in original form.
B. To install the rights gave by judge on 2009 in my favor.
C. To revers all adjacent decisions at the Judge's Order from 2009.
D. To prosecute all guilty WRONGDOERS/RESPONDENTS for deprivation under color of law.

19

**HABEAS CORPUS-Elena Strujan**

E.   TO PROSECUTE THE WRONGDOERS/RESPONDENT responsible for Violation of Privacy, Poisoning, Stolen Evidence, Trespass, Harm.

F.   And such reliefs which this court will consider deem, proper and just.

Habeas Corpus is a proper remedy and in this case can apply RES IPSA LOQUITUR and MALA IN SE. doctrine.

I, Petitioner, Elena Strujan, a natural living woman, require that this Court grant my Petition of Habeas Corpus in full.

I say here, and I will verify in open Court if necessary that all herein be true.

I require great Residuary Remedies under RES IPSA LOQUITUR and MALA IN SE doctrine.

I will do my best, and God will do the rest. I promise to give back all money to the Government.

All Rights Reserved. None waived.

New York, New York
Dated:   March 14, 2017.

Elena Strujan- Petitioner, a living woman
Sui Juris, Under Duress
Member   of Constitution First Amendment
Press   Association.

**NOTICE TO THE COURT:**  I must to apologize   and I do so profusely for my long Habeas Corpus, and for possible grammatical and syntaxes ~~original~~ (Err) mistakes. Effectively, I did this Habeas Corpus in a very hostile environment, Under Duress and During a Eviction.

## NOTARY

New   York   State,   New   York   County   on   this _____15th_____ day of ____March____ Elena 2017 before me Hai Chuang Huang____, the subscriber, personally appeared Strujan to me known to be the living woman describe in and who executed the forgoing instrument and sworn before me that I executed the same as her   free will act and deed.

HAI CHUANG HUANG
Notary Public - State of New York
NO. 01HU6260726
Qualified in Queens County
My Commission Expires Apr 30, 2020

Filed on
3/16/17

20

**HABEAS CORPUS-Elena Strujan**

HO CHUANG HUANG
Notary Public, State of New York
No. 01HU6280728
Qualified in Queens County
Commission Expires Apr 30, 2020

# APPENDIX

## Table of Content Pg. I-III

## PAGES 1 -73



Case 1:17-cv-01566-RRM-CLP   Document 1   Filed 03/16/17   Page 28 of 112 PageID #: 28
Case 1:17-cv-01566-RRM-SMG   Document 1   Filed 03/16/17   Page 28 of 104 PageID #: 28
146

## TABLE OF CONTENT AT APPENDIX

| DOCUMENT | Date: | Summary Content | Page | OBSERVATION |
|---|---|---|---|---|
| LETTER | 3/2/17 | No basis for hearing | 1,2 | A GROSS FALSE UNDER COLLOR OF LAW. |
| Petitioner Require for TRIAL DE NOVO | 11/28/16 | Deprivation under color of law, RIKO Racketeering et al | 3-6 | IGNORED DUE PROCESS! |
| DECISION AFTER TRIAL | 11/15/17 | Denied my trial | 7-9 | A GROSS INSULT OF JUSTICE, JUDGE IN CONTEMPT |
| MY REAL INCOME | 3/19/17 | From SSI+ SSD | 10 | STOLEN THE SUBMITTED ONE |
| WORK , ACCOUNTABILITY | 11/15/16 | THE ALONE EVIDENCE at Trial had by Agency | 11 | A PAGE WHERE MY CASE HAVE " *CASE NUMBER CHANGE*" |
| MY CLAIM TO CUBE SMART STORAGE | 9/28/16 | MISSING all evidences filed in this case | 12 | NEVER ANSWERED! |
| My claim to FOX STORAGE | 11/21/16 | MISSING all evidences filed in this case. | 13 | NEVER ANSWERED! |
| A page deposed by me where in required | 8/4/16 | Respect the Court's Order | 14 | IGNORED AND STOLEN DUE PROCESS. |
| Page from agency | 11/14/16 | Right to see the records. Proof I was a day before trial for it | 15, 16 | IGNORED AND STOLEN DUE PROCESS BY AGENCY, JUDGE! |
| Decision on stipulation after hearing | 7/16/12 | Check availability for storage and all | 17, 18, 19 | Page 19 was falsified and sent me "Denied" and hide from me until 11/14/2016 when I saw the real content in my favor. |
| Page 3 from the order falsified 7/16/12 | 11/15/16 | TRIAL JUDGE do not know why is falsified the Pg. 3 of Decision | 20 | ABUSE DUE PROCESS! |
| The Agency receipt that I produced the storage bills | 12/1/10 | FALSIFIED | 21 | Submitted on 8/4/16 . Recovered a copy with stamp. |
| The Agency receipt that I produced the storage bills | 12/1/10 | Stolen from my residency, deleted from DVD, hide by agency | 22 | Filed oh 8/4/2016  TRESPSS DUE PROCESS! |
| ACTION TAKEN | 1/11/12 | DENIED PRETENDING I did not submit storage bills | 23 | TRESPSS DUE PROCESS! VIOLASTION OF PRIVACY! POISONING! |

*1*

| ACTION TAKEN | 1/11/12 | DENIED PRETENDING I did not submit storage bills | 24 | A MORE ELIGIBLE COPY. |
|---|---|---|---|---|
| Proof I went to agency | 9/7/16 | NO ONE KNOW WHERE ARE MY around 40 pages of evidence submitted on 8/4/16 | | TRESPSS DUE PROCESS! VIOLASTION OF PRIVACY! POISONING! |
| USPS | | FRAUD | | SEQUESTRATE MY CORRESPONDENCE! |
| Agency decision | 10/1/16 | DENIED my trial | 26 | TRESPSS DUE PROCESS! |
| A few storages bills from | 09-17 | STOLEN, HIDE AT TRIAL! | 28-34 | TRESPSS DUE PROCESS! |
| Petitioner Require for a copy of my cases. | 11/23/16 | IGNORED | 35 | TRESPSS DUE PROCESS! |
| PETITIONAE AFFIDAVIT | 10/13/12 | IGNORED | 36 | TRESOASS DUE PROCESS! |
| Petitioner require for a copy of all claims from 2009(less exhibits) | 12/7/16 | IGNORED | 37-39 | TRESPSS DUE PROCESS! |
| Letter from Gov. Peterson | 7/20/10 | Accepted in Department for Civil service | 42 | TRESPSS DUE PROCESS! Ignored! |
| Letter from Gov. Cuomo | 8/22/12 | Will review the case | 43 | TRESPSS DUE PROCESS! |
| Letter from Gov. Cuomo | 3/14/13 | No action take. I can rehearing. | 44 | TRESPSS DUE PROCESS! |
| Petitioner's letter to the Office of Disability | 2/25/16 | What happen with my appeal for SSD and SSI | 45 | IGNORRED DUE PROCESS AS TODAY. |
| MY INCOME | 12/09/16 | Survive under limit of poverty | 46 | TRESPSS DUE PROCESS! |
| DECISION | 10/11/11 | Denied with Phantom Order | 47-49 | TRESPSS DUE PROCESS! |
| Notice and Decision | 11/4/11 | Denied Reconsideration | 50-51 | TRESPSS DUE PROCESS! |
| Page with disability rights | | IGNORED IN MY CASE! | 52 | TRESPSS DUE PROCESS! |
| Petitioner Requests for reconsideration | 10/28/13 | Regarding discrimination | 53 | IGNORED! TRESPSS DUE PROCESS! NO DECISION as 3/10/17. |
| Petitioner Requests for reconsideration | 2/6/13 | Regarding discrimination | 54 | IGNORED! TRESPSS DUE PROCESS! NO DECISION as 3/10/17 |

→ Petitioner's letter  10/8/12  Trespass due  41  Ignored due
to office of Gov.  8/1/12  process II  process (Es)
Peterson
→ Letter from Office of  Trespass due 42  Ignored to
controler  process  investigate.

| | | | | 3/10/17. |
|---|---|---|---|---|
| Thirty day Notice | 12/27/16 | of Eviction for holdover | 55 | Judge on 11/15/16 said falsified the truth due process. |
| My letter sent to NYCHA | 2/10/16 | Regarding Section 8 | 56 | IGNORED! |
| My NEW application for storage | 12/19/17 | Storage fee | 57-59 | FALSIFIED, DUE PROCESS! DENIED! |
| A FEW FORGED LAWSUITS AND INVESTIMENT IN MY NAME | | DONE BY –THE- ABOVE-THE – LAW PEOPLE! | 60-63 | IGNORED! |
| Proof of my letter sent to Gov. Cuomo | 10/29/14 | Regarding violation of privacy, tort, harm, fraud | 64, 65 (es). | TRESPASS DUE PROCESS! DIRECTED TO MASACHUTES! NEVER BACK TO ME or AT GOVERNOR OFFICE |
| Two falsified Referrals of Dr. Carasca. | 5/04/12 | ABUSES! | 66, 67  66-B. | TRESPASS DUE PROCES! |
| APPELATE DIV. FIRST DEPARTMENT Order | 2/17/11 | FALSIED from " hearing and decision" as "denied" | 68 | TRESPASS DUE PROCES! |
| THREATENINGS | | ABUSES | 69, 70 | TRESPASS DUE PROCES! |
| Three  Evidence with abuses with toxic gases , and tort. | | TORT, TRESSPAS | 71-73 | TRESPASS DUE PROCES DONE BY ALL RESPONDENTS! |

✓66-B Falsified report of Dr. Carasca missing this stamp (see Pq. 67) ES.





*Received on 3/6/17 after was able again the Fall [signature]*

**NEW YORK STATE OF OPPORTUNITY.** | **Office of Temporary and Disability Assistance**

| ANDREW M. CUOMO | SAMUEL D. ROBERTS | BARBARA C. GUINN |
|---|---|---|
| Governor | Commissioner | Executive Deputy Commissioner |

(518) 473-4968

March 2, 2017

Elena Strujan
P O Box 20632
New York, NY, 10021

Re: F.H. #7391138Y, *Strujan, Elena*

Dear Ms. Strujan:

This is in response to your letter received by our office on November 28, 2016, requesting that we review the fair hearing record and the Decision After Fair Hearing (Decision) of November 18, 2016, that affirmed New York City Human Resources Administration's (Agency) determination not to provide you with assistance to pay storage fees.

Based on our review of your letter, together with the fair hearing record, we have determined that there is no basis to establish that the Decision is incorrect or that the hearing should be reopened.

*→ I asked to respect a Judgment from 2009. (Eg)*

A review of the record shows that the relief you are seeking is a reimbursement of storage fees that you had already paid. You also indicate in your letter that you are seeking compliance with the Decision for FH #6135565Y which you claim directed the Agency to pay your storage fees.

*(Eg) - correct. (Eg)*

A review of the Decision for FH #6135565Y shows that the Agency was directed to investigate your eligibility for a special grant for the payment of storage fees and to provide you with a grant to the extent permitted by 18 NYCRR 352.6(f) if you are found eligible. Your testimony at the hearing indicates that the Agency complied with this directive. The Agency evaluated your eligibility and you were found not eligible for payment of storage fees.

*FALSE (Eg)*

With respect to fair hearing #7391138Y, the Decision correctly found that you no longer have a need for the relief you are seeking because you reside in permanent housing as of hearing date. In addition, your testimony at the hearing was that your application for assistance was not made with respect to ongoing storage facility fees. Rather you sought assistance with repayment of the loan you took out to pay the storage fees. 18 NYCRR 397.5(k) provides the Agency's authority to authorize allowances for prospective payment of essential storage fees for circumstances such as relocation, eviction or residence in a temporary shelter, not for repayment of personal loans.

*FALSE (Eg)*

*See evidence on Pg. 55.*

*Not personal loan - See Affidavit Pg. 36. (Eg).*

*False! (Eg) See a few evidence on Appendix Pg. 29-34 plus Pg. 57 to 59 case filed on 12/19/16 DENIED and stolen ALL evidences from my residence. Hoarder.*

*1/73*

*I was entitled! I am entitled! (Eg).*

*6592 3/10/17*

40 North Pearl Street, Albany, NY 12243-0001 | www.otda.ny.gov

We trust this addresses the concerns raised in your letter and clarifies the basis for our Decision.

Sincerely,

Betsy Segal
Principal Hearing Officer

BS:rja
Cc:   Nicola Aaronson
      Ann Marie Scalia
      Stephanie Feinberg

*Trespass due process!*
*(ᾱσ)*

2/73

6892
3/10/17

*Int* 518 - 473 - 6735

*Trespass due process.*

*stolen evidence! Recover from memory card*

Elena Strujan- a living woman
Mailing Address:
P.O. Box 20632
New York, NY 10021-0072

Phone (646) 234-2421
Estrujan2016@gmail.com

To: HRA DIVISION OF FAIR HEARING
14 Boerum Place , Brooklyn, NY 11201

Require: **TRIAL DE NOVO FOR A FAIR HEARING FOR THE CASE # 00004984176A**
under MALA IN SE and REX IPSA LOQUITOR doctrine because:

1. On November 14, 2016 the Queens Job Center REFUSED to give me a copy of my file, and to have access at my case record.

2. On November 15, 2016 Judge David A. Corson ruled in a fictitious claim in my case number. case build by the J. Jatto- Fair Hearing representative.

3. For years I tried to have a copy of the order, a copy of my file from 2009 and I could not because everything was stolen.

4. On 2012 I found a scanned copy and I reopened the case. The Judge in his decision dated 7/18/2012 said" *The Agency must to comply immediately with the directives set forth above* " ( this page was stolen and falsified as "DENIED", and after stolen again from my file ( **EXHIBIT Pg. 1**).

5. Judge David A. Corson , Administrative law Judge in this case, as I said before did not have any evidence submitted by me on August and September 2016, but ruled the case against my wish in Trespass and CONSPIRACY AGAINST RIGHTS 18 U.S. Code& 242, Right of Privacy : Boyd vs. U.S. 116. 630, 29LED 746, CT 524, 1886, TITLE 18 U.S. C 241( conspiracy / deprivation against rights under color of law), CONTEMPT OF COURT ,1509( obstruction of courts orders), RIKO RACKETEERING, EXTORTION, MAIL FRAUD, FRAUD, ABUSE OF PROCESS, INVASION OF PRIVACY.

6. ALL EVIDENCES SUBMMITED on AUGUST, SEPTEMBER 2016, per agency request WERE STOLEN with criminal intention from my residence, from my storage and from the court.

7. **I did not require a shot deal**: I REQUIRED TO BE RESPECTED THE COURT'S ORDER FROM 2009, THE APPEAL FROM 2010. AND THE APPEAL FROM 2012.

3/73  9/19

*Trespass due process!* (es)

8. The agent who received my claim on August 4, 2016, said " *She needs $9,999.00 ( because the computer cannot allow more value which is over $18, 000.00) for storage payments & she has court order, ODS for storage payment. Please review the case and sign off* " (SEE Exhibit 2)   of 12/19 (es)

9. The Queens Job Center stole also their receipts with the documents submitted in this case on 12/1/2010 ( **SEE EXHIBIT PG. 3**) , and ABUSIVE PRETENDING that " failed to submit the storage bills" ( **EXHIBIT PG. 4**). THIS ARE CRIMINAL ACTS DUE PROCESS!. (es)   12/19   14/19 (es)

10. New York State said that I have rights to look at *"your record"*. In my case I did not have any rights. NO ANY RECORED! Also I sent a fax to your unit and WHERE I REQUIRED A COPY OF ALL MY CASES AND Courts Orders, and I received a call on 11/23/2016 said the HRA Division of Fair Hearing cannot provide a copy of my files.

11. For this Judge Corson made me in his Order full of legal errors dated 11/18/2016 , 7 years younger, and fabricate with J. Jatto ,a case totally different to my claim. All my evidences disappeared being stolen by paid people by Queens Job Center and their accomplices who violate my privacy, poisoned me with toxic gases and on 11/11/2016 set up and a fire where I was alone home.

12. The judge refused to provide me a copy of my hearings from 2009, 2010.

13. Judge falsified the truth and ignored my statements during the trial. From 2009 I never " *resides in a household consisting of herself only*" per judge decision Pg. 1 .

14. In conclusion the American Government paid people to violate my privacy, to steal evidence and do fraud! This is an aggravate repeating crime with court's consent.

I say here, and I will verify in open Court if necessary that all herein be true. I will do my best, and God will do the rest.
All Rights Reserved. None waived.

6892   3/10/17

Dated: November 28, 2016.

By: _____

Elena Strujan-a.k.a elena strujan;
Claimant Sui Juris, Under Duress (es)
es2012ny@aol.com
Graduate of University of Zooth. And Vet
Medicine, Farm Animals.   12/3/16
Member of Constitution First Amendmet
Press Association

4/73

*Trespass 'due process! (eq)*

As required by 18 NYCRR 358-6.4, the Agency must comply immediately with the directives set forth above.

DATED: Albany, New York
07/18/2012

NEW YORK STATE OFFICE OF
TEMPORARY AND DISABILITY ASSISTANCE

By

*[signature]*

Commissioner's Designee

*page Stolen from Post Office 11/14/16, I never saw this until when the office (Respondent gave r. As you see did not have stamp.*

*What I received was "denied" after stolen from my residence by odd people (eq).*

**5/73**

Trespass due Process! (3)

| | Date | Activity | Staff Member | Details |
|---|---|---|---|---|
| | 8/4/2016 | CA Application Interview | Karim, A | Case Comment ... |
| | 8/26/2016 | CA Application Interview | Chowdhury, M | ... |
| | 8/29/2016 | Approve CA Eligibility Decision | Acevedo, M | ... |

Katherine Colavita
Judge

Judge David A. _____ 11/15/2016

Mr Dabrey city representative 10/28/16
Jaffo shahidraly 11/19/16
Adjourned — 11/15/2016

6/73

*[handwritten top:] This order was also stolen from my file inclusive the evidence submitted by me on 11/15/16 at the fair trial.*

**STATE OF NEW YORK**
**OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE**

REQUEST: September 27, 2016
CASE #: 00004984176A
CENTER #: 53
FH #: 7391138Y

*[handwritten left:] recovered it from a scanned are.*

## Trespass due process!

In the Matter of the Appeal of

Elena Strujan

from a determination by the New York City
Department of Social Services

:
:  **DECISION**
:  **AFTER**
:  **FAIR**
:  **HEARING**
:
:

*[handwritten right box:] As today 12/19/16 my application for TRIAL DE NO faxed on 11/29/16 did not have a answer.*

### JURISDICTION

Pursuant to Section 22 of the New York State Social Services Law (hereinafter Social Services Law) and Part 358 of Title 18 NYCRR, (hereinafter Regulations), a fair hearing was held on November 15, 2016, in New York City, before David A. Corson, Administrative Law Judge. The following persons appeared at the hearing:

For the Appellant

Elena Strujan, Appellant, *a natural living woman harmed.*

*[handwritten right:] Why Ms. Jatto did not have my claim at trial? My documents submitted.*

For the Social Services Agency

J. Jatto, Fair Hearing Representative

*[handwritten left:] Ignored my deposition! Nothing in file! stolen all my instruments(?)*

*[handwritten right:] I have 61 years for my deposition at trial an as true fact. This is a phantom appellant.*

### ISSUE

Was the Agency's determination not to provide the Appellant with assistance to pay storage fees correct?

### FINDINGS OF FACT

An opportunity to be heard having been afforded to all interested parties and evidence having been taken and due deliberation having been had, it is hereby found that:

*[handwritten right:] 6592 3/10/17*

1. The Appellant, age 54, who has been in receipt of gross income from Social Security Disability benefits in the amount of $660.00 monthly, and SSI benefits in the amount of $816.00 monthly, resides in a household consisting of herself only.

*[handwritten:] FALSE. $1134/month*

2. No member of the Appellant's household is in receipt of Public Assistance benefits.

*[handwritten left:] evidence and Court's orders stolen in 2009, 2010, 2011, 2012, 2013, 2016. Paid people violate my privacy and poisoned me - plus more!*

*[handwritten center:] #73 Incorrect!*

*[handwritten right:] I live with 3 more people and I never lived alone from 2009 to present!*

*the bills were stolen on 2010, and 2016.*

2

FH# 7391138Y

*Incorrect. I submitted bills from 2009 which were stolen from my residence from storage by paid people who harmed me are violate my privacy 6/92*

3. The Appellant has accrued arrears in storage fees in the amount of $2,500.00.

4. The Appellant applied for assistance to pay storage fees.

5. The Agency has not provided the Appellant with the requested assistance.

6. On September 27, 2016, the Appellant requested this fair hearing.

**APPLICABLE LAW**

*Because my claim was falsified, forged.*

*I applied to be respected he runs orders from 2010, 2012, 2013*

At a fair hearing concerning the denial of an application for assistance, the Appellant must establish that the Agency's denial of assistance was not correct. 18 NYCRR 358-5.9(a).

Emergency Assistance for Adults (EAA) means grants of assistance to aged, blind or disabled individuals and couples who have been determined eligible for or are receiving Federal Supplemental Security Income (SSI) benefits or additional State payments and applied for such assistance to meet emergency needs, in the circumstances specified in Part 397 of Department Regulations, that cannot be met by the regular monthly benefits of SSI and additional State payments. Social Services Law, Section 300(2); Social Services Law, Section 300(3); Social Services Law, Section 302; 18 NYCRR 397.1(a); 18 NYCRR 397.4.

*was a criminal act do not hav my clai*

EAA may be available for certain needs only. Under EAA, storage of furniture and personal belongings shall be paid when the storage is essential during relocation, eviction or residence in temporary shelter, as long as the circumstances necessitating the storage and eligibility for EAA continues to exist. Social Services Law, Section 303(k); 18 NYCRR 397.5(k).

*I had 3 evictions from 2009*

The Agency shall provide an allowance for storage of furniture and personal belongings when it is essential, for circumstances such as relocation, eviction, or temporary shelter, so long as eligibility for Public Assistance continues and so long as the circumstances necessitating the storage continue to exist. 18 NYCRR 352.6(f).

*the courts orders and do not have*

*The Judge ordered to have paid storage and the order was stolen*

An Agency is not authorized to grant EAA for the four month period prior to application if the person already had received such a grant within the preceding twelve months, unless such additional assistance is recommended by the local Agency and approved by the State. Social Services Law Section 303; 18 NYCRR 397.5(l)(3).

*I never received the right to see my file my record!*

**DISCUSSION**

*False 61*    *False #124 months*

The Appellant, age 54, who has been in receipt of gross income from Social Security Disability benefits in the amount of $660.00 monthly, and SSI benefits in the amount of $816.00 monthly, resides in a household consisting of herself only. No member of the Appellant's household is in receipt of Public Assistance benefits. The Appellant has accrued arrears in storage fees in the amount of $2,500.00. The Appellant applied for assistance to pay storage fees. The Agency has not provided the Appellant with the requested assistance.

*incorrect.*    *Incorrect over $20,000.00 (credit cards, borrow*

*from 2009 never resided "herself only"*

*the agency practice MALA iN SE and unlawful gets; to follow me everywhere and by poisoning me counseling with the above-the-law people who died ... in my name and who stole order*

FH# 7391138Y

*[handwritten margin top: It was the Courts Orders to have fix the apartment for toxic gases and explosion. The agency coupen with the criminals by denying me of shut deal and storage payment per Court's orders. They stole the Orders.]*

At the hearing, the Appellant stated that her possessions have been placed in storage since June, 2009 when she was evicted from her apartment.

No member of the Appellant's household is in receipt of Public Assistance benefits, nor does it appear that the household is potentially eligible for Public Assistance.

The record of the hearing establishes that the Appellant no longer has a need for the relief the Appellant is seeking, as she resides in permanent housing. It is further noted that the Appellant testified that she paid the $2,500.00 in fees after she received a loan from a friend. The Appellant also acknowledged that there is no current action by the storage company to put her possessions up for auction. The emergency assistance regulations are not in place to provide for the Appellant's storage of excess possessions, but to provide for temporary needs in emergency situations. Pursuant to Emergency Assistance for Adults (EAA) under Social Services Law, Section 303(k); 18 NYCRR 397.5(k) the storage must be essential during relocation, eviction or residence in temporary shelter. The record fails to establish that such essential circumstances exist in the present case. The Appellant has maintained her items in storage for a period of seven years, tantamount to permanent storage.

The Agency's determination must therefore be sustained.

*[handwritten left margin: Please listen my deposition this is discrimination.]*

**DECISION**

The Agency's determination not to provide the Appellant with assistance to pay storage fees is correct.

DATED:   Albany, New York
         11/18/2016

*[handwritten: incorrect I paid over $22,000.00.]*

NEW YORK STATE OFFICE OF
TEMPORARY AND DISABILITY ASSISTANCE

By

*Thomas M Hofmes*

Commissioner's Designee

*[handwritten: I never lived in a permanent housing.]*

*[handwritten: what the record said]*

*[handwritten bottom: Why the agency stole the evidence, the Courts Orders, sent people to violate my privacy, to harm me, to poison me?]*

SOCIAL SECURITY ADMINISTRATION

Date: March 10, 2017
Claim Number: XXX-XX-6592A
XXX-XX-6592DI

*I paid rent sometimes $1,200, $800, $700, neverless $900/month. storage ~ $159. - $180/months.*

ELENA STRUJAN
P O BOX 20632
NEW YORK NY 10021-0072

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2016, the full monthly
Social Security benefit before any deductions is......$ 621.90

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is.......$ 621.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

*Judge David A. Corson FALSELY said $ 8/16/ monthly.*

Beginning January 2017, the current
Supplemental Security Income payment is.............$ 134.00

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

Type of Supplemental Security Income Payment Information

*Ignored due process! (ES)*

```
NYCWAY ACTIVITY HISTORY PRINT - Created on 11/14/2016 @ 09:08

              WORK, ACCOUNTABILITY, AND YOU (WAY)          PIW065.320
                        ACTIVITY INQUIRY
Casenumber : 0004984176 Suffix : 01 Linenumber : 01  Case Type : EAA
Appreg     : 0032850746 CIN   : RY83718U          SSN       : 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
Program: FAIR HEARING
Status : FAIR HEARING OTHER
Name   : STRUJAN ELENA                Office : 053      ES Code   : 32
Sex    : F                           Unit   :          Comp Code: 802
DOB    : 03/23/1955                  Worker : 00203     Ind Stat : RJ

  DATE     ACTION/DESCRIPTION        STATUS CMP  FUT DATE OFF WORKR SITE
 10/29/16 760D DISPOSITION: HADD     FHRF1      10/29/16 SYS SYSTM
          FH:7391138Y
 10/29/16 726  FH RESCHEDULED        FHRF1  760D 11/15/16 B53 SYSTM
          FH:7391138Y
 10/22/16 725  FH SCHEDULED          FHRF1  726  10/28/16 B53 SYSTM B53
          FH:7391138Y
 10/12/16 730N DISPO: DEF Non-Aid    XXXXX  730N  /  /   SYS SYSTM
          FH:7391138Y
 10/03/16 715  FH REQ NON AID 2 CNT  FHRF3  730N 10/31/16 B53 SYSTM
          FH:7391138Y
 10/03/16 709F FH REQ - FAX          XXXXX  709F  /  /   SYS SYSTM
          FH:7391138Y
 08/29/16 004  Appl Denied-Not NYC   XXXXX  004   /  /   ISO SYSTM
          Updated thru System               = 23:39 160829
 08/29/16 000C SYNC CASE NUM CHANGE  SIN1S  000C  /  /   SYS SYSTM
          0032850746 01 01
*08/26/16 005R ONE-SHOT REQUESTED    SIN1S  004  08/26/16 B53 G8069
*08/10/16 0ABA ABAWD IND A           EXM60  0ABA  /  /   Sys Systm
          Abawd Indicator Established
*08/10/16 0S32 SNAP ES 32            EXM60  0S32  /  /   Sys Systm
          SNAP Emp. Code Established
*08/09/16 117J W.U.Change ES to 32   EXM60  004  08/09/16 B53 SYSTM
       10 APLA1
*08/04/16 100A CASE NOTE             APLA1  100A  /  /     053 G9118
          Client hasSSD $618.00 & SSI $222.00 monthly, OSD for storage paym
*08/04/16 94NA NO NON-CUSTOD SITUAT  APLA1  94NA  /  /     053 G9118
*08/04/16 001  APPLIC REGISTERED     APLA1  117J 09/18/16 ISO G9118
```

*Possible my money for my claim were take by somebody*

*Too much lies!*

*Why was changed the case number? For the phanton claimant of 54 year old?*

6135565Y

RATIU

18/73

6592

3/10/17

Trespass Due Process!

Elena Stujan
P.O. Box 20632
New York, N.Y. 10021
646-234-2421
9/28/2016

Never an answer (29)

Notice to Manager of Cube Smart

Dear Sir/Madame

In the last 3 weeks my storage was violated by interested people. It is missing very important legal documents and some personal stuff (no much value)

I please you to look in your video recorded camera to see what happened at my box # 3307.

I had a bad experience before in the same unit, under the name "Storage de Lux", and you refused to do any investigation.

Please let me know your decision. Thank you for your cooperation herein.

Sincerely,
Elena Stujan, a natural
living woman
All Rights Reserved

*Trespass Due Process (E)*
*Never an answer (E).*

Elena Strujan
P. O. Box 20632
New York, NY 10021
646-234-2421
11/19/2016

**MANAGER FOX STORAGE**
30-46 Northern Boulevards
Long Island City, New York 11101

Dear Manager

Per today November 19, 2016 conversation I send you an official letter claim to follow up my text message sent previously where I please you to look in video camera to see if in the period October 1, 2016 to November 12, 2016 somebody accesses my box 4080.

In my knowledge only me I know the combination at my both locks.

I do this legitimate require because from my storage was stolen legal evidence necessary in Court yesterday 11/15/2016 where I informed the Judge about missing evidence ( what I can see at this time).

I thank you in advance for your cooperation herein.

*Received by - Belmary*
*on 11/21/16*

Sincerely,

Elena Strujan- a natural living woman.

All Rights Reserved. Nothing waved.

**13/73**

*Ignored Trespass Due process!*

| NAME:<br>Strujan Elena | ADDRESS<br>8-10 27 Ave, 716, Queens, NY 11102-0000 | CASE NUMBER<br>00004984176A |
|---|---|---|

**National School Lunch and/or Breakfast Programs** – The child(ren) listed below are approved to receive free lunch and/or breakfast if he or she attends a school that participates in the National School Lunch and/or Breakfast Programs. To receive this benefit, you must take or send a copy of this notice to the school that your child attends. This notice also entitles your child(ren) to free meals if they attend a program such as a school, club or camp that participates in the Summer Food Service Program. Make a copy for your records so you can provide it to the sponsor.

List Child(ren)'s name(s):

☑ Responsibility To Report Changes – See enclosed LDSS-3151: "SNAP Change Report Form" for information on when to report changes.

**CONFERENCE AND FAIR HEARING SECTION – DO YOU THINK WE ARE WRONG?**

If you think our decision is wrong, you can ask for a review of our decision. We will correct our mistakes. You can do both 1 and 2:

      1. Ask for a meeting (conference) with one of our supervisors;      2. Ask for a State fair hearing with a State hearing officer.

1. **CONFERENCE (Informal meeting with us)** – If you think our decision was wrong, or if you do not understand our decision, please call us to set up a meeting. To do this, call the conference phone number on the **front** of this notice or write to us at the address on the **front** of this notice. Sometimes this is the fastest way to solve any problem you may have. We encourage you to do this even when you have asked for a fair hearing.

2. **STATE FAIR HEARING** – You have the following number of days from the date of this notice to ask for a fair hearing

| BENEFIT AREA | TIME LIMIT |
|---|---|
| Public Assistance, Medical Assistance, Social Services | 60 days |
| SNAP Benefits | 90 days |

**HOW TO ASK FOR A FAIR HEARING:** You can ask for a fair hearing by mail, by phone, by fax, by walk-in or online.

*Mail:* Send a copy of **Part A and Part B** to the Office of Administrative Hearings, New York State Office of Temporary and Disability Assistance, P.O. Box 1930, Albany, New York 12201. Please keep a copy of each notice for yourself.

☐ I want a fair hearing. I do not agree with the agency's action. (You may explain why you disagree below, but you do not have to include a written explanation.) *It is a Court Order of the fair hearing which was held on July 16, 2012 before Robert Selloff, Administrative Law Judge.*

*Phone:* 800-342-3334 (PLEASE HAVE THIS NOTICE WITH YOU WHEN YOU CALL.)

*Fax:* Fax a copy of the front and reverse of this notice to: (518) 473-6735.

*Walk-In:* Bring a copy of this entire notice to the New York State Office of Temporary and Disability Assistance at 14 Boerum Place, Brooklyn.

*Online:* Complete an online request form at: http://www.otda.ny.gov/oah/forms.asp .

If you cannot reach the New York State Office of Temporary and Disability Assistance by phone, fax, walk-in or online, please write to ask for a fair hearing before the deadline.

**WHAT TO EXPECT AT A FAIR HEARING:** The State will send you a notice that tells you when and where the fair hearing will be held.

At the hearing, you will have a chance to explain why you think our decision is wrong. You can bring a lawyer, a relative, a friend or someone else to help you do this. If you cannot come yourself, you can send someone to represent you. If you are sending someone who is not a lawyer to the hearing instead of you, you must give this person a letter to show the hearing officer that you want this person to represent you at the hearing.

At the hearing, you and your lawyer or other representative will have a chance to explain why we are wrong and a chance to give the hearing officer written papers that explain why we are wrong.

To help you explain at the hearing why you think we are wrong, you should bring any witnesses who can help you. You should also bring any papers you have, such as: pay stubs, leases, receipts, bills, doctor's statements.

At the hearing, you and your lawyer or other representative can ask questions of witnesses which we bring or which you bring to help your case

**LEGAL ASSISTANCE:** If you think you need a lawyer to help you with this problem, you may be able to get a lawyer at no cost to you by contacting your local Legal Aid Society or other legal advocate group. For the names of other lawyers, check your Yellow Pages under "Lawyers."

**ACCESS TO YOUR FILE AND COPIES OF DOCUMENTS:** To help you get ready for the hearing, you have a right to look at your case file. If you call, write or fax to us, we will send you free copies of the documents from your file that we will provide the Hearing Officer at the Fair Hearing. Also, if you call, write or fax to us, we will send you free copies of other specific documents from your file that you think you may need to prepare for your Fair Hearing. To ask for documents or to find out how to look at your file, call (718) 722-5012, fax (718) 722-5018 or write to **HRA Division of Fair Hearing, 14 Boerum Place, Brooklyn, New York 11201.**

If you want copies of documents from your case file, you should ask for them ahead of time. They will be provided to you within a reasonable time before the date of the hearing. Documents will be mailed to you only if you specifically ask that they be mailed.

**INFORMATION:** If you want more information about your case, how to ask for a fair hearing, how to see your file, or how to get additional copies of documents, call us at the phone numbers on the **front** of this notice or write to us at the address on the **front** of this notice

*14/73*

*6592*

*3/10/17*

LDSS-4148A (Rev. 07/16)

*Trespass due process!*

> NOTE: If you are applying for or getting Temporary Assistance or Medical Assistance, we may give your children's social security numbers to their non-custodial parent in order to enroll the children in their noncustodial parent's health insurance coverage and, if necessary, to begin child support enforcement services. If you are applying for Medical Assistance only, we may pursue the noncustodial parent of your children for medical support only.

- The Unemployment Insurance Division in New York State and similar offices in other states are asked if you are or were getting unemployment benefits.

- Banks may be asked to see if you have a bank account(s), or confirm that you have one and how much money is in your account(s).

- Schools may be asked to confirm that your children go there.

- The New York State Department of Motor Vehicles may be asked if you own a car.

- The Social Security Administration is asked for employment information and to see if you get pension or disability benefits.

- The Departments of Defense and Veterans Affairs are asked if you are eligible for and/or in receipt of compensation and/or pension benefits.

- The Internal Revenue Services may be asked about federal tax information (1099) if you are applying for or in receipt of Temporary Assistance, to determine your income or resources.

Personal privacy rights also apply to all Medical Assistance and Services applicants and participants.

All of the information you provide on a Medical Assistance application will remain confidential. The only people who will see the information are the enrollment facilitators and the State or local agencies, and health plans who need to know this information in order to determine if you (the applicant) and your household members are eligible. The person helping you with your application cannot discuss the information with anyone, except a supervisor or the State or local agencies or health plans which need this information.

You may use a confidential mailing address if you do not want information concerning your eligibility for the Family Planning Benefit Program (FPBP) to go to your regular address. If you need to keep your family planning information confidential from your health insurance provider, tell your worker.

Besides using the information you give us in this way, the New York State Office of Temporary and Disability Assistance (OTDA) also uses the information for program planning and management and to make sure local departments of social services are doing the best job they can (**"quality control"**). This information is kept by the Deputy Commissioner, Division of Information Technology (DoIT), Office of Temporary and Disability Assistance, 40 North Pearl Street, Albany, N. Y. 12243-0001

The New York State Office of Temporary and Disability Assistance (OTDA) is also doing research to learn whether our programs are effective in helping Temporary Assistance applicants and recipients find and keep jobs. This research is very important. It helps us improve services that affect thousands of Temporary Assistance clients like you.

In order to carry out this research, it is necessary to track the wages of samples of Temporary Assistance applicants and recipients for up to 10 years using the State's Wage Reporting System. This wage information is used only for research purposes. **It does not affect your eligibility for Temporary Assistance in any way.** All the wage information collected for the research is kept strictly confidential. Only the people doing the research see the wage information and they do not have access to the names of individual applicants and participants. If you are included in the research, you will never be named in any report and no information about your wages will ever be given out. If you object to the use of your wage reporting records, you can request that they be excluded from the research by writing to:

**New York State Office of Temporary and Disability Assistance
Office of Program Evaluation
40 North Pearl Street
Albany, New York 12243**

4. YOUR RIGHT TO LOOK AT YOUR RECORDS

Once you apply for money or other help, **two** kinds of records are kept about your case. Usually, you have the right to look at these records.

You may not be able to look at all of your records. For example, you may not be able to look at all or part of child support, adoption, foster care, child protective and preventive records. Your worker can explain these rules to you.

6

QUEENS JOB CENTER

MONDAY, NOVEMBER 14, 2016 9:00:07 AM

FLOOR: 5

QUEENS 053/FSCC

*Trespass due Process!*

*Martinez Refused to give copy of my file —*

*M. Ritt*

## X 1002

*718-722-5012*
*Lungandefola!*

FH&C CONFERENCE

LANGUAGE SPOKEN: ENGLISH

*Time Confeming lu vain (☺)*

All are welcome and have a right to apply for HRA benefits. You do not need a social security number to apply. You have a right to free language services. If you have a complaint, ask to speak with a supervisor or call 311.

Todos son bienvenidos y tienen derecho a solicitar los beneficios de la HRA. No necesita un número de seguro social para la solicitud. Tiene derecho a servicios gratuitos en otros idiomas. Si tiene alguna queja, solicite hablar con un supervisor o llame al 311.

每個人都受歡迎，每個人都有申請HRA福利的權利。無須社會安全號碼即可申請。您有權享受免費口譯服務。若您要投訴，請要求與主管談話或致電311。

Приглашаем вас воспользоваться своим правом подать заявление на получение пособия от HRA. Для подачи заявления не нужен номер социального страхования. У вас есть право на бесплатные услуги переводчика. С жалобами обращайтесь к руководителю или звоните по номеру 311.

每个人都受欢迎，并且每个人都有申请HRA福利的权利。无需社会安全号码即可申请。您有权享受免费的口译服务。如果您要投诉，请要求与主管谈话或致电311。

সকলকে স্বাগত এবং HRA সুবিধা পাওয়ার জন্য আবেদন করার অধিকার আছে। আবেদন করার জন্য আপনার কোন সামাজিক সুরক্ষা নম্বর এর দরকার নাই। আপনার বিনামূল্যের ভাষা পরিষেবা পাওয়ার অধিকার আছে। আপনার যদি কোন অভিযোগ থাকে, তাহলে একজন পর্যবেক্ষকের সঙ্গে কথা বলার জন্য জিজ্ঞাসা করুন বা 311 নম্বরে ফোন করুন।

모든 사람이 HRA 혜택을 요청할 권리가 있습니다. 소셜 시큐리티 번호가 없어도 신청할 수 있습니다. 여러분은 무료 언어 서비스를 받을 권리가 있습니다. 불만사항이 있으시면, 감독자와의 상담을 요청하거나 311번으로 전화하십시오.

نرحب بالجميع، وللجميع الحق في التقدم بطلب للحصول على مخصصات HRA. لا تحتاج لأن يكون لديك رقم ضمان اجتماعي للتقدم بطلب. يحق لك الحصول على خدمات الترجمة المجانية. إذا كانت لديك شكوى، فاطلب التحدث مع أحد المشرفين أو اتصل على الرقم 311.

سب کا خیر مقدم ہے اور سب کو HRA مراعات کے لیے درخواست دینے کا حق ہے۔ درخواست دینے کے لیے آپ کے پاس سوشل سیکیورٹی نمبر ہونے کی ضرورت نہیں ہے۔ آپ کو زبان کی خدمات مفت حاصل کرنے کا حق ہے۔ اگر آپ کو کوئی شکایت کرنی ہو تو کسی سپروائزر سے بات کرنے کے لیے کہیں یا 311 پر کال کریں۔

*16/73*

*6592*
*3/10 LH*

Nou envite tout moun, epi tout moun gen dwa pou yo aplike pou avantaj HRA. Ou pa bezwen yon nimewo sekirite sosyal pou aplike. Ou gen dwa pou resevwa sèvis lang gratis. Si ou gen yon plent, mande pou pale avèk yon sipèvizè oswa rele 311.

*Trespass due process! (E9)*

**STATE OF NEW YORK**
**OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE**

REQUEST: July 5, 2012
CASE #: 00004984176A
CENTER #: 53
FH #: 6135565Y

In the Matter of the Appeal of

Elena Strujan

from a determination by the New York City
Department of Social Services

:  **DECISION**
:  **ON**
:  **STIPULATION**
:  **AFTER**
:  **FAIR**
:  **HEARING**
:

## JURISDICTION

Pursuant to Section 22 of the New York State Social Services Law (hereinafter Social Services Law) and Part 358 of Title 18 NYCRR, (hereinafter Regulations), a fair hearing was held on July 16, 2012, in New York City, before Robert Delloff, Administrative Law Judge. The following persons appeared at the hearing:

For the Appellant   —

Elena Strujan, Appellant

For the Social Services Agency

Abiola Balagun, Fair Hearing Representative

*The Agency and de Fair Hearing Trial refused to provide me on 11/15/2016 the Black (E9) Court's Orders, and my Record.*

## ISSUE

Was the determination of the Agency not to provide the Appellant with a grant for the payment of storage fees correct?

## FINDINGS OF FACT

An opportunity to be heard having been afforded to all interested parties and evidence having been taken and due deliberation having been had, it is hereby found that:

1. The Appellant is in receipt of SSI benefits.

2. The Appellant applied for a grant for the payment of storage fees.

3. On January 11, 2012, the Agency denied the Appellant's request for storage fees.



*Trespass Due Process!*
*2*
*(59).*

FH# 6135565Y

4. On July 5, 2012, the Appellant requested this fair hearing.

## DISCUSSION

The record establishes that the Appellant is in receipt of SSI benefits. The Appellant applied for a grant for the payment of storage fees. On January 11, 2012, the Agency denied the Appellant's request for storage fees.

At the hearing the Agency agreed to investigate the Appellant's eligibility for a special grant for the payment of storage fees, provide the Appellant with written notification as to the results of such investigation and provide the Appellant with a grant for the payment of storage fees to the extent permitted by 18 NYCRR 352.6(f) if the Appellant is found eligible.

The Appellant accepted the terms of the Agency stipulation as a complete resolution of the Appellant's request for a fair hearing on this issue.

## DECISION AND ORDER

In accordance with the Agency's agreements made at the hearing, the Agency is directed, if it has not already done so, to:

1. Investigate the Appellant's eligibility for a special grant for the payment of storage fees;

2. Provide the Appellant with written notification as to the results of such investigation; and

3. Provide the Appellant with a grant for the payment of storage fees to the extent permitted by 18 NYCRR 352.6(f) if the Appellant is found eligible.

Should the Agency need additional information from the Appellant in order to comply with the above directives, it is directed to notify the Appellant promptly in writing as to what documentation is needed. If such information is requested, the Appellant must provide it to the Agency promptly to facilitate such compliance.

6592
3/10/17

12/19/16



18/73

3

FH# 6135565Y

As required by 18 NYCRR 358-6.4, the Agency must comply immediately with the directives set forth above.

DATED: Albany, New York
07/18/2012

NEW YORK STATE OFFICE OF
TEMPORARY AND DISABILITY ASSISTANCE

By

Commissioner's Designee

6592
3/10/17

Why the agency did not comply? Why the agency sent me an order saying "denied". I found out about this order on 12/14/16 when the agency gave me a copy but refused me the lawful right to see my file, my record.

— Where disappeared? Why the agency sent people to my residence storage computer, trap me d to poison me? rape me & this is discrimination under color of law and malad in se.

violate to

19/73

12/19/16

*Trespass Due Process (39)*

3

FH# 6135565Y

As required by 18 NYCRR 358-6.4, the Agency must comply immediately with the directives set forth above.

DATED: Albany, New York
99/99/9999

*Correct is - 7/18/2012 Not*

NEW YORK STATE OFFICE OF
TEMPORARY AND DISABILITY ASSISTANCE

By

# [[Signature]]

Commissioner's Designee

*6592
3/10/17*

*Copy gave to me by Judge.
David A. Corson in Court on 11/15/2016
and he said he did not know why
the computer did not print the date
and Commissioner's signature, because the
order was in my favor.*

*This page was falsified as "denied"
and sent me by mail on 2012, and
after stolen from my file.*

**20/73**

Case 1:17-cv-01566-RRM-SMG   Document 1   Filed 03/16/17   Page 51 of 112 PageID #: 169

Trespass Due Process!

| | Other documents | Documents submitted for |
|---|---|---|
| | | |

Falsified (decolored evidence) "(EC)"

Receipt from Queens Job Center regarding the storage bills submitted on 12/1/2010. Criminally the Queens Job Center and his accomplice violated my privacy and "stole the proofs of documents submitted to submit rent/storage and denied the court's order as "failed bills" (Exhibit pg.4).

*Stolen due process by violation of my privacy. Receipt from Agency that I produced the storages books on 12/1/2016 (#9).*

EXP-76R (page 2)
Rev. 12/1/10

Human Resources Administration
Family Independence Administration

| ☑ | Other documents | Documents submitted for |
|---|---|---|
| | Statement from Storage Facility | Elena Stryan |
| | Statement from Storage Facility | Elena Stryan |
| | Statement from Storage Facility | Elena Stryan |
| | Statement from Storage Facility | Elena Stryan |
| | Statement from Storage Facility | Elena Stryan |
| | Statement from Storage Facility | Elena Stryan |
| | Medical bills | Elena Stryan |
| | Medical bills | Elena Stryan |
| | Medical bills | Elena Stryan |
| | Medical bills | Elena Stryan |
| | Medical bills | Elena Stryan |
| | Medical bills | Elena Stryan |
| | Medical bills | Elena Stryan |
| | Medical bills | Elena Stryan |
| | W-113K Documentation Required | Elena Stryan |
| | | |
| | | |
| | | |
| | | |

22/73



*Trespass due process (con't.)*

*receive, 12/19/16*

**ACTION TAKEN ON YOUR APPLICATION:** PART A
**PUBLIC ASSISTANCE, FOOD STAMP BENEFITS AND MEDICAL ASSISTANCE COVERAGE (NYC)**

NAME AND ADDRESS OF AGENCY CENTER OR DISTRICT OFFICE

Queens Job Center
34-36 Northern Blvd

L.I.C.                    NY  11101-0000

General Telephone No. for          (718) 752-7017
OR Agency Conference               (718) 784-6896
                                   (800) 342-3334
                                   (718) 784-5519
Legal Assistance                   (718) 784-6896

| CASE NO. | UNIT | WORKER NO. | CLT OR WORKER NAME | TELEPHONE NR. |
|---|---|---|---|---|
| | PRO | 30000 | K. Natarajan | (718) 392-6157 |

*Falsified (decolored) due process*

**SEE PART B FOR FOOD STAMP BENEFITS AND FAIR HEARING INFORMATION.**

**PUBLIC ASSISTANCE**

ACCEPTED

DENIED

370 Sect

ACCEPTED

ACCEPTED

DENIED

DENIED

OTHER        See "SOURCE 30" 22

*FRAUD!*
*FELONY!*
*TRESPASS!*
*DURESS!*
*POISONING,*
*SET UP*
*FIRE!*

*A lie said I did not provide storage bills, stole their own receipts*

**23/73**

**BE SURE TO READ THE BACK OF PART B FOR YOUR RIGHTS ON HOW TO APPEAL THIS DECISION**

*FRAUD, FELONY, TRESPASS $$$ PROCESS!*

IOSS-4013A NYC (Rev 3/11)

### ACTION TAKEN ON YOUR APPLICATION: PART A
### PUBLIC ASSISTANCE, FOOD STAMP BENEFITS AND MEDICAL ASSISTANCE COVERAGE (NYC)

| NOTICE DATE: 01/11/2012 | | NAME AND ADDRESS OF AGENCY/CENTER OR DISTRICT OFFICE |
|---|---|---|
| CASE NUMBER 00004984176A | CIN NUMBER RY83718U | Queens Job Center 34-00 Northern Blvd |

CASE NAME (And C/O Name if Present) AND ADDRESS

Elena        Strujan
43-39 39 PL
12
QUEENS        NY  11104-0000

L.I.C        NY  11101-0000

GENERAL TELEPHONE NO. FOR QUESTIONS OR HELP        (718) 752-3117
OR  Agency Conference        (718) 784-5896
    Fair Hearing information and assistance        (800) 342-3334
    Record Access        (718) 784-5919
    Legal Assistance information        (718) 784-5896

| OFFICE NO. 053 | UNIT NO. PRO | WORKER NO. 00090 | UNIT OR WORKER NAME K. Natarajan | TELEPHONE NO. (718) 392-8157 |
|---|---|---|---|---|

The action(s) taken on your application dated 12/15/2011 is explained below (and or Part B, next to the checked boxes) b:
SEE PART B FOR FOOD STAMP BENEFITS AND FAIR HEARING INFORMATION

**PUBLIC ASSISTANCE**

ACCEPTED for the period from _____ to _____
for (name(s)) _____
You will get $ _____ for the period from _____ to _____
After this you will get $ _____
The above grant is based on a reduced budget because:
_____ failed without good cause to cooperate with the Office of Child Support Enforcement (OSCE) on _____ by _____ (18NYCRR 352.3(d)).
To lift this sanction, call _____ Read the detailed instructions on the back of this notice.
_____ failed to comply with the following drug/alcohol treatment requirement(s) (18NYCRR 351.2(i))
screening    assessment    rehabilitation
or, has not provided consent or revoked consent to disclose treatment information to the agency.

A RECOUPMENT at the rate of percent (%) is _____ being taken against your Public Assistance. The reason for this recoupment is:

If you believe the recoupment at this rate will cause your family an undue hardship, you should contact your worker to explain your reason. An undue hardship means that a person does not have enough income to eat, to pay for shelter or utilities, to get necessary clothing, to buy general items of need, or to pay for medical needs not covered by Medical Assistance. Your Worker will let you know what kind of proof you will need to show that the recoupment at this rate will cause an undue hardship. If we decide that the recoupment will cause an undue hardship, the recoupment rate will be changed to a rate between 5 and 10%. The recoupment rate must be at least 5%. This decision is based on 18 NYCRR 352.31(d)

DENIED for the following individuals
If ALL is listed in the first Name(s) field, every member of your household was DENIED for the same stated Reason(s).

| Name(s) ALL | Reason(s) failed to submitted for storage bill |
|---|---|
| Name(s) _____ | Reason(s) _____ |
| Name(s) _____ | Reason(s) _____ |
| Name(s) _____ | Reason(s) _____ |

The above decision(s) is based on 18 NYCRR: 370.2(a)

**MEDICAL ASSISTANCE**

ACCEPTED for Medical Assistance effective _____ for (name(s)) _____
ACCEPTED for Medical Assistance with a SPENDDOWN, effective _____ for (name(s)) _____
Your total monthly income is $ _____ Your total monthly deductions are $ _____
The difference between these figures & your monthly net income for Medical Assistance. This is $ _____ The allowable income standard for a family household your size is $ _____ The difference between your net income and this standard ($ _____ ) is your monthly excess income (18 NYCRR 360-4.8). The enclosed letter explains eligibility under the Excess Income Program and Optional Pay-In Program.

DENIED Medical Assistance effective _____ for(name(s)) _____
because _____

In the event that you are hospitalized, you may be eligible for Medical Assistance and should contact this Department.
DENIED:
_____ We do not have enough information to decide your eligibility under the Medical Assistance program. Please contact us no later than _____ at _____ so we can get the information we need.
_____ Your application for Medical Assistance is being reviewed. We will send you our decision when _____
_____ Not applying for Medical Assistance. You did not indicate on the application that you wanted Medical Assistance.

OTHER _____

This above decision(s) is based on See 18 NYCRR 351.22

BE SURE TO READ THE BACK OF PART B FOR YOUR RIGHTS ON HOW TO APPEAL THIS DECISION

| Enclosure | | | |
|---|---|---|---|
| Distribution | White-CLIENT/FAIR HEARING COPY | Yellow-CLIENT COPY | Pink-AGENCY COPY |

**24/73**

Handwritten annotations:
- *Falsifie due process!*
- *Why the agency sent people to steal their own receipts?*
- *Why lied "failed to provide the storage bills."*
- *POISONED HARMED TORTURED by the people who stole the evidence from files (89) know my residence*
- *659e 3/10/17*

*Trespass due Process! (ΞΟ)*

QUEENS JOB CENTER

WEDNESDAY, SEPTEMBER 07, 2016 02:57:43 PM

FLOOR: 5

QUEENS 053/FSCC

Why the ev'dences submited
on August 2016 and on 9/7/16
were stolen from the court's

**PA 3089**
file?
From my file?
From my room?

CA APPLICATION/ADDITION                LANGUAGE SPOKEN:ENGLISH

From my external
memory card?

Time
Consuming!

All
instruments
stolen from
my residence and
hide in Court (ΞΟ)

**YELLOW**

**25/73**

*Trespass due Process, lies rejected the order from 2009 2012, I submitted all documents required on 8/4/16 when I applied. But all disagreed including from my computer.*

| | Date | Activity | Staff Member | COMMENT |
|---|------|----------|--------------|---------|
| | 8/4/2016 | CA Application Interview | Karim, A | Case Comment: : : The client has SSD $622.00 & SSI $222.00 monthly, She needs $9999.00 for storage payments & she has court order, OSD for storage payments, Please review the case and sign off |
| | 8/26/2016 | CA Application Interview | Chowdhury, M | OSD case for Storage process to RJ with code Y99 due to client failed to submitted emergency documents. W270 not in viewer. LDSS 4013 completed. Please review the case and approve. |
| | 8/29/2016 | Approve CA Eligibility Decision | Acevedo, M | : : Approving Eligibility Decision: Denied. Failed to Verify emergency. R J : Y-99. |

*Where are the evidence of my claim. The Courts' Orders?*

*Katherine Oolavita.*
*Judge*

*Why I could not see my record? 11/04/15? 11/15/15?*

*Judge: David A. Cessori 11/15/2016 3/10/17 6592*

*Mr. Dabrey city representative 11/15/16*

*Zatti Shaharats*

*Adjourned - 11/15/2016*

*26/73*



Case 1:17-cv-01566-RRM-SMG   Document 1   Filed 03/16/17   Page 57 of 114 PageID #: 175

```
EEP      12/16/16    15:16    TOMK    MMS CUSTOMER STATEMENT                                              Page 1

CBA # 744966 ELENA STROJAN                    TRANSFERRED ROOM    ACTIVE ROOMS 0

UNIT: 420 0 7 23
```

| DATE | DESCRIPTION | CHARGES | CREDITS | OPEN | RUNNING BALANCE | RUNNING BALANCE |
|---|---|---|---|---|---|---|
| 06/20/09 | Room Security Deposit | 114.00 | | | | 114.00 |
| 06/20/09 | Credit Card - 6194 | | -244.00 | | | -130.00 |
| 06/20/09 | Mo Occupancy Chg | 114.00 | | | | -16.00 |
| 06/20/09 | Mo Keepsafe Prem | 16.00 | | | | |
| 06/22/09 | Management Adjustment | | -52.00 | | | -52.00 |
| 07/05/09 | Room Security Deposit | | -114.00 | | | -166.00 |
| 07/05/09 | Mo Occupancy Chg | | -57.00 | | | -223.00 |
| 07/05/09 | Mo Keepsafe Prem | | -8.00 | | | -231.00 |
| 07/05/09 | Mo Occupancy Chg | | -46.00 | | | -277.00 |
| 07/05/09 | Mo Keepsafe Prem | | -6.00 | | | -283.00 |
| 07/05/09 | A/R To A/R Transfer | 231.00 | | | | -52.00 |
| 07/20/09 | Mo Occupancy Chg | 46.00 | | | | -6.00 |
| 07/20/09 | Mo Keepsafe Prem | 6.00 | | | | |

```
EEP      12/16/16     15:17     TOMK    MMS CUSTOMER STATEMENT                                                        Page 1

CBA # 748260 ELENA STRUJAN                              VACATED ROOM    ACTIVE ROOMS 0

UNIT: 420 0 8 10
```

| DATE | DESCRIPTION | CHARGES | CREDITS | OPEN | RUNNING BALANCE | RUNNING BALANCE |
|---|---|---|---|---|---|---|
| 07/05/09 | Room Security Deposit | 178.00 | | | | 178.00 |
| 07/05/09 | Mo Occupancy Chg | 89.00 | | | | 267.00 |
| 07/05/09 | Mo Keepsafe Prem | 8.00 | | | | 275.00 |
| 07/05/09 | Mo Occupancy Chg | 71.00 | | | | 346.00 |
| 07/05/09 | Mo Keepsafe Prem | 6.00 | | | | 352.00 |
| 07/05/09 | A/R To A/R Transfer | | -231.00 | | | 121.00 |
| 07/05/09 | Cash | | -5.00 | | | 116.00 |
| 07/05/09 | Garbage Disposal | 5.00 | | | | 121.00 |
| 08/01/09 | Mo Keepsafe Prem | 16.00 | | | | 137.00 |
| 08/01/09 | Mo Occupancy Chg | 178.00 | | | | 315.00 |
| 08/01/09 | Mo Keepsafe Prem | | -16.00 | | | 299.00 |
| 08/04/09 | Mo Keepsafe Prem | | -16.00 | | | 283.00 |
| 08/04/09 | Check - 115 | | -283.00 | | | |
| 09/01/09 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 09/03/09 | EasyPay Credit Card - 0014 | | -178.00 | | | |
| 10/01/09 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 10/07/09 | EasyPay Credit Card - 6194 | | -178.00 | | | |
| 11/01/09 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 11/04/09 | EasyPay Credit Card - 6194 | | -178.00 | | | |
| 12/01/09 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 12/04/09 | EasyPay Credit Card - 6194 | | -178.00 | | | |
| 01/01/10 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 01/06/10 | EasyPay Credit Card - 6194 | | -178.00 | | | |
| 02/01/10 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 02/03/10 | EasyPay Credit Card - 6194 | | -178.00 | | | |
| 03/01/10 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 03/03/10 | EasyPay Credit Card - 6194 | | -178.00 | | | |
| 04/01/10 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 04/07/10 | EasyPay Credit Card - 6194 | | -178.00 | | | |
| 05/01/10 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 05/05/10 | EasyPay Credit Card - 6194 | | -178.00 | | | |
| 05/05/10 | Shelving Unit Rental | 5.00 | | | | 5.00 |
| 06/01/10 | Mo Occupancy Chg | 178.00 | | | | 183.00 |
| 06/01/10 | Shelving Unit Rental | 5.00 | | | | 188.00 |
| 06/03/10 | EasyPay Credit Card - 6194 | | -188.00 | | | |
| 06/03/10 | Void, Payment Reversal | 188.00 | | | | 188.00 |

```
EEF        12/16/16     15:17    TOMK    MMS CUSTOMER STATEMENT                                                    Page 2
```

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| DATE | DESCRIPTION | CHARGES | CREDITS | OPEN | RUNNING BALANCE | RUNNING BALANCE |
| 06/03/10 | Returned Payment Fee | 25.00 | | | | 213.00 |
| 06/17/10 | Debit Card | | -188.00 | | | 25.00 |
| 06/18/10 | Returned Payment Fee | | -25.00 | | | |
| 07/01/10 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 07/01/10 | Shelving Unit Rental | 5.00 | | | | 183.00 |
| 07/06/10 | EasyPay Credit Card - 6194 | | -183.00 | | | |
| 07/06/10 | Void, Payment Reversal | 183.00 | | | | 183.00 |
| 07/06/10 | Returned Payment Fee | 25.00 | | | | 208.00 |
| 07/06/10 | Credit Card - 0672 | | -178.00 | | | 30.00 |
| 07/07/10 | Returned Payment Fee | | -25.00 | | | 5.00 |
| 08/01/10 | Mo Occupancy Chg | 178.00 | | | | 183.00 |
| 08/01/10 | Shelving Unit Rental | 5.00 | | | | 188.00 |
| 08/04/10 | EasyPay Credit Card - 6167 | | -188.00 | | | |
| 08/04/10 | Void, Payment Reversal | 188.00 | | | | 188.00 |
| 08/04/10 | Returned Payment Fee | 25.00 | | | | 213.00 |
| 08/04/10 | Credit Card - 8514 | | -188.00 | | | 25.00 |
| 08/09/10 | Returned Payment Fee | | -25.00 | | | |
| 09/01/10 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 09/01/10 | Shelving Unit Rental | 5.00 | | | | 183.00 |
| 09/03/10 | EasyPay Credit Card - 6167 | | -183.00 | | | |
| 10/01/10 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 10/01/10 | Shelving Unit Rental | 5.00 | | | | 183.00 |
| 10/06/10 | EasyPay Credit Card - 6167 | | -183.00 | | | |
| 10/06/10 | Void, Payment Reversal | 183.00 | | | | 183.00 |
| 10/06/10 | Returned Payment Fee | 25.00 | | | | 208.00 |
| 10/06/10 | Check - 102 | | -183.00 | | | 25.00 |
| 10/07/10 | Returned Payment Fee | | -25.00 | | | |
| 10/07/10 | Management Adjustment | | -25.00 | | | -25.00 |
| 11/01/10 | Mo Occupancy Chg | 178.00 | | | | 153.00 |
| 11/01/10 | Shelving Unit Rental | 5.00 | | | | 158.00 |
| 11/02/10 | Cash | | -158.00 | | | |
| 11/03/10 | EasyPay Credit Card - 6167 | | -158.00 | | | -158.00 |
| 11/03/10 | Void, Payment Reversal | 158.00 | | | | |
| 11/03/10 | Returned Payment Fee | 25.00 | | | | 25.00 |
| 11/09/10 | Returned Payment Fee | | -25.00 | | | |
| 12/01/10 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 12/01/10 | Shelving Unit Rental | 5.00 | | | | 183.00 |
| 12/02/10 | Check - 9993 | | -183.00 | | | |
| 12/03/10 | EasyPay Credit Card - 6167 | | -183.00 | | | -183.00 |
| 12/03/10 | Void, Payment Reversal | 183.00 | | | | |

$$188 \times 1 = 188$$
$$5 \times 6 = 30$$
$$178 \times 6 = 1,068 =$$
$$183 \times 3 = 549$$

EEP      12/16/16      15:17      TOMK      MMS CUSTOMER STATEMENT                                                                    Page 3

| DATE | DESCRIPTION | CHARGES | CREDITS | OPEN | RUNNING BALANCE | RUNNING BALANCE |
|------|-------------|---------|---------|------|-----------------|-----------------|
| 12/03/10 | Returned Payment Fee | 25.00 | | | | 25.00 |
| 12/07/10 | Returned Payment Fee | | -25.00 | | | |
| 01/01/11 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 01/01/11 | Shelving Unit Rental | 5.00 | | | | 183.00 |
| 01/03/11 | Check - 9995 | | -183.00 | | | |
| 02/01/11 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 02/01/11 | Shelving Unit Rental | 5.00 | | | | 183.00 |
| 02/02/11 | Check - 113 | | -183.00 | | | |
| 03/01/11 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 03/01/11 | Shelving Unit Rental | 5.00 | | | | 183.00 |
| 03/04/11 | Check - 119 | | -183.00 | | | |
| 03/30/11 | Shelving Unit Rental | | | | | |
| 03/30/11 | Shelving Unit Rental | | -5.00 | | | -5.00 |
| 04/01/11 | Mo Occupancy Chg | 178.00 | | | | 173.00 |
| 04/01/11 | Shelving Unit Rental | 5.00 | | | | 178.00 |
| 04/01/11 | Check - 50791 | | -178.00 | | | |
| 04/18/11 | Check - 171770820 | | -500.00 | | | -500.00 |
| 04/20/11 | A/R To A/P Transfer | 322.00 | | | | -178.00 |
| 05/01/11 | Mo Occupancy Chg | 178.00 | | | | |
| 05/27/11 | Check - 184 | | -178.00 | | | -178.00 |
| 06/01/11 | Mo Occupancy Chg | 178.00 | | | | |
| 06/24/11 | Cash | | -178.00 | | | -178.00 |
| 07/01/11 | Mo Occupancy Chg | 178.00 | | | | |
| 08/01/11 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 08/02/11 | Cash | | -178.00 | | | |
| 08/09/11 | Cash | | -178.00 | | | -178.00 |
| 09/01/11 | Mo Occupancy Chg | 178.00 | | | | |
| 09/25/11 | Cash | | -100.00 | | | -100.00 |
| 09/28/11 | Cash | | -78.00 | | | -178.00 |
| 10/01/11 | Mo Occupancy Chg | 178.00 | | | | |
| 10/22/11 | Cash | | -178.00 | | | -178.00 |
| 11/01/11 | Mo Occupancy Chg | 178.00 | | | | |
| 12/01/11 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 12/02/11 | Cash | | -178.00 | | | |
| 01/01/12 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 01/03/12 | Credit Card - 7064 | | -178.00 | | | |
| 02/01/12 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 02/01/12 | Check - 129 | | -178.00 | | | |
| 03/01/12 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 03/03/12 | Credit Card - 7065 | | -178.00 | | | |

EEP     12/16/16     15:17     TOMK     MMS CUSTOMER STATEMENT                                                      Page 4

| DATE | DESCRIPTION | CHARGES | CREDITS | OPEN | RUNNING BALANCE | RUNNING BALANCE |
|---|---|---|---|---|---|---|
| 04/01/12 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 04/03/12 | Credit Card - 7064 | | -178.00 | | | |
| 05/01/12 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 05/03/12 | Credit Card - 7064 | | -178.00 | | | |
| 06/01/12 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 06/08/12 | Cash | | -178.00 | | | |
| 07/01/12 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 07/11/12 | Late Charge | 20.00 | | | | 198.00 |
| 08/01/12 | Mo Occupancy Chg | 178.00 | | | | 376.00 |
| 08/07/12 | Cash | | -200.00 | | | 176.00 |
| 08/09/12 | Cash | | -156.00 | | | 20.00 |
| 08/14/12 | Late Charge Credit | | -20.00 | | | |
| 09/01/12 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 09/01/12 | Cash | | -178.00 | | | |
| 10/01/12 | Mo Occupancy Chg | 178.00 | | | | 178.00 |
| 10/04/12 | Access Card | 10.00 | | | | 188.00 |
| 10/11/12 | Late Charge | 20.00 | | | | 208.00 |
| 11/01/12 | Mo Occupancy Chg | 193.00 | | | | 401.00 |
| 11/01/12 | Credit Card - 7064 | | -100.00 | | | 301.00 |
| 11/11/12 | Late Charge | 20.00 | | | | 321.00 |
| 11/17/12 | Cash | | -90.00 | | | 231.00 |
| 11/20/12 | Management Adjustment | | -24.00 | | | 207.00 |
| 12/01/12 | Mo Occupancy Chg | 193.00 | | | | 400.00 |
| 12/04/12 | Credit Card - 2560 | | -80.00 | | | 320.00 |
| 12/08/12 | Access Card Revenue | 10.00 | | | | 330.00 |
| 12/08/12 | Access Card Revenue | 10.00 | | | | 340.00 |
| 12/08/12 | Cash | | -300.00 | | | 40.00 |
| 12/08/12 | Cash | | -20.00 | | | 20.00 |
| 12/08/12 | Late Charge Credit | | -20.00 | | | |
| 12/18/12 | Credit Jan Rent Reduction | | -12.00 | | | -12.00 |
| 01/01/13 | Mo Occupancy Chg | 181.00 | | | | 169.00 |
| 01/04/13 | Credit Card - 2560 | | -169.00 | | | |
| 02/01/13 | Mo Occupancy Chg | 181.00 | | | | 181.00 |
| 02/03/13 | Cash | | -181.00 | | | |
| 02/24/13 | Cash | | -181.00 | | | -181.00 |
| 03/01/13 | Mo Occupancy Chg | 181.00 | | | | |
| 03/27/13 | Cash | | -181.00 | | | -181.00 |
| 04/01/13 | Mo Occupancy Chg | 181.00 | | | | |
| 05/01/13 | Mo Occupancy Chg | 181.00 | | | | 181.00 |
| 05/03/13 | Cash | | -181.00 | | | |

Case 1:17-cv-01566-RRM-CLP    Document 1    Filed 03/16/17    Page 63 of 112 PageID #: 181

Case 1:17-cv-01566-RRM-SMG    Document 1    Filed 03/16/17    Page 63 of 104 PageID #: 63



EEP      12/16/16      15:17      TOMK      MMS CUSTOMER STATEMENT                                                Page 5

| DATE | DESCRIPTION | CHARGES | CREDITS | OPEN | RUNNING BALANCE | RUNNING BALANCE |
|------|-------------|---------|---------|------|-----------------|-----------------|
| 05/31/13 | Cash | | -181.00 | | | -181.00 |
| 06/01/13 | Mo Occupancy Chg | 181.00 | | | | -181.00 |
| 06/08/13 | Lock Cutting Service Fee | 22.96 | | | | 22.96 |
| 06/08/13 | Tax | 2.04 | | | | 25.00 |
| 06/29/13 | Cash | | -40.00 | | | -15.00 |
| 06/29/13 | Credit Card - 2560 | | -150.00 | | | -165.00 |
| 07/01/13 | Mo Occupancy Chg | 181.00 | | | | 16.00 |
| 08/01/13 | Mo Occupancy Chg | 181.00 | | | | 197.00 |
| 08/05/13 | Cash | | -100.00 | | | 97.00 |
| 08/07/13 | Cash | | -60.00 | | | 37.00 |
| 08/09/13 | Cash | | -11.00 | | | 26.00 |
| 08/10/13 | Cash | | -1.00 | | | 25.00 |
| 08/11/13 | Late Charge | 20.00 | | | | 45.00 |
| 08/24/13 | Cash | | -45.00 | | | |
| 09/01/13 | Mo Occupancy Chg | 181.00 | | | | 181.00 |
| 09/11/13 | Late Charge | 20.00 | | | | 201.00 |
| 10/01/13 | Mo Occupancy Chg | 181.00 | | | | 382.00 |
| 10/08/13 | Room Security Deposit Refund | | -178.00 | | | 204.00 |
| 10/08/13 | Mo Occupancy Chg | | -134.00 | | | 70.00 |
| 10/08/13 | Adjustment To Vacate | | -70.00 | | | |



# Rental Ledger

*Trespass, due Process, stolen from me, hide by Agency and court (ca).*

Site / Cube / Acct. Name  6603 CubeSmart NY Long Island City/47th Street / 3307 /
Elena Strujan

Info:    Real-Time and Historical Data

Date Range:    Sep. 02, 2015 to Dec. 16, 2016

Generated:    12/16/2016 3:20:39 PM

PTD: Sep. 30, 2016

| DATE | TYPE | DESCRIPTION | CHARGE | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 9/2/2015 | Charge | Unit 3307 Rent: (Sep 2, 2015 thru Sep 30, 2015) | 66.70 | | 66.70 |
| 9/2/2015 | Charge | Insurance 3,000 coverage: (Sep 2, 2015 thru Sep 30, 2015) | 9.67 | | 76.37 |
| 9/2/2015 | Escrow | Credit received from unit 3257 ($140.17) | | 0.00 | 76.37 |
| 9/2/2015 | Payment | Payment-Escrow Deposit ($76.37) | | 76.37 | 0.00 |
| 10/1/2015 | Charge | Unit 3307 Rent: (Oct 1, 2015 thru Oct 31, 2015) | 69.00 | | 69.00 |
| 10/1/2015 | Charge | Insurance 3,000 coverage: (Oct 1, 2015 thru Oct 31, 2015) | 10.00 | | 79.00 |
| 10/2/2015 | Payment | Multiple Payment Types ($79.00) | | 79.00 | 0.00 |
| 10/31/2015 | Charge | Unit 3307 Rent: (Nov 1, 2015 thru Nov 30, 2015) | 69.00 | | 69.00 |
| 10/31/2015 | Charge | Insurance 3,000 coverage: (Nov 1, 2015 thru Nov 30, 2015) | 10.00 | | 79.00 |
| 10/31/2015 | Payment | Payment-Visa*****2560 ($79.00) | | 79.00 | 0.00 |
| 12/1/2015 | Charge | Unit 3307 Rent: (Dec 1, 2015 thru Dec 31, 2015) | 69.00 | | 69.00 |
| 12/1/2015 | Charge | Insurance 3,000 coverage: (Dec 1, 2015 thru Dec 31, 2015) | 10.00 | | 79.00 |
| 12/2/2015 | Payment | Payment-Visa*****2560 ($79.00) | | 79.00 | 0.00 |
| 1/1/2016 | Charge | Unit 3307 Rent: (Jan 1, 2016 thru Jan 31, 2016) | 69.00 | | 69.00 |
| 1/1/2016 | Charge | Insurance 3,000 coverage: (Jan 1, 2016 thru Jan 31, 2016) | 10.00 | | 79.00 |
| 1/2/2016 | Payment | Payment-Visa*****2560 ($79.00) | | 79.00 | 0.00 |
| 1/31/2016 | Charge | Unit 3307 Rent: (Feb 1, 2016 thru Feb 29, 2016) | 69.00 | | 69.00 |
| 1/31/2016 | Charge | Insurance 3,000 coverage: (Feb 1, 2016 thru Feb 29, 2016) | 10.00 | | 79.00 |
| 1/31/2016 | Payment | Payment-Visa*****2560 ($79.00) | | 79.00 | 0.00 |
| 3/1/2016 | Charge | Unit 3307 Rent: (Mar 1, 2016 thru Mar 31, 2016) | 74.00 | | 74.00 |
| 3/1/2016 | Charge | Insurance 3,000 coverage: (Mar 1, 2016 thru Mar 31, 2016) | 10.00 | | 84.00 |
| 3/3/2016 | Payment | Payment-Visa*****2560 ($84.00) | | 84.00 | 0.00 |
| 4/1/2016 | Charge | Unit 3307 Rent: (Apr 1, 2016 thru Apr 30, 2016) | 74.00 | | 74.00 |
| 4/1/2016 | Charge | Insurance 3,000 coverage: (Apr 1, 2016 thru Apr 30, 2016) | 10.00 | | 84.00 |
| 4/2/2016 | Payment | Multiple Payment Types ($84.00) | | 84.00 | 0.00 |
| 5/1/2016 | Charge | Unit 3307 Rent: (May 1, 2016 thru May 31, 2016) | 74.00 | | 74.00 |
| 5/1/2016 | Charge | Insurance 3,000 coverage: (May 1, 2016 thru May 31, 2016) | 10.00 | | 84.00 |
| 5/3/2016 | Payment | Payment-Visa*****5318 ($84.00) | | 84.00 | 0.00 |
| 6/1/2016 | Charge | Unit 3307 Rent: (Jun 1, 2016 thru Jun 30, 2016) | 74.00 | | 74.00 |
| 6/1/2016 | Charge | Insurance 3,000 coverage: (Jun 1, 2016 thru Jun 30, 2016) | 10.00 | | 84.00 |
| 6/1/2016 | Payment | Payment-Visa*****5318 ($84.00) | | 84.00 | 0.00 |
| 7/1/2016 | Charge | Unit 3307 Rent: (Jul 1, 2016 thru Jul 31, 2016) | 74.00 | | 74.00 |
| 7/1/2016 | Charge | Insurance 3,000 coverage: (Jul 1, 2016 thru Jul 31, 2016) | 10.00 | | 84.00 |
| 7/1/2016 | Payment | Payment-Visa*****5318 ($84.00) | | 84.00 | 0.00 |
| 7/31/2016 | Charge | Unit 3307 Rent: (Aug 1, 2016 thru Aug 31, 2016) | 74.00 | | 74.00 |
| 7/31/2016 | Charge | Insurance 3,000 coverage: (Aug 1, 2016 thru Aug 31, 2016) | 10.00 | | 84.00 |

*79 x 5 = 395*
*420*

*trespass Are license stolen Originals*
*from me (ES).*

Fax : 718-722-5018

*12/1/16 mesage. 718-720-5012*
*Called me on 11/23/16 and said they*
*cannot provide me a copy of my file!*
*Interesting!*

Elena Strujan
Mailing Address:
P.O. Box 20632
New York, NY 10021-0072
Phone (646) 234-2421
Estrujan2016@gmail.com

*12/8/16 went personally*
*and Ms. Kennedy and*
*HOSang- supervisor*
*told me that they*
*11/23/16*
*Re-sent 11/80/16 cannot give me the*
*record/File; and*
*sent Drive to*
*Queens Job Center.*

To: HRA Division of Fair Hearing
14 Boerum Place , Brooklyn, NY 11201

Re: Case # 6135565Y and   00004984176A

Dear Sir / Madame

*Fair Hearing*

Please provide me a copy of my case: Case # 6135565Y and   00004984176A. Please send at the
above address.
Thank you for your cooperation herein.

Sincerely,

Elena Strujan- a living woman.

TRANSMISSION VERIFICATION REPORT

TIME       : 11/23/2016 14:43
NAME       :
FAX        :
TEL        :
SER. #     : G0J388784

11/23  14:42
17187225018
00:00:17
01
OK
STANDARD
ECM

PS: Sent by fax and by email.
*PS. 2 - And all Court's*
*Depositions.*
*(11/30/16 (ES)*

DATE,TIME
FAX NO./NAME
DURATION
PAGE(S)
RESULT
MODE

35/73

*6592*
*3/10/17*

*6592*
*11/23/16*

Trespass due Process. Ignored.
Never answered. (ESI.

ELENA STRUJAN                     FAXEE
  P.O. Box 20632                  10/3/2012
  New York, NY. 10021            518-473-6735
  646-234-2421

       8/7/2012

       Statement.

   I Elena Strujan, I declar
under penalty of perjury that
on 8/6/2012 I borowed money
to pay my storage because
HR refused the Fair Hearing's
order dated July 18, 2012.


                        Elena Strujan
                        ELENA STRUJAN.

                        VICTOR R. EDOURD
                        Notary Public, State of New York
                        Qualified in Queens County
                        No. 01ED6248799
                        My Commission Expires 10-17-2015

                                        ESJC
                                        3/10/17

**36/73.**

*Trespass due Process. Never completed!*
*(ES)*

①

Elena Strujan - a natural living woman
P.O. BOX 20632
New York, N.Y. 10021
(646)-234-2421
Estrujan2016@gmail.com

December 7, 2016

QUEENS JOB CENTER
3400 Northern Blvd ,
Long Island City, NY11101

HRA DIVISION OF FAIR HEARING
14 BOERUM PLACE, Brooklyn, NY 11201

NYS OFFICE OF TEMPORARY and DISABILITY ASSISTANCE
OFFICE OF ADMINISTRATIVE HEARINGS
P.O. Box 1930
Albany, N.Y., 12201-1930

Dear Sir/ Madame

For years my privacy was and is violated by people paid by you. I was harmed, poisoned, and much more.
You compel with the above the law people and institutions who terrorized me for years.

On 2009 I was staying in hotel due the toxic gases in my rents stabilized apartment where I used to live
for 16 years on 1413 York Avenue, Apt. 4, N.Y., N.Y. 10021. The ABOVE-THE –LAW Landlord
Glencord Building Corporation ignored four (4) Court's Orders to fix the apartment for gases and steam
explosion and kept me without a working stove over two years. *~(ES)*

Abusive evicted me for unpaid rent since I was staying in hotel with $300/ night.

1. I applied for a shut deal to pay me "unlawful debit" and for storage.
2. The QUEENS JOB CENTER denied my  require.
3. I appealed the decision and I won.
4. I brought to QUEENS JOB CENTER all documents required on 12/1/2010, and they gave
   me a receipt all the documents submitted (**EXHIBIT Pg. 1**) *partial receipt (ES)*
5. After the QUEENS JOB CENTER send people in my residence, poisoned me, tort me, rape
   me stole all evidences ( court Orders, receipts) , deleted from my memory card all scanned
   evidence and ,  denied again my claim pretending" *failed to provide the storage bills*" (
   **EXHIBIT Pg. 2**)
6. After two years found a scanned evidence with the documents submitted on 2010, and I
   appealed the decision.
7. The Judge at  Fair Hearing  6135565Y, July 5, 2012 ordered to be paid retro from 2009
   *"the agency must to comply immediately with the directive set forth above"* ( **EXHIBIT
   Pg. 3**). *m (ES)*
8. The agency *"denied"* again my case pretending I did not come at an appointment which I
   never was advised to have.

1

37/73.

9. I received an order falsified as *" denied"* , and again all my evidence were stolen from my residence.

10. On August 4, 2016 I found again the scanned evidence and I opened a case  Cease NO: 000049884176A where I required the order dated 2009 to be respected because I am in collection and I borrow money from friends to survive.

**11.** The agent took my evidence and `said "* She needed $ 9, 999 [ the computer do not allow over this amount] for storage payments& she has court order  OSD for storage payments. Please review the case and sign off"* (EXHIBIT Pg. 4).

12. I was directed to bring all storages bills from 2009.  And I did.

13. At the end on August 2016, I received a decision where  my case was denied because I did not submit emergency the storages bills.

14. My storages, my residence was violated and all evidences stolen again. Also, in my poisoned sleep paid people deleted all files scanned in my external memory card.

15. I appealed the decision. The hearing was for October 10, 2016. The letter arrived after trial on October 13, 2016.

16. I rescheduled the hearing for November 28, 2016.

17. On November 28, 2016 all my documents regarding this claim were stolen again from my residence, from my storage, deleted from my memory card as I said. ALL.

18. At the hearing I asked an adjournment for 11/15/2016, because the City representative also did not have any evidence regarding my case less (EXHIBIT Pg. 5) which confirmed that 4 (Eg) I had an order in my favor.

19. On November 11, 2016, I was very poisoned with CO and toxic gases, and in my residence was set up a fire when I was home alone. All five CO and Fire alarms were disabled.

20. On November 14, 2016 I went at QUEENS JOB CENTER, and I spoke with the manager Mr. Ritiu who could not help me because the center "did not have my file". So by law I have the right to see my file, my record but did not exist.

21. Mr. Ritiu gave me a copy of the Order dated July 18, 2012 where after four years I saw that my case was not "denied" and that I won. So the Order was falsified.

22. On November 15, 2016, was the FAIR HEARING! The City representative did not have any evidence with my claim filed on August 4, 2016. An abusive Judge DAVID A. CORSON ruled against my wish a fictitious case, for a phantom woman with my name, 7 years younger, falsified the truth and denied my case.

23. I faxed on November 28, 2016 ... d at HRA DIVISION OF FAIR HEARING my require for a " TRIAL DE NOVO FOR A FAIR HEARING FOR THE CASE # 0000498476A under MALA IN SE and REX IPSA LOQUITOR Doctrine" and on 6 pages I justify the FRAUD, FORGERY, FELONY, TERRORISM. No any answer.

24. On December 6, 2016 I went at HRA DIVISION OF FAIR HEARING and I asked a copy of my all orders starting with 2009. I was refused. Also, they told me that *"no action"* for my TRIAL DE NOVO, and to write to Albany.

25. After I went on sixth floor to have a copy of my file. Ms. Kennedy and Ms. Hosang – Supervisor refused to give me a copy of my claim, and sent me to the QUEENS JOB CENTER".

26. In conclusion QUEENS JOB CENTER , HRA DIVISION OF FAIR HEARING, NYS OFFICE OF TEMPORARY and DISABILITY ASSISTANCE, OFFICE OF ADMINISTRATIVE HEARINGS deliberately sent criminal people to violate my privacy, to tort me, to harm me, to steal evidence. They compel with the ABOVE-THE-LAW PEOPLE who did forged lawsuits, life insurances for $1/2 million in my name and poisoned me and terrorized me for years.

27. I require for future lawful, actions QUEENS JOB CENTER, HRA DIVISION OF FAIR HEARING, NYS OFFICE OF TEMPORARY and DISABILITY ASSISTANCE, OFFICE OF ADMINISTRATIVE HEARINGS to produce in **8 days** copy of all my claims, Courts Orders, evidences submitted in all my cases started with 2009. All must be sent at my P.O. Box with **INVENTORY, AND DELIVERY CONFIRMATION.**

> I say here, and I will verify in open Court if necessary that all herein be true.
>
> I will do my best, and God will do the rest.
>
> All Rights Reserved. None waived.

Dated: December 7, 2016                    By: _____

Elena Strujan-a.k.a. elena strujan
Claimant, a natural woman Sui Juris,
Under Duress
Strujan2016@aol.com
Graduate of University of Zootechy and
Veterinary Medicine, Farm Animals.
Member of Constitution First Amendment
Press Association

*PS: . Sent by fax mail with CERTIFICATE OF MAILING!*

THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER
CLAIMS AND ADJUDICATIONS
1 CENTRE STREET  ROOM 1200
NEW YORK, N.Y.  10007-2341

WWW.COMPTROLLER.NYC.GOV

Michael Aaronson
Chief, Bureau of Law and
Adjustment

015 - 151

John C. Liu
COMPTROLLER

*Trespass due process. Encouraged violation of privacy, harm, stolen evidence, orders. (E7)*

Date:          08/07/2012
Claim No:   2012PI020177
RE:            Acknowledgment of Claim

ELENA STREJAN
P O B 20632
NEW YORK, NY 10021

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at either 212-669-8750 for property damage claims or 212-669-4445 for claims involving personal injury.

Sincerely,
Michael Aaronson

40/73

6592
3/30/17



*Trespass due process!*
*All violated my privacy, poisoned,*
*stole evidence (ES).*

ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

*FAX FL*
*10/8/2012*
*518-473-6736*

October 8, 2012

Ms. Lori Kozlowski
Compliance Coordinator
Office of temporary and Disability Assistance
40 North Peral Street
Albany, New York, 12243

*10/16/2012  Re 2011*
*518-473 673*

Dear Ms. Kozlowsky

It is already 10 months from when I applied for temporary assistatence returnable ( Re: FH : 6135565Y.

I am a victim of Disability Assistance gross abuses and discriminations. How is possible to say" failed to submitted for storage bill- Exhibit pg. 1), since I submitted 6 bills- Exhibit pg. 2.

Or after to say that I did not keep the appointment since I have legally change that all my correspondence to come at my PO Box, and in your file was P.O. Box. *(Exhibit 3)*

Maybe you have some knowledge that I must to pass away with my ex landlord many poisoning with Carbon Monoxide and toxic gases. Maybe somebody directed you to wait my dead. It is inadmissible so gross false and such compelling with a group of criminals who corrupt all people, institution and who control my life, my heath, my Oxygen. Only ~~~~~~~~ *two recent* examples in Exhibit Pg. 3, 4, *5,6*

Many times your office disregard the judge's orders. Please stop your discrimination and fix the problem. Infinite thank you for your precious time.

Respectfully,

*Elena Struja*

Elena Strujan

PS: Sent by fax : Cover. Letter. Proof of false affirmation (3 Pg).. Proof of Corruption 3 pages. *6397*
*Your letter, Proof of money borrowed.* *03/15/2017*
*The credit said are exhausted.*

**41**

*Never helped (E9)*

STATE OF NEW YORK

DAVID A. PATERSON
GOVERNOR

**DEPARTMENT OF CIVIL SERVICE**
ALFRED E. SMITH STATE OFFICE BUILDING
ALBANY, NEW YORK 12239
www.cs.state.ny.us

NANCY G. GROENWEGEN
COMMISSIONER

## LETTER OF ELIGIBILITY
(Section 55-b/c, New York State Civil Service Law)

July 20, 2010

Elena Strujan
P.O. Box 20632
New York, NY 10021

Dear Ms. Strujan:

The Department of Civil Service has reviewed both your application and the medical documentation you have provided, and has determined that you may be considered for an appointment pursuant to Section 55-b/c of New York State Civil Service Law. Your program eligibility is effective for three (3) years from the date of this letter, at which time you will have to reapply if you have not obtained a 55-b/c appointment. If you are selected by a State agency as a 55-b/c appointee, you may be required to be examined by the Employee Health Service of the Department of Civil Service.

**This eligibility letter is not a guarantee of a position with the State of New York. Your eligibility status provides you with an opportunity to be considered as a candidate by State agencies in those entry-level positions for which you satisfactorily meet the minimum qualifications established by this Department.**

Attached are resources to assist you with your search for employment. If you have any questions about the program, please contact the **Recruitment Services Unit at 518/473-9733 or email us at SSDRecruitServices@cs.state.ny.us.**

Best wishes in your search for meaningful employment with the State of New York.

Sincerely,

Donald L. Hines
Disabilities Program Specialist
Staffing Services Division

42/73

3/10/17

AN EQUAL OPPORTUNITY / AFFIRMATIVE ACTION EMPLOYER

*[handwritten top right:]* Never provided me a copy of my claims and orders (cg).

**NEW YORK STATE**
OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE
40 NORTH PEARL STREET
ALBANY, NEW YORK  12243-0001

Andrew M. Cuomo
*Governor*

ELENA STRUJAN                                                08/22/12

PO BOX 20632
NEW YORK        NY   100210000

                                        RE: FH#  : 6135565Y
                                        FH. DATE : 07/16/12
                                        DEC. DATE: 07/18/12

Dear Appellant:

This is to acknowledge receipt of your complaint of non-compliance regarding the above referenced fair hearing decision.

We will review this matter with the agency to insure that appropriate action is taken.

Please allow approximately 30 days for us to review your compliance complaint. After that, if you have any questions regarding the fair hearing number listed above, you may contact the assigned Compliance Coordinator.

**If you wish to leave a telephone message with the Compliance Coordinator, please clearly state and spell your name. Also, please clearly state your fair hearing number and your telephone number.** It is unnecessary to call more than once to leave the same message. We may not be able to return your call until we have enough information to address your concerns.

You will be contacted by this office by letter upon completion of compliance.

                    COMPLIANCE COORDINATOR
                    LORI KOZLOWSKI
                    (518)474-8770
                    FAX(518)473-6735

*[handwritten:]*
10/1/2012
Dear Ms. Lori Kozlowski
I would like to know what happen with my appeal.
Thank you. Elena Strujan.

10/4/2012
Dear Ms. Kozlowski
I attach my Affidavit. Thank you. Elena.

*"Providing temporary assistance for permanent change"*

XL0098 (08/11)



NEW YORK STATE
OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE
40 NORTH PEARL STREET
ALBANY, NEW YORK 12243-0001

Andrew M. Cuomo
*Governor*

March 14, 2013

Ms. Elena Strujan
Po Box 20632
New York, NY 10021

Re: FH#:     6135565Y
DEC. DATE: July 18, 2012
FH. DATE:   July 16, 2012

Dear Ms. Strujan:

We have received a report from the New York City Human Resources Administration regarding compliance with the above-referenced fair hearing decision. A review of that report, the fair hearing decision and your original complaint confirms that the Social Services District (SSD) has taken appropriate action to comply with the decision's directives.

A copy of the agency's report is included for your information.

COMPLIANCE REPORT FROM MS ROBERTS     718-392-7172   07/27/12
APPELLANT FAILED TO SUBMIT THE REQUESTED DOCUMENTS FOR PAYMENT OF STORAGE FEES FOR SCHEDULED APPOINTMENT FOR 7/25/12 LETTER WAS SENT TO APPELLANT ON 7/18/12 NO ACTION IS BEING TAKEN NOTICE SENT TO APPELLANT.

YOU CAN REQUEST A NEW HEARING ON THE REIMBURSEMENT OF THE PAYMENT YOU MADE TO THE STORAGE COMPANY.

Accordingly, we regard this matter as satisfactorily resolved.

Sincerely,

P. Haze
Compliance Coordinator
Office of Administrative Hearings
1 800 342-3334

PBH:PBH:

*Trespass due process -*
*Never answered (Eg)*

ELENA STRUJAN
P.O. Box 20632
New York, NY 10021
(646) 234-2421

SS# 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

February 25, 2013

Office of Disability Adjunction and Review
5107 Leesburg Pike
Falls Church, VA 22041-3255

Dear Sir/ Madame

I send you in January 25, 2013 a requested explanation regarding my appeal.
Respectfully, I would like to know ehat happen with my appeal.
Anticipate Thank you.

*Elena Strujan*

Elena Strujan

PS: Sent by fax.

*FAXED*
*2/25/2013*

*FAXED*
*4/18/2013*
*703-605-741*

*45/73*



*6592*
*3/10/17*

Case 1:17-cv-01566-RRM-SMG   Document 1   Filed 03/16/17   Page 76 of 112 PageID #: 194

*handwritten:* *Withdrawn & forced to live under poverty level (E9)*
*Ignored due process.*

```
***   REC 2016344   092006 H5260781 WZF6  CIPQYAB   PQAB   (F-LZD )   ***
```

PEBES                          PEBES ONLINE RESPONSE                        PBRS
DATE: 12/09/16   SSN: 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   OFFICE: B95              UNIT:  TE4

```
        DATA ENTERED/USED FOR COMP                 NUMIDENT DATA
NH: ELENA        STRUJAN                NAME: ELENA        STRUJAN
DOB: 03/23/1955                         DOB:  03/23/1955    SEX: F
LAST YEAR:   2015   THIS YEAR:   2016   NL2:  ELENA        STRUJAN
EARNINGS:        0   EARNINGS:        0
MAXIMUM:   118500   MAXIMUM:   118500
FUT EARN:        0   AGE STOP WORK:

REQ QC RET:  00   HAS QC RET:     00   REQ QC 20/40:  00   HAS QC 20/40: 00
REQ QC MEDI: 00   HAS QC MEDI:    00   REQ QC AGE24:  00   HAS QC AGE24: 00
REQ QC SURV: 00   HAS QC SURV:    00   REQ QC AGE31:  00   HAS QC AGE31: 00
RET INS:          SUR INS:             REQ QC FULLY:  00   HAS QC FULLY: 00
MED INS:          SUR CHILD:       0   DIB INS:            CURRENT ENT : Y
RET RED:       0   SUR SP CHILD:    0   DIB BENEFIT:     0   ERNGS TYPES : C
RET FULL:      0   SUR SP RET:      0   TOTAL EST TAXES PAID:
RET DEL:       0   SUR FAMILY:      0   NH SOC SEC:      9856 MEDI:     2307
CURRENT AGE: 6109  FULL RET AGE: 6602   ER SOC SEC:      9642 MEDI:     2249
        FULL RET MONTH AND YEAR: 05 2021
```

| | | SOCIAL SECURITY | | | MEDICARE | |
| YEAR | MAX-EARN | ACT-EARN | TAX | MAX-MED | ACT-MED | TAX |
|---|---|---|---|---|---|---|
| 1995 | 61200 | 3884 | 240 | NO LIMIT | 3884 | 56 |
| 1996 | 62700 | 1178 | 73 | NO LIMIT | 1178 | 17 |
| 1997 | 65400 | 19663 | 1219 | NO LIMIT | 19663 | 285 |
| 1998 | 68400 | 25020 | 1551 | NO LIMIT | 25020 | 362 |
| 1999 | 72600 | 12107 | 750 | NO LIMIT | 12107 | 175 |
| 2000 | 76200 | 0 | 0 | NO LIMIT | 0 | 0 |
| 2001 | 80400 | 12284 | 761 | NO LIMIT | 12284 | 178 |
| 2002 | 84900 | 25098 | 1556 | NO LIMIT | 25098 | 363 |
| 2003 | 87000 | 310 | 19 | NO LIMIT | 310 | 4 |
| 2004 | 87900 | 2032 | 251 | NO LIMIT | 2032 | 58 |
| 2005 | 90000 | 10125 | 627 | NO LIMIT | 10125 | 146 |
| 2006 | 94200 | 16749 | 1038 | NO LIMIT | 16749 | 242 |
| 2007 | 97500 | 13798 | 855 | NO LIMIT | 13798 | 200 |
| 2008 | 102000 | 7885 | 488 | NO LIMIT | 7885 | 114 |
| 2009 | 106800 | 2824 | 175 | NO LIMIT | 2824 | 40 |
| 2010 | 106800 | 1317 | 81 | NO LIMIT | 1317 | 19 |
| 2011 | 106800 | 1704 | 71 | NO LIMIT | 1704 | 24 |
| 2012 | 110100 | 154 | 6 | NO LIMIT | 154 | 2 |
| 2013 | 113700 | 929 | 57 | NO LIMIT | 929 | 13 |
| 2014 | 117000 | 0 | 0 | NO LIMIT | 0 | 0 |
| 2015 | 118500 | 626 | 38 | NO LIMIT | 626 | 9 |
| 2016 | 118500 | 0 | 0 | NO LIMIT | 0 | 0 PG: 001 |

*handwritten:* 46/73

*handwritten:* 6592  3/10/17



*Contempt of Court Done by Judge./ Nobody Could find the section citated (es) Trespass! Harm!*

## SOCIAL SECURITY ADMINISTRATION
### Office of Disability Adjudication and Review

### DECISION

**IN THE CASE OF**

Elena Strujan
(Claimant)

_____
(Wage Earner)

**CLAIM FOR**

Supplemental Security Income underpayment

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
(Social Security Number)

This case is before me on a request for hearing, after the claimant indicated that she would like to receive the full amount of both Supplemental Security Income (SSI) and Social Security Disability (SSD) payments, without any offset. (Exhibit 15). A hearing was held in New York, New York on October 11, 2011 at which the claimant appeared and testified. Although she was apprised of her right to representation, she elected to proceed pro se.

### ISSUES

The issue to be determined is whether Ms. Strujan s benefits were correctly computed, based on the amount of Disability benefits she was receiving as well as other factors.

### LAW AND REGULATIONS

20 CFR 404.317 discusses Disability benefit amounts and how they are computed.

### RATIONALE

On March 22, 2010, Ms. Strujan was found to be disabled and eligible to receive SSI and SSD benefits. She received the full SSI benefit rate of $761.00 a month in March, April, May and June 2010 because she was not receiving any other income. Beginning with July 1, 2010 and continuing, her SSI benefit was reduced to $225.00 because she began receiving SSD of $536.00 a month. To calculate her correct benefit rate, the Administration subtracted $20.00 from the $536.00, since there is a $20.00 unearned income exclusion; $20.00 a month of unearned income is not counted as income for SSI purposes. Therefore, $516.00 a month was the reduction amount applied to her SSI benefit; $761.00 minus $516.00 equals $225.00 a month in SSI benefits due to the claimant. (POMS SI 00810.001 Income and SSI Eligibility). (Exhibit 20).

Ms. Strujan contests the amount of retroactive benefits paid to her, alleging that she should receive the full amount of both SSI and SSD payments, without one being offset against the other. Her request for reconsideration of her payment amount was denied on December 16, 2010. The Administration found that we must reduce the claimant s SSI payments, because SSD payments are considered unearned income, pursuant to Section 1612 ffl42 U.S.C. 1382(a) of the

*where this Judge find this Section?*

*6592 3/10/17*

See Next Page

*47/73*

*Contempt of Court due Process! Trespass!* Page 2 of 3

Elena Strujan (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)

**What Else You May Send Us**

You may send us a written statement about your case. You may also send us new evidence. You should send your written statement and any new evidence **with your appeal**. Sending your written statement and any new evidence with your appeal may help us review your case sooner.

**How An Appeal Works**

The Appeals Council will consider your entire case. It will consider all of my decision, even the parts with which you agree. Review can make any part of my decision more or less favorable or unfavorable to you. The rules the Appeals Council uses are in the Code of Federal Regulations, Title 20, Chapter III, Part 416 (Subpart N).

The Appeals Council may:

- Deny your appeal,
- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do. If the Appeals Council denies your appeal, my decision will become the final decision.

**The Appeals Council May Review My Decision On Its Own**

The Appeals Council may review my decision even if you do not appeal. If the Appeals Council reviews your case on its own, it will send you a notice within 60 days of the date of this notice.

**When There Is No Appeals Council Review**

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final. A final decision can be changed only under special circumstances. You will not have the right to Federal court review.

**Your Right To Representation In An Appeal**

If you appeal, you may choose to have an attorney or other person help you. Many representatives do not charge a fee unless you win your appeal. Groups are available to help you find a representative or, if you qualify, to give you free legal services. Your local Social Security office has a list of groups that can help you in this process.

If you get someone to help you with your appeal, you or that person must let the Appeals Council know. If you hire someone, we must approve the fee before he or she is allowed to collect it.

See Next Page

Form HA-L76-OP2 (03-2010)

6592

3/10/14

Elena Strujan (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)                                          Page 3 of 3

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with my decision and you file a new application instead of appealing, you might lose some benefits or not qualify for benefits at all. If you disagree with my decision, you should file an appeal within 60 days.

**If You Have Any Questions**

We invite you to visit our website located at www.socialsecurity.gov to find answers to general questions about social security. You may also call (800) 772-1213 with questions. If you are deaf or hard of hearing, please use our TTY number (800) 325-0778.

If you have any other questions, please call, write, or visit any Social Security office. Please have this notice and decision with you. The telephone number of the local office that serves your area is (866)964-0796. Its address is:

                              Social Security
                              755 2nd Ave.
                              3rd Fl.
                              New York, NY 10017-5956

                              Michael Friedman
                              U.S. Administrative Law Judge

Enclosures:
Decision Rationale
Form HA-L39 (Exhibit List)

Form HA-L76-OP2 (03-2010)

*[handwritten: 800-325-0778]*
*[handwritten: 800 772-1213]*
*[handwritten: Trespass. International]*
*[handwritten: Harm / Contempt of Court]*
*[handwritten: by]*
*[handwritten: Judge/(es)]*

**SOCIAL SECURITY ADMINISTRATION**

Refer To: 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

Office of Disability Adjudication and Review
26 Federal Plaza
Room 2909
New York, NY 10278

Date: November 4, 2011

Elena Strujan
P.O. Box 20632
New York, NY 10021

## Notice of Decision    Unfavorable

I carefully reviewed the facts of your case and made the enclosed decision. Please read this notice and my decision.

### If You Disagree With My Decision

If you disagree with my decision, you may file an appeal with the Appeals Council.

### How To File An Appeal

To file an appeal you must ask in writing that the Appeals Council review my decision. You may use our Request for Review form (HA-520) or write a letter. The form is available at www.socialsecurity.gov. Please put the Social Security number shown above on any appeal you file. If you need help, you may file in person at any Social Security or hearing office.

Please send your request to:

**Appeals Council**
**Office of Disability Adjudication and Review**
**5107 Leesburg Pike**
**Falls Church, VA 22041-3255**

### Time Limit To File An Appeal

You must file your written appeal **within 60 days** of the date you get this notice. The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.

The Appeals Council will dismiss a late request unless you show you had a good reason for not filing it on time.

*[handwritten: 50/73]*

*[handwritten: 6592]*
*[handwritten: 03/10/19]*

See Next Page

Form HA-L76-OP2 (03-2010)

regulations; this section reveals that unearned income includes any payments received as an annuity, pension, retirement, or disability benefit, including veterans compensation and pensions, worker s compensation payments, old-age, survivor s, and disability insurance benefits, railroad retirement annuities and pensions, and unemployment insurance benefits. Therefore, the Administration concluded that we must reduce your SSI payment because Social Security payments are considered unearned income. (Exhibit 16).

The claimant appealed this determination on December 23, 2010; in her request for a hearing by an Administrative Law Judge filed that day, she wrote I would like to receive the full SSI of $761 and my SSD payments of $556. (Exhibit 17). The claimant did not provide any evidence that the Administration erred in calculating her benefits.

After reviewing all of the evidence in file, the Administrative Law Judge finds that the prior determinations of the Administration are correct, and affirms them. The Administration correctly offset the claimant s Social Security Disability benefits against her Supplemental Security Income payments, as required by the regulations.

## FINDINGS

After careful consideration of the entire record, the Administrative Law Judge makes the following findings:

1. Based on the above findings, the Administration correctly offset the claimant s Social Security Disability benefits against her Supplemental Security Income payments, as required by the regulations.

2. The Administrative Law Judge affirms the prior determinations of the Administration.

## DECISION

Accordingly, it is the decision of the Administrative Law Judge that the Administration correctly offset the claimant s Social Security Disability benefits against her Supplemental Security Income payments, as required by the regulations. Therefore, the prior determinations of the Administration are affirmed.

/s/ *Mark Hecht*

for Michael Friedman
_____
Michael Friedman
U.S. Administrative Law Judge

November 4, 2011
_____
Date

51/73



While Disabled--How We Can Help

your future benefits.

This can help you because your benefits are based on your highest earnings over your work life. For more information on special rules for blind persons, ask for *If You Are Blind Or Have Low Vision—How We Can Help* (Publication No. 05-10052).

[Back to top]

## SSI work incentives at a glance

**Continuation of SSI**—SSI payments are made to people age 65, blind or disabled and have little income or resources. If you are disabled and work despite your disability, you may continue to receive payments until your earnings, added with any other income, exceed the SSI income limits. This limit is different in every state. Even if your SSI payments stop, your Medicaid coverage usually will continue if your earnings are less than your state level.

**Expedited reinstatement**—If we stopped your payments because of your earnings and you become unable to work again because of your medical condition, you may ask us to start your payments again. You will not have to file a new disability application if you make this request within five years after the month your benefits stopped.

**Work expenses related to your disability**—If you work, you may have to pay for certain items and services that people without disabilities do not pay for. For example, because of your medical condition, you may need to take a taxi to work, instead of public transportation. We may be able to deduct the cost of the taxi from your monthly earnings before we determine if you are still eligible for benefits

**Plan to achieve self-support**—If we approve your plan for a work goal that will reduce your dependence on SSI or help you leave the SSI rolls, any money you use for this purpose will not be counted when we figure out how your current income and

*Handwritten notes:*

Trespass Sue

Process.

Intentional Alarm!

THE SOCIAL SECURITY DID NOT RESPECT THE LAW IN MY CASE.

52/3/10/73

67912
03/10/17

12/23/2010

*(handwritten top:)* Never receive a decision!

SECURITY ADMINISTRATION        WAIVER                    Form Approv
                                                         OMB No. 0960-06:

## REQUEST FOR RECONSIDERATION

| | (Do not write in this space) |
|---|---|

NAME OF CLAIMANT

Elena Strujan

NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON (If different from claimant)

Online Service www.social.security.gov

*(handwritten right:)* stolen from my residence!

| CLAIMANT SSN | CLAIMANT CLAIM NUMBER (if different from SSN) |
|---|---|
| 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 | - - |

SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) CLAIM NUMBER
- -

*(stamp:)* B 2013
SOCIAL SECURITY
Grand Central/UN FO
New York, NY

SPOUSE'S NAME (Complete ONLY in SSI cases)

SPOUSE'S SOCIAL SECURITY NUMBER (Complete ONLY in SSI cases)
- -

CLAIM FOR (Specify type, e.g.: retirement, disability, hospital/medical, SSI, SVB, etc.)  *(handwritten:)* SSI. I do not agree with the SSI determination on 8/31/2013

I do not agree with the determination made on the above claim and request reconsideration. My reasons are)

*(handwritten:)* MY SSID IS BELOW THE MAXIMUM LEVER OF THE (ES) SSI IN NEW YORK AND BY LAW, SHOULD NOT DEDUCT FROM SSI. GIVE ME THE LAW

SUPPLEMENTAL SECURITY INCOME OR SPECIAL VETERANS BENEFITS RECONSIDERATION ONLY PLEASE.

(See the three ways to appeal in the How To Appeal Your Supplemental Security Income (SSI) Or Special Veterans Benefit (SVB) Decision Instructions.)
"I want to appeal your decision about my claim for Supplemental Security Income (SSI) or Special Veterans Benefits (SVB). I've read about the three ways to appeal. I've checked the box below."

☐ Case Review        ☐ Informal Conference        ☐ Formal Conference

## ENTER ADDRESSES FOR THE CLAIMANT AND THE REPRESENTATIVE

| CLAIMANT SIGNATURE - OPTIONAL | NAME OF CLAIMANT'S REPRESENTATIVE |
|---|---|
| *(signature)* Elena Strujan (Reconsideration in all aspects). | ☐ NON-ATTORNEY     ☐ ATTORNEY |

| MAILING ADDRESS P.O. Box 20632 New York, NY | MAILING ADDRESS |
|---|---|

| CITY NY | STATE NY | ZIP CODE 10021 | CITY | STATE | ZIP CODE - |
|---|---|---|---|---|---|

| TELEPHONE NUMBER (Include area code) (646) 234-2421 | DATE 10/28/2013 | TELEPHONE NUMBER (Include area code) ( ) - | DATE |
|---|---|---|---|

## TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

See list of initial determinations

| 1. HAS INITIAL DETERMINATION BEEN MADE? | ☐ YES ☐ NO | 2. CLAIMANT INSISTS ON FILING | ☐ YES ☐ NO |
|---|---|---|---|

| 3. IS THIS REQUEST FILED TIMELY? (If "NO", attach claimant's explanation for delay and attach any pertinent letter, material, or information in Social Security office.) | | | ☐ YES ☐ NO |
|---|---|---|---|

*(handwritten:)* 6592  3/10/17

RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125)

☐ NO FURTHER DEVELOPMENT REQUIRED (GN 03102.300)
☐ REQUIRED DEVELOPMENT ATTACHED
☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

SOCIAL SECURITY OFFICE ADDRESS
Online Service www.socialsecurity.gov

*(stamp:)* OCT 28 2013
SOCIAL SECURITY
Grand Central/UN FO
New York, NY

*(handwritten:)* 53/73

| ROUTING INSTRUCTIONS (CHECK ONE) | ☐ DISABILITY DETERMINATION SERVICES (ROUTE WITH DISABILITY FOLDER) | ☐ PROGRAM SERVICE CENTER | ☐ DISTRICT OFFICE |
|---|---|---|---|
| | | ☐ OIO, BALTIMORE | RECONSIDERATION |
| | ☐ ODO, BALTIMORE | ☐ OEO, BALTIMORE | ☐ CENTRAL PROCESSING SITE (SVB) |

NOTE: Take or mail the completed original to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records.

Form SSA-561-U2 (06-2012) ef (06-2012) Prior Edition May Be Used Until Exhausted        Claims Folder

SOCIAL SECURITY ADMINISTRATION

TOE 710

Form Approved
OMB No. 0960-0622

## REQUEST FOR RECONSIDERATION

*(Do not write in this space)*

| NAME OF CLAIMANT | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON (If different from claimant.) | |
|---|---|---|
| ELENA STRUJAN | | *Never received a decision (?) stolen from my residence.* |

| CLAIMANT SSN | CLAIMANT CLAIM NUMBER (If different from SSN) | SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) CLAIM NUMBER |
|---|---|---|
| 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 | | 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 |

| SPOUSE'S NAME (Complete ONLY in SSI cases) | SPOUSE'S SOCIAL SECURITY NUMBER (Complete ONLY in SSI cases) |
|---|---|
| N.A | N/A |

CLAIM FOR (Specify type, e.g., retirement, disability, hospital /medical (SSI), SVB, etc.)

I do not agree with the determination made on the above claim and request reconsideration. My reasons are: *I disagree with your determination dated 2/21/2013, because my SSO and other income did not exceed the SSI income limits and your determination is not supported by a law. Please se attachement printed on 2010 by SS Office.*

### SUPPLEMENTAL SECURITY INCOME OR SPECIAL VETERANS BENEFITS RECONSIDERATION ONLY

*See the three ways to appeal in the How To Appeal Your Supplemental Security Income (SSI) Or Special Veterans Benefit (SVB) Decision instructions.*

"I want to appeal your decision about my claim for Supplemental Security Income (SSI) or Special Veterans Benefits (SVB). I've read about the three ways to appeal. I've checked the box below."

☑ Case Review   ☐ Informal Conference   ☐ Formal Conference

### ENTER ADDRESSES FOR THE CLAIMANT AND THE REPRESENTATIVE

| CLAIMANT SIGNATURE - OPTIONAL | NAME OF CLAIMANT'S REPRESENTATIVE | |
|---|---|---|
| *Elena Strujan* | ☐ NON-ATTORNEY | ☐ ATTORNEY |

| MAILING ADDRESS | MAILING ADDRESS |
|---|---|
| P.O. Box 20632 | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| NEW YORK | NY | 10021 | | | |

| TELEPHONE NUMBER (Include area code) | DATE | TELEPHONE NUMBER (Include area code) | DATE |
|---|---|---|---|
| (646) 234-2421 | 2/6/2013 | ( ) - | |

### TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

See list of initial determinations

| 1. HAS INITIAL DETERMINATION BEEN MADE? | ☐ YES ☐ NO | 2. CLAIMANT INSISTS ON FILING | ☐ YES ☐ NO |
|---|---|---|---|
| 3. IS THIS REQUEST FILED TIMELY? (If "NO", attach claimant's explanation for delay and attach any pertinent letter, material, or information in Social Security office.) | | | ☐ YES ☐ NO |

RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125)

SOCIAL SECURITY OFFICE ADDRESS

☐ NO FURTHER DEVELOPMENT REQUIRED   (GN 03102.300)

☐ REQUIRED DEVELOPMENT ATTACHED

☐ REQUIRED DEVELOPMENT PENDING  WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

| ROUTING INSTRUCTIONS (CHECK ONE) | ☐ DISABILITY DETERMINATION SERVICES (ROUTE WITH DISABILITY FOLDER) | ☐ PROGRAM SERVICE CENTER | ☐ DISTRICT OFFICE RECONSIDERATION |
|---|---|---|---|
| | | ☐ OIO, BALTIMORE | |
| | ☐ ODO, BALTIMORE | ☐ OEO, BALTIMORE | ☐ CENTRAL PROCESSING SITE (SVB) |

NOTE: Take or mail the completed original to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records.

Form SSA-561-U2 (6-2012) ef (06-2012)     Prior Edition May Be Used Until Exhausted

Claims Folder



THIRTY (30) DAY NOTICE TO QUIT

TO:       DENNY TIGAN

OF:       SHAUN SEGAL MD / BP (NY/CC/2011)
          NEW YORK, NEW YORK 10000
          (hereinafter the Premises)

OCCUPANT:       JOHN DOE AND/OR JANE DOE (1)

PLEASE TAKE NOTICE that you are hereby notified that the landlord elects to terminate your tenancy.

PLEASE TAKE FURTHER NOTICE that unless you remove from the said premises on or before the day on which your tenancy expires, the landlord will commence summary proceedings under the Statute to remove you from said premises for holding over after the expiration of your term and to recover possession of the premises.

PLEASE TAKE FURTHER NOTICE that this is a thirty (30) day notice.

*Trespass due process. Intentional Harm. Stolen from my privacy. (ES).*

Elena Strujan
P. O. Box 20632
New York, NY. 10021
646-234-2421
Es2012ny@aol.com
SS# 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

February 10, 2016

New York City Housing Authority
L.H.D. Correspondence
P.O. Box 19207
Long Island City, New York, 11101

Dear Sir/ Madame

I applied on February 2007 for section 8. Until today I did not receive from your office a Notification regarding my application. The Customer service told me that I have the case No: 1866351.

I would like to know why I did not receive any correspondence from you in 10 years. For your information I experienced in this period two evictions.

I thank you in advance for your attention herein.

Sincerely,

Elena Strujan

PS: Sent by mail.

PAGE 18

**'DO NOT WRITE IN THE SHADED AREAS OF THIS APPLICATION**

LDSS-2921 Statewide (Rev. 7

IF TOTAL EXPENSES (INCLUDING EXPENSES NOT USED IN THE BUDGET DETERMINATION) EXCEED INCOME (INCLUDING PA GRANT), EXPLORE HOW THE HOUSEHOLD IS MEETING ITS OBLIGATIONS.

Actual Expenses    $

− Actual Income    $

= Difference    $

**CONSIDER**

✓ Actual Expenses, including: shelter, fuel/utility costs, telephone costs, etc.
✓ Actual Shelter
✓ Actual Fuel/Utility Costs
✓ Telephone Expenses
✓ Car Expenses
✓ Furniture/Appliance Rental
✓ Cable TV
✓ Tuition
✓ Out-of-Pocket Medical Expenses

Is there an immediate need? If not

Does Client Receive Contribution Towards Difference     YES ☐   NO ☐

If Yes, From Whom? Mr. Segrote phone at 212-331-4640

I apply to have respected the court orders and interest at all money due.

I submit now 12/19/16 again 26 documents per

**NOTES/COMMENTS**

* I applied on 2009 for a short deal for rent and for storage fee.

* The agency denied unlawfully my request under color of law.

* I appealed the decision and I worked.

* The agency asked me to produce storage bills. I did.

* The agency sent people to steal all my evidence inclusive their own receipts for documents submitted.

* The agency denied my case pretending I did not submit storage bills.

* I appealed on 2012 and I won.

* The agency denied the court's order pretending that I did not respect the appointment (NEVER SENT).

* All my evidence was stolen by people from my home, storage, computer.

* I reopened the case on 8/7/16 and I submit all documents required.

* All document were stolen again from storage, home, computer.

* AT TRIAL the agency did not have any documents submitted

*Left margin (vertical):* Trespass are powers stolen from home. [illegible]

*the copy is not the same with the original*

*the office refused to give me*

*Pg 13 to 25.*

*Also, I was forced to sign under duress.*

POS-LDSS-2921 Statewide (Rev. 7/16)                                                                                                Page 1

**Application for:** Temporary Assistance (TA) - Medical Assistance (MA) - Medicare Savings Program (MSP) - Supplemental Nutrition Assistance Program (SNAP) - Services (S), including Foster Care (FC) - Child Care Assistance (CC)

We are committed to assisting and supporting you in a professional and respectful manner with your goal of achieving self-sufficiency. You, in turn, must be committed to becoming self-sufficient and must be responsible for participating in activities to reach self-sufficiency including work activities for Temporary Assistance and Supplemental Nutrition Assistance Program (SNAP) Benefits where required. Whenever you see "Temporary Assistance" or "TA" on the application, it means "Family Assistance" and "Safety Net Assistance". We call both Public Assistance Programs "Temporary Assistance". These TA Programs are meant to assist you only until you can fully support yourself and your family.

**Check each Program you or any household member are applying for:**

| | | | Do you want to Receive Notices in: | What is your primary language? |
|---|---|---|---|---|
| ☐ Temporary Assistance **and** Medical Assistance | ☐ Services, including Foster Care | ☐ Child Care Assistance | ☐ Spanish and English | ☑ English |
| ☐ Medicare Savings Program | ☐ Child Care in lieu of TA | ☐ Medical Assistance | ☑ English Only | ☐ Spanish |
| ☑ Temporary Assistance | ☑ Emergency Payment Only (EMRG) | | | ☐ Other (specify) |
| ☐ Supplemental Nutrition Assistance Benefits | | | | |

## Application Information

| First Name | M.I. | Last Name | Marital Status | Area Code Phone Number |
|---|---|---|---|---|
| ELENA | | STRUJAN | Divorced | (646) 234-2421 |

| House No. | Street Address | Apt. No. | City | County | State | Zip Code |
|---|---|---|---|---|---|---|
| 3 | Haven Plz | 2F | New York | | NY | 10009-0000 |

Care of Name (Complete if you receive your mail in care of another person)

| Mailing Address (If different from above) | Apt. No. | City | County | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| Agency Helping Applicant/Contact Person | Area Code Phone Number |
|---|---|
| | |

**How long have you lived at your present address?** | **Another phone where you can be reached?**

| Years | Months | Is this a Shelter? ☐ Yes ☑ No | Name | Area Code Phone Number |
|---|---|---|---|---|
| | | | | |

**Directions to home:**

| Former Address | Apt. No. | City | County | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

**If You Are Applying For SNAP:** You can file an application the day you get it. In order to file a SNAP application, it must have, at minimum, your name, address (if you have one) and signature below. You must complete the application process, including signing the last page of the application and being interviewed. If eligible, you will get SNAP benefits back to the date you filed the application. You must be told, within 30 days of the date you turned in (filed) your application for SNAP benefits, if your application is approved or denied. If your household has little or no income or liquid resources, or if your rent and utility expenses are more than your income and liquid resources, you may be eligible to get SNAP benefits within five calendar days of the date you file. If you are a resident of an institution and are applying for both Supplemental Security Income (SSI) and SNAP benefits prior to leaving the institution, the filing date of the application is the date you leave the institution.

| SNAP Applicant/Representative Signature | Date Signed | Application Date |
|---|---|---|
| | 12/19/2016 | 12/19/2016 |

**Do any of these apply to you?**

| | | | | |
|---|---|---|---|---|
| ☐ Pregnant | ☐ Drug/Alcohol Problem | ☐ Fire Or Other Disaster | ☐ Pending Eviction | ☑ Other: |
| ☐ Victim Of Domestic Violence | ☐ Fuel Or Utility Shutoff | ☐ Have No Job | ☐ No Food | Storage |
| ☐ Need To Establish Paternity | ☐ No Place To Stay/Homeless | ☐ Serious Medical Problem | ☐ Need Foster Care | |
| ☐ Need Child Support | ☐ Urgent Personal Or Family Problem | ☐ Recently Lost Income | ☐ Need Child Care | |

POS-LDSS-2921 Statewide (Rev. 7/16)                                                                    Page 12

## NOTICES, ASSIGNMENTS, AUTHORIZATIONS, and CONSENTS (continued) ( Read the Important Information Below and Sign at the Bottom.)

**PUBLIC ASSISTANCE RECOVERIES**

Public Assistance (PA) you receive for yourself and for persons for whom you are legally responsible to support is recoverable from property or money you possess or may acquire. You may be required, as a condition of receiving PA, to execute a deed or mortgage of real property you own. Your tax refunds and portions of lottery winnings may be taken to repay your debt for PA.

**AUTHORIZATION TO REPAY PUBLIC ASSISTANCE BENEFITS FROM RETROACTIVE SUPPLEMENTAL SECURITY INCOME**

I authorize the Commissioner of the Social Security Administration (SSA) to use my first payment of Supplemental Security Income (SSI); i.e. my retroactive SSI payment) to reimburse the local social services district (SSD) for Public Assistance (PA) the SSD pays me from State or local funds while SSA decides if I am eligible for SSI. SSA will not reimburse the SSD for PA that was paid using any federal funds.

I will be bound by this authorization only if the State gives notice to SSA that I and an SSD representative have signed it. The State must give notice within 30 calendar days of matching my SSI record with my State record. SSA will not accept it after 30 calendar days. Instead, SSA will send me my retroactive SSI payment under SSA rules.

Only my first payment of SSI can be used. If my first payment is larger than the amount owed to the SSD, SSA will send the rest to me under its rules.

SSA can reimburse the SSD in two situations:

(1) It will repay the SSD if I apply for SSI and SSA finds me eligible.
(2) It will repay the SSD if my SSI benefits are reinstated after termination or suspension.

SSA will only reimburse the SSD for PA it paid me during the time I am waiting for an SSA determination of eligibility.

This is called "interim assistance." The period begins 1) with the first month I become eligible for payment of SSI benefits; or 2) on the first day I am reinstated after my SSI was suspended or terminated. The period includes the month SSI payments actually begin. If the SSD cannot stop my last PA payment, the period ends the next month.

No later than 10 days after SSA reimburses the SSD, the SSD must send me a notice telling me the amount of interim assistance paid. The notice will also tell me that SSA will send me a letter telling me how any remaining SSI money owed to me will be sent by SSA and that, if I do not agree with a state decision, how I can appeal the decision to the state.

Under its rules, SSA may use the date I sign this authorization as the date I first become eligible for SSI. It will do this only if I apply for SSI within the next 60 days.

This authorization applies to any SSI application or appeal I now have pending before SSA. This authorization terminates when SSA first pays me. The State and I can also agree to terminate the authorization. I must sign a new authorization consistent with NYS rules if I reapply for SSI after this authorization terminates, or if I file a new SSI claim while I have an SSI application or appeal pending. I will be given an opportunity for a fair hearing if I disagree with a decision the SSD made about reimbursement.

I received a copy of the pamphlet called "What You should Know About Social Services Programs." I understand what it says about interim assistance.

**SUPPORT**

Applying for or receiving Family Assistance (FA), Safety Net Assistance (SNA) or Title IV-E foster care operates as an assignment to the State and the social services district of any rights to support from any other person that the applicant or recipient may have in his or her own right or on behalf of any other family member for whom the applicant or recipient is applying for, or receiving, assistance (Social Services Law, Sections 158 and 348). This assignment is limited in certain situations. Other sections of this application contain additional assignments.

**ASSIGNMENT OF SUPPORT RIGHTS**

I assign to the state and social services district any rights I have to support from persons having legal responsibility for my support and any rights I have to support on behalf of any family member for whom I am applying for or receiving assistance. Where applying for or receiving Family Assistance or Safety Net Assistance, my assignment of support rights is limited to support which accrues during the period that I and/or any family member receives assistance. However, any support rights that I assigned to the state on behalf of myself or any family member prior to October 1, 2009, continue to be assigned to the state.

**HOME ENERGY ASSISTANCE PROGRAM**

I understand that by signing this application/certification, I consent to any investigation to verify or confirm the information I have given and other investigation by any authorized government agency in connection with Home Energy Assistance Program (HEAP) benefits. I also consent to allow the information provided on this application to be used in referrals to available weatherization assistance programs and my utility company's low income programs. I understand that the State will use my Social Security Number to verify with my home energy vendors the receipt of HEAP. This authorization also includes permission for any of my home energy vendors (including my utility) to release certain statistical information, including but not limited to, my annual electricity usage, electricity cost, fuel consumption, fuel type, annual fuel cost and payment history to the New York State Office of Temporary and Disability Assistance, the local social services district and the United States Department of Health and Human Services for the purposes of Low Income Home Energy Assistance Program performance measurement.

**SEXUAL ASSAULT INFORMATION**

If you are a victim of sexual assault, you have the right to request referral information from the social services district. If you request referral information, the social services district must provide you with the addresses and phone numbers of any: 1) local hospitals offering sexual assault forensic examiner services certified by the NYS Department of Health; 2) local rape crisis centers; and 3) local advocacy, counseling, and hotline services appropriate for victims of sexual assault. In addition, the social services district must provide you with the NYS Hotline for Sexual Assault and Domestic Violence numbers: (800) 942-6906 and (800) 818-0656 (TTY).

**CERTIFICATION FOR CHILD CARE ASSISTANCE**

If I am applying for Child Care Assistance, I certify that my family's income does not exceed 85 percent of the State median income for a family of the same size, and my family resources do not exceed $1,000,000.

**I have read and understand the notices above. I understand and agree to the assignments, authorizations and consents above. I swear and/or affirm under the penalties of perjury that the information I have given or will give to the social services district is complete and correct.**

| X _____ | 12/19/2016 | X _____ | 12/19/2016 |
|---|---|---|---|
| APPLICANT/ AUTHORIZED REPRESENTATIVE SIGNATURE | Date Signed | SPOUSE OR PROTECTIVE REPRESENTATIVE SIGNATURE | Date Signed |

Name of Worker Who Obtained Eligibility Information: Joseph Mung 137H37

**I Consent to Withdraw My Application For:**

☐ Temporary Assistance   ☐ Medicare Savings Program   ☐ SNAP Benefits   ☐ Medical Assistance   ☐ Services   ☐ One-Time/Emergency Payment Only

**I understand that I may reapply at anytime.**

X _____
Signature                                                    Date Signed

*[Handwritten annotations in margins:]*
*Trespass*
*Stolen property as "issued" and all evidence*
*59/73*
*6592 340/14*

*Signed under duress.*

*The office (Mr. Mung) refused to give me a copy of my application. Missing 13 to 25*

*Trespass Due Process (eq)*

*Forged Lawsuit in my name (ES)*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------X

ELENA STRUJAN,

               Plaintiff,

    - against -

GLENCORD BUILDING CORP., GIUSTIZIA
AGRESSIVO, LLC and CONSTANEE CINCOTTA,

               Defendants.
------------------------------------------------X

INDEX NO.: 25016/05

---

VERIFIED ANSWER and NOTICE TO TAKE DEPOSITION
UPON ORAL EXAMINATION

---

Yours, etc.,

CURAN, AHLERS, FIDEN & NORRIS, L.L.P.
Attorneys for Defendant
420 Lexington Avenue, Suite 400
New York, New York 10170
(212) 986-9600


TO:

BOMPART & BOMPART, LLC
Attorney for Plaintiff
96-62 Queens Blvd.
Rego Park, NY 11374
(718) 997-7778

*until November 2012 NO NOTICE FORGERY*

*FORGERY LAWSUIT IN MY NAME!*

*83/101 FORGERY*

*60/73*

*6792 3/10/17*

*Forged lawsuit in my name*

*Trespass due Process!*
*(E9)*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------x

ELENA STRUJAN,

                Plaintiff,

    -against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

                Defendant.

-------------------------------------------------------------x

Index No.: 107775/11
Date Purchased: 07/11/11

SUMMONS

Plaintiff designates New York
County as the place of trial.

The basis of venue is:
Defendant's Place of Business

Defendant's place of business is:
4 Irving Place, New York, NY.

To the above named Defendant:

    You are hereby summoned to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, NY
    July 11, 2011

                            *Elena Strujan*
                            Elena Strujan, Pro Se
                            43-39 39th Place, #12
                            Queens, NY 11104

*Not my signature.*

Defendant's Address:
Consolidated Edison Company of New York, Inc.
4 Irving Place
New York, New York 10003
    -and-
NY Secretary of State
41 State Street
Albany, NY 12231

*84/101*

*FOR GERY*
*LAWSUIT IN MY*
*NAME (E9)*
*Pg. 12 /1659e*
*3/10/17*

*I hired this lawyer (the 5th in my personal injury with carbon Monoxide done by Glencord Building (corp) and he in 3 weeks did forgery*

*61/73*

*Forged lawsuit in my name.*

*Trespas due Process. (E9)*

Ms. ELENA STRUIAN (Chitoiu)
P. O. Box 20632
New York, NY 10021-0032

UNITED STATES TAX COURT
Washington, DC 20217

8/28/2012

Re: Elena Chitoiu v. Commissioner of Internal Revenue, Docket No. 18134-05N

Dear Sir Madame Clerk

I NEVER FILLED IN COURT THIS CASE!

I requested on August 20, 2012 to send me a copy of my file, and thank you I received it but incomplete. Please send me a copy of the initial Petition and who paid the fee, and also a copy of Stipulation.

I want to discover who did these illegal and criminal acts.

I thank you in advance for your collaboration herein.
Respectfully submitted.

Elena Strujan ( Chitoiu)

Cc:    IRS Criminal Investigation
110W, 44 Street
New York

Robert A. Baxer
Associate Area Counsel
33 Mauden Lane
14th Floor
New York, NY 10038

*FORGERY FORGERY LAWSUIT IN MY NAME.*

UN POSTAL ADMINISTRATION
UNITED NATIONS
New York NY 10017
USA

CUSTOMER'S RECEIPT

UNITED STATES POSTAL SERVICE

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE
KEEP THIS RECEIPT FOR YOUR RECORDS

20235555775

*Forged lawsuit in my name.*

*Trespass. due Process (25)*

March 26, 2008

EDWARD T STEIN ASSOCIATES, LTD

Mr. Harjinder Sidhu
4 Lee Road
Somers, New York 10589

Dear Harj:

Per your request I have attached the following investment account information to this e-mail:

| | | |
|---|---|---|
| Diversified Life Settlement (purchased 2/1/06 $200,000) Current Market Value | | $242,000 |
| Assured Fund | (current value US dollars) | $ 20,096 |
| Ameritrade Institutional IRA | | $ 36,272 |
| Ameritrade Institutional | | $ 83,484 |
| Amerifund FBO Prima Capital | | $115,207 |
| **Total Account Value:** | | $497,059 |

Sincerely,

Edward T. Stein

*FORGERY IN MY NAME*

*86/10*

1044 Northern Boulevard   Suite 100   Roslyn, NY 11576   Tel 516.686.7110   Fax 516.626.4631   www.etsassoc.com
A Financial Services Corporation
Affiliated with TimeCapital Investor Advisory Services, Inc.

*6592*
*3/10/17*

*63/73*



Tracking Intranet                                                                Help

## Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rates/    PTR / EDW    USPS Corporate
                                             Commitments                Accounts

*Trespass Due Process.*

*Correspondence for Governor Cuomo arrived to MA (E9).*

### USPS Tracking Intranet Tracking Number Result

Result for Domestic Tracking Number 9552 1110 9423 4302 4456 93

#### Destination and Origin

**Destination**

| ZIP Code | City | State |
|----------|--------|-------|
| 12224 | ALBANY | NY |

**Origin**

| ZIP Code | City | State |
|-----------|----------|-------|
| 112019997 | BROOKLYN | NY |

#### Tracking Number Classification

##### Class/Service

Class/Service: Media Mail
Class of Mail Code/Description: BS / Media Mail

##### Service Delivery Information

Service Performance Date: Scheduled Delivery Date: Monday, 11/03/2014
Predicted Delivery Date: Monday, 11/03/2014
Delivery Option Indicator: 1 - Normal Delivery
Zone: 02
PO Box: N
Other Information: Service Calculation Information

##### Payment

Payment Type: Other Postage
Payment Account Number: 000000000000
Postage: $2.69
Weight: 0 lb(s) 14 oz(s)
Rate Indicator: Single-Piece Rate

#### Events

| Event | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|-------|-----------|-----------|----------|--------------|------------|---------------|-------------------------------------|-------------------|
| DISPATCHED FROM SORT FACILITY | 11/01/2014 | 04:00 | SPRINGFIELD, MA 01152 | System Generated | | | 11/01/2014 04:34:23 | Dispatch Label ID: DS13 6257 7444 1411 6103 9733 |
| ENROUTE/PROCESSED | 10/31/2014 | 11:11 | SPRINGFIELD, MA 01152 | Scanned | PSM-4 | | 10/31/2014 10:19:41 | |
| DEPART POST OFFICE | 10/29/2014 | 17:38 | BROOKLYN, NY 11201 | System Generated | | | 10/29/2014 18:20:33 | Closeout Label ID: CT13 7424 9000 1410 2913 1917 |
| ACCEPT OR PICKUP | 10/29/2014 | 12:21 | BROOKLYN, NY 11201 | Scanned | 109423 | | 10/29/2014 12:19:07 | Facility Finance Number 350878 |

Enter up to 10 items separated by commas.

64/73

Select Search Type: Quick Search    Submit

BROOKLYN MFO
BROOKLYN, NEW YORK
112019997
3568880354-0094
10/29/2014 (718)855-0208 12:25:17 PM

================ Sales Receipt ================

| Product<br>Description | Sale Unit<br>Qty Price | Final<br>Price |
|---|---|---|
| ALBANY NY 12224 Zone-2 | | $2.69 |

Media Mail
13.50 oz.
Expected Delivery: Mon 11/03/14
PID #:
9552 1110 9423 4302 4456 93

*Trespass due Process (eg).*

*Tracking #*

=========

Issue Postage:                          $2.69

Total:                                  $2.69

*Governer Cuomo Letter Complaint Kahn + J + f ov P TOET x.*

Paid by:
Cash                                    $3.00
Change Due:                            -$0.31

In a hurry? Self-service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.
In a hurry? Self-service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print

*Trespass due process,*
*Falsified dr. report*
*(Esi.*

ANDREI CARASCA, M.D.
Neurology & Neuropsy....
875 Fifth Avenue
New York, NY 10065
T 212-288-4181, F 212-288-4011

May 04, 2012

To Whom It May Concern:

This is to inform you that Miss Elena Strujan is a patient under my ...
2002. She is always in time for the appointments, is very serious, cooperative ...
complaint. She is very intelligent and is a graduate of the Veterinary University...
Romania.

She has a normal psychological and neurological examination in my ...
is able to represent herself in a court of law.

Yours sincerely,

Andrei Carasca, MD

66/73

*Falsified Dr.*
*Carasca referral*
*there no his stamp*
*anymore, plus*

ANDREI CARASCA, M.D.
Neurology & Neurophysiology
875 Fifth Avenue
New York, NY 10065
T 212-288-4181   F 212-288-4011

June 24, 2014

To Whom It May Concern:

This is to inform you that **Miss Elena Strujan** 58 year old is a patient under my care for many years for post traumatic stress disorder, migraine headaches, anxiety and vitamin D deficiency, which are all stable. The patient is mentally competent to defend herself in a court justice

Yours sincerely,

Andrei Carasca, MD

*Falsified Falsified due process (ES)*

ANDREW C. PASS, M.D.
Neurology & Neurophysiology
575 Fifth Avenue
New York, NY 10035
T 212-288-4181  F 212-183-4011

May 04, 2012

To Whom It May Concern:

This is to inform you that Miss Flicia Szujanska is patient of the Center since 2002. She is always in time for the experiment, is very serious, convincing, successful. She is very intelligent and is a graduate of the Veterinary University of New York.

... neurological examination ...

*fleve his stamp*

*67/72 Falsified Dr. Concealed refural very dark (E97)*

Glenford Bldg. Corp. v Strujan

*Falsified Order due process as "denied" (ES).*

| |
|---|
| **Glenford Bldg. Corp. v Strujan** |
| Motion No: M-6276 |
| Slip Opinion No: 2011 NY Slip Op 64363(U) |
| Decided on February 17, 2011 |
| Appellate Division, First Department, Motion Decision |
| Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431. |
| This motion is uncorrected and is not subject to publication in the Official Reports. |

February 17, 2011

Glenford Building Corp. v Strujan

Leave to appeal to this Court denied; matter transferred to the Appellate Term, Supreme Court, New York County, for hearing and disposition.

Before: Saxe, J.P., Moskowitz, Richter, Manzanet-Daniels, Román, JJ.

Motion No. M-6276

*Court Order falsified as "denied". (ES) in my another case with landlord (ES).*

**68/73**

*I WAS NEVER SERVED WITH THIS ORDER BY GLECORD'S ATTORNEY KAHN. I FOUND IT IN HIS REPLY on 2/5/2013.*

**Inbox** 1 of 171 ▲ ▼

FuneralCoverDirect › Details

# To: elane23@aol....

# Pre-paid Funeral plans from just £5/week.

*Threatening, Harrasment due Process!*

# 2/15/17, 4:01 AM

*Threatenings!*

Boiler

69/73 166/168

*6792 2/10/17*



**Freeze this cost with a pre-paid plan, and do something amazing for your family!**

No one likes to think

## elane23@aol.com    Inbox (1)    Edit

## FuneralCoverDirect    11:56 AM
Pre-paid Funeral plans from just £5/... >

*threatenings Are Prooves (eg)*

## FuneralCoverDirect    Saturday
Pre-paid Funeral plans from just £5/... >
Boiler Freeze this cost with a pre-paid pla...

## FuneralCoverDirect    Wednesday
→ Buy at today's prices and fix the fune... >
Boiler Freeze this cost with a pre-paid pla...

## FuneralCoverDirect    1/25/17
→ Buy at today's prices and fix the fune... >
Boiler Freeze this cost with a pre-paid pla...

## Starbucks Rewards    *70/73*    1/20/17
Stop by and see us this weekend >
Collect 30 Bonus Stars after 2 p.m. | View...

## Substitute Teacher Jobs    1/18/17
RE: NYCDOE - Substitute Teacher...
Good afternoon, This email states all the

*He died on 2016. It was 58 years old healthy man (E9)*

# Gmail
a Google

Elena Strujan <ellacourt2355@gmail.com>

## DORU A AVUT STROKE in JUR de Ora 9am
1 message

Elena Strujan <picassoella@icloud.com>                                  Wed, Feb 18, 2015 at 8:03 PM
To: "picassoella@icloud.com" <picassoella@icloud.com>, "rhoden23@mail.com" <rhoden23@mail.com>,
"ellacourt2355@gmail.com" <ellacourt2355@gmail.com>

Deci ..............nu intamplat or gaze Si usa Asa, Sh...,zburatori...

Ce normal aer in seara aceasta!

Sent from my iPhone

Image.jpeg
1813K

*Translate "Not randomly gases, and the door opened ~ guests... (E9)*

*Doru had strock around 9 AM, on 2/18/2015*

*After it was normal air for a few days (E9)*

*→ This family share their apartment with me (E9).*

# METRO MANAGEMENT
## DEVELOPMENT, INC.

42-25 21st Street ▪ Long Island City, NY 11101 ▪ 718-706-7755 ▪ Fax: 718-706-7760

*she rented a hoom for me (EV).*

May 27, 2014

JULIANA SZABLYAR          6B
79-10 34TH AVENUE
JACKSON HEIGHTS, NY
11372

*No one was smoking. No one made noises. During my poisoned sleep the above-the-law people violated my privacy, poisoned me and the neighbors, and much more (EV).*

Re:    Complaint of noise unit 6-B 79-10 34th Avenue

Dear Ms. Szablyar:

Please be advised that there have been complaints regarding excessive noise from your apartment. I am advised that the sounds of heavy walking and moving of furniture can be heard loudly. The house rules provide that sufficient carpeting be installed and I am advised that you may not have carpeting installed as required by the house rules.

Excessive noise disturbs the repose and quiet enjoyment of your neighbors and is a violation of the house rules of Terrace View Owners as well as NYC law. Excessive noise will not be tolerated. As the shareholder you are responsible for all occupants of your apartment. You must take steps to stop the excessive noise immediately, particularly after 10:00 P.M. and before 8:00 A.M.

Additionally, I have received further complaints that cigarette smoke has been emanating from your apartment and affecting your neighbors. You must cease and desist from this activity immediately.

Please use your apartment in a manner that is not detrimental to your neighbors and fellow shareholders. Thank you for your consideration in this matter.

Please contact me so that we may schedule a time for me to inspect the apartment. I may be reached at 718.593.8908.

Very truly yours,

Joe Doren
Director of Property Management





953

*Harm Due Process.*

ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

*Evidence accepted by the court but ignored due process by Judge Kraus, Cohen, Kaplan, Appellate Term (Eg).*

December 7, 2009

Mr. JOHYN MORRISSEY
INSPECTOR
State Farm Insurance
146 East, 78 th Street
New York, NY 10075

Re: 32K 15560

Dear Mr. Morrissey

I received your anemic check ,and thank you. Please teach me the legal way ( what I have to send you ) for complete money return for food.

Additionally, I must to inform you " the criminals" discovered my address and are again behind me. About 3 weeks, I started again with the same symptoms as in my rent apartment in Manhattan. On December 2, 2009 I discovered the CO Alarm did not work. In the same night I bought a battery, and was working OK, but the environment was the same. I must to keep the windows open day and night.

Yesterday, I left the apartment in morning, and afternoon when I came home the CO Alarm was off, and the neighbors, did not know what to do because only me I have key. In apartment my blood pressure jump fantastic. The paramedics found yesterday 171 and I can not read, coughing a lot and permanent nausea.

Again I feel very bad. Again I must to run at an undiscovered address.

So, Please understand the situation, and work at my case. Could I hope?

Thank you.
Elena Strujan
Elena Strujan

73/73

144-B
168

6292
3/10/17

SF-STRUJAN 000346

JS 44 (Rev. 1/2013)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Elena Strujan, P.O. Box 20632, New York New York 10021<br>Phone Number: (646)-234-2421 | Office of New York State Governor, et al (please see attached list for all defendants) |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se: See Above

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question *(U.S. Government Not a Party)*

☐ 2  U.S. Government Defendant

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

cv17-1566

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:
Civil Action Pursuant To 42 USC 1983, et al

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE  RRM/SMG   DOCKET NUMBER  17cv629, 16cv5418

DATE
03/16/2017

SIGNATURE OF ATTORNEY OF RECORD

16cv4365, 16cv3150, 14cv1972

**FOR OFFICE USE ONLY**

RECEIPT #  _____   AMOUNT  _____   APPLYING IFP  1566   JUDGE  _____   MAG. JUDGE  _____

v.

OFFICE OF NEW YORK STATE GOVERNOR- A FICTION
ANDREW M. CUOMO  - Governor; Andrew M. Cuomo- a man;
DAVID A. PETERSON- Ex Governor, David A. Peterson – a man;
OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE –A FICTION;
BETSY SEGAL- A PERSON, Betsy Segal – a woman;
HUMAN RESOURCES ADMINISTRATION DIVISION OF FAIR HEARING- A FICTION;
DAVID A. CORSON- A PERSON,A Judge; David A. Corson – a man;
J. "JANE" JATTO- A PERSON, J "Jane" Jatto  – a woman;
QUEENS JOB CENTER- A FICTION;
ABIOLA BALAGAN- A PERSON; Abiola Balagan – a woman;
KARIM, A " JOE/JANE" – A PERSON; KARIM A " Joe/Jane" - a man;
CHOWDHURY, M " JOE/JANE" - A PERSON; Chowdhury, M "Joe/Jane" a man/woman
ACEVEDO, M " JOE/JANE" – A PERSON; Avevedo , M "Joe/Jane" – a man/Woman,
DONALD L. HINES- A PERSON; Donald L. Hines a man;
LORI KOZLOWSKI- A PERSON, Lori Kozlowski- a woman,
P. " JOE/JANE" HAZE- A PERSON, P. HAZE, "Joe/Jane a man/ a woman;
SAMUEL D. ROBERTS, A PERSON, Samuel D. Roberts, a man;
BETSY SEGAL, A PERSON, Betsy Segal , a woman;
MICHAEL FRIEDMAN – A PERSON, JUDGE, Michel Friedman- a man;
NEW YORK CITY HOUSING AUTHORITY- AFICTION;
JOSEPH MUNG-A PERSON; Joseph Mung- a man;
EACH UNNAMED WRONGDOER; Each Unnamed Wrongdoer

WRONGDOERS /RESPONDENTS,

_____                    _____X

Case Revised 2/2011

## CERTIFICATION OF ARBITRATION ELIGIBILITY

Local Arbitration Rule 83.10 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

I, _____, counsel for _____, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

☐   monetary damages sought are in excess of $150,000, exclusive of interest and costs,

☐   the complaint seeks injunctive relief,

☐   the matter is otherwise ineligible for the following reason

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:

## RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 50.3.1 in Section VIII on the front of this form. Rule 50.3.1 (a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 50.3.1 (b) provides that " A civil case shall not be deemed "related" to another civil case merely because the civil case: (A) involves identical legal issues, or (B) involves the same parties." Rule 50.3.1 (c) further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (d), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

## NY-E DIVISION OF BUSINESS RULE 50.1(d)(2)

1.)   Is the civil action being filed in the Eastern District removed from a New York State Court located in Nassau or Suffolk County: NO _____

2.)   If you answered "no" above:
a) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County? NO _____

b) Did the events of omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District? YES _____

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County?_____
(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).

## BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.
        ☐   Yes                                ☐   No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?
        ☐   Yes   (If yes, please explain)      ☐   No

I certify the accuracy of all information provided above.

Signature:_____

ORIGINAL

MAUSKOPF, J.

GOLD, M.J.

Eleno Stojan
P. O. Box 20632
N. Y, N. Y.  10021
646-234-2421
3/16/2016

CV 17 - 1566

Honorable Judge

I ask permission to submit
my letter regarding Color of Law
Violations of warning.

I thank you in advance
for your understanding.

Respectfully

Eleno Stojan
Sui Juris
under Duress.

RECEIVED
MAR 16 2017
PRO SE OFFICE

Elena Strujan- Petitioner, a living woman
Sui Juris, Under Duress
P. O. Box 20632
New York, New York
646-234-2421
estrujan2016@gmail.com

## UNITED STATES DISTRICT COURT- EASTERN DISTRICT OF BROOKLYN

Elena Strujan                                    DOCKET NO. _____

                    Petitioner      **COL Violation Warning**

                         v.
OFFICE OF NEW YORK STATE GOVERNOR- A FICTION
ANDREW M. CUOMO  - Governor; Andrew M. Cuomo- a man;
DAVID A. PETERSON- Ex Governor, David A. Peterson – a man;
OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE –A FICTION;
BETSY SEGAL- A PERSON. Betsy Segal – a woman;
HUMAN RESOURCES ADMINISTRATION DIVISION OF FAIR HEARING- A FICTION;
DAVID A. CORSON- A PERSON.A Judge; David A. Corson – a man;
J. "JANE" JATTO- A PERSON. J "Jane" Jatto – a woman;
QUEENS JOB CENTER- A FICTION;
ABIOLA BALAGAN- A PERSON; Abiola Balagan – a woman;
KARIM, A " JOE/JANE" – A PERSON; KARIM A " Joe/Jane" - a man;
CHOWDHURY, M " JOE/JANE" - A PERSON; Chowdhury, M "Joe/Jane" a man/woman
ACEVEDO, M " JOE/JANE" – A PERSON; Acevedo , M "Joe/Jane" – a man/Woman.
DONALD L. HINES- A PERSON; Donald L. Hines a man;
LORI KOZLOWSKI- A PERSON. Lori Kozlowski- a woman.
P. HAZE- A PERSON. P. HAZE a man/ a woman;
SAMUEL D. ROBERTS. A PERSON. Samuel D. Roberts, a man;
BETSY SEGAL. A PERSON, Betsy Segal . a woman;
MICHAEL FRIEDMAN – A PERSON. JUDGE. Michel Friedman- a man;
NEW YORK CITY HOUSING AUTHORITY- AFICTION;
JOSEPH MUNG-A PERSON; Joseph Mung- a man;
EACH UNNAMED WRONGDOER; Each Unnamed Wrongdoer
                         WRONGDOERS /RESPONDENTS.
                                                                    X

**COL Violation Warning**

**Denial of Rights Under Color of Law**
Violation Warning-- 18 U.S.C. §242; 18 U.S.C. §245 U.S.C. §1983
**Elena Strujan**- Petitioner, a natural living woman, Sui Juris, Under Duress, P. O. Box 20632,
        New York, New York, 10021-0072, (646)-234-2421, estrujan2016@gmail.com

**TO: UNITED STATES DISTRICT COURT- EASTERN DISTRICT OF NEW YORK**
Statements: I pledge my Constitutional Rights to be respected.

I certify that the forgoing information stated here is true and correct.

*Steve Sujan*

March 14, 2017.

**Legal Notice and Warning**

Federal law provides that it is a crime to violate the Constitutional Rights of a citizen under the Color of Law. You can be arrested for this crime and you can also be held personally liable for civil damages. Attempting to coerce or deceive a citizen to surrender his Constitutional Rights is a Federal Crime. Federal Courts have found that your ignorance of the law is no excuse.

"*18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death*".

"*18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both, and if death results or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be subject to imprisonment for any term of years or for life or may be sentenced to death*".

"*42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress*".

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages. Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

You are advised to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

Filed 3/16/17

6592
3/16/17